MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
SANFORD SVETCOV (36561)
SUSAN K. ALEXANDER (124276)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

NIXON PEABODY LLP
James R. Forbes (114863)
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111-3996
Telephone: 415/984-8200
415/984-8300 (fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARD ODLE,<br><br>         Petitioner,<br><br>vs.<br><br>JEANNE WOODFORD, Acting Warden of San Quentin Sate Prison,<br><br>         Respondent. | No. C-88-4280-SBA<br><br>PETITIONER'S STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 |

Pursuant to this Court's October 26, 2001 Order, Petitioner files this report to inform the Court of the status of the state competency proceedings. The state court has established a briefing schedule regarding pre-hearing issues. The state has requested that that schedule be extended slightly to accommodate a scheduled trial; Petitioner has stipulated to the extension, and the court has not yet issued a revised order. If the state's request is accepted, both parties' opening briefs will be due on March 25, 2002, both parties' responsive briefs will be due on April 29, 2002, and the state court will set a hearing date thereafter.

1  Petitioner will file his next status report with this Court on or before Monday, June 3, 2002.

2  DATED: March 1, 2002.                MILBERG WEISS BERSHAD
3                                         HYNES & LERACH LLP
                                        SANFORD SVETCOV
4                                       SUSAN K. ALEXANDER

5
                                        /s/ Susan K. Alexander
6                                       _____
                                        SUSAN K. ALEXANDER
7
                                        100 Pine Street, Suite 2600
8                                       San Francisco, CA 94111
                                        Telephone: 415/288-4545
9                                       415/288-4534 (fax)

10                                      Counsel for Petitioner

H:\Odle\StatusReport

PETITIONER'S STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 - C-88-4280-SBA - 1 -

| | |
|---|---|
| 1 | **DECLARATION OF SERVICE BY MAIL** |
| 2 | |
| 3 | I, the undersigned, declare: |
| 4 | 1.     That declarant is and was, at all times herein mentioned, a citizen of the United States |
| 5 | and am employed in the City and County of San Francisco, over the age of 18 years, and not a party |
| 6 | to or interested in the within action; that declarant's business address is 100 Pine Street, 26th Floor, |
| 7 | San Francisco, California 94111. |
| 8 | 2.     That on March 1, 2002, declarant served the PETITIONER'S STATUS REPORT |
| 9 | PER COURT ORDER OF OCTOBER 26, 2002 by depositing a true copy thereof in a United States |
| 10 | mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and |
| 11 | addressed to the parties listed as follows: |
| 12 | James R. Forbes, Esq. |
|  | Nixon Peabody LLP |
| 13 | Two Embarcadero Center, Suite 2700 |
|  | San Francisco, CA   94111 |
| 14 | |
|  | Dane R. Gillette, Esq. |
| 15 | California State Attorney General's Office |
|  | 455 Golden Gate Avenue, Suite 11000 |
| 16 | San Francisco, CA   94102-3664 |
| 17 | 3.     That there is a regular communication by mail between the place of mailing and the |
| 18 | places so addressed. |
| 19 | I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day |
| 20 | of March, 2002, at San Francisco, California. |
| 21 | |
| 22 | |
| 23 | TAMARA L. LOVE |