MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
SANFORD SVETCOV (36561)
SUSAN K. ALEXANDER (124276)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

NIXON PEABODY LLP
JAMES R. FORBES (114863)
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111-3996
Telephone: 415/984-8200
415/984-8300 (fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARD ODLE,<br><br>    Petitioner,<br><br>vs.<br><br>JEANNE WOODFORD, Acting Warden of San Quentin Sate Prison,<br><br>    Respondent. | No. C-88-4280-SBA<br><br>PETITIONER'S JUNE, 2002, STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 |

1   Pursuant to this Court's October 26, 2001 Order, Petitioner files this report to inform the
2   Court of the status of the state competency proceedings.
3   As reflected in the attached Order from Judge Cram of the Contra Costa County Superior
4   Court, the state court proceedings have been stayed pending this Court's resolution of representation
5   issues, including counsel's motion to withdraw. Previously, Petitioner and the State each filed both
6   an opening and a responsive brief regarding pre-hearing issues. The state case was scheduled for
7   hearing on those issues on Thursday, May 16, 2002. On Wednesday, May 15, 2002, however, at Mr.
8   Odle's request, Judge Cram took the hearing off calendar and subsequently issued the attached Order,
9   staying the state court proceedings.
10  In recent weeks, Mr. Odle has wavered in his resolution to pursue representation issues.
11  Most recently, however, he continues to express interest in pursuing them. Counsel renew their offer
12  to appear before this Court if that would assist in resolving these issues so that the state court
13  proceedings may go forward.
14  Petitioner will file his next status report with this Court on or before September 3, 2002.

DATED: May 28, 2002.

MILBERG WEISS BERSHAD
HYNES & LERACH LLP
SANFORD SVETCOV
SUSAN K. ALEXANDER

_____
SUSAN K. ALEXANDER

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

NIXON PEABODY LLP
JAMES R. FORBES (114863)
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111-3996
Telephone: 415/984-8200
415/984-8300 (fax)

Counsel for Petitioner

H:\Odle\StatusReport2

PETITIONER'S JUNE, 2002 STATUS REPORT PER COURT ORDER OF OCTOBER 26,
2001- C-88-4280-SBA                                                                                                           - 1 -

# DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and am employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 100 Pine Street, 26th Floor, San Francisco, California 94111.

2. That on May 28, 2002, declarant served the PETITIONER'S JUNE, 2002 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed as follows:

Mr. James R. Odle
P. O. Box C-71400
San Quentin, CA  94974

Honorable Joyce M. Cram
Judge of Superior Court
Contra Costa County
725 Court Street
Martinez, CA  94553-1233

Dane R. Gillette, Esq.
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-3664

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of May, 2002, at San Francisco, California.

TAMARA J. LOVE

FILED
MAY 21 2002

SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF CONTRA COSTA

Department 22  
Hon. JOYCE CRAM, Judge  
Warren E. Rupf, Sheriff  

Date: May 21, 2002  
S. Tigue, Court Clerk  
Not Reported  

PEOPLE OF THE STATE OF CALIFORNIA

VS.

JAMES R. ODLE,
            Defendant.

NATURE OF PROCEEDINGS:                    DOCKET NO: 24580

ORDER

At the request of defendant, and good cause appearing, all proceedings in this case are stayed pending resolution of representation issues in U.S. District Court.

DATED: May 21, 2002

Joyce Cram  
Superior Court Judge

CERTIFICATE OF MAILING

I, THE UNDERSIGNED, certify under penalty of perjury that I am a citizen of the United States, over the age of 18 years, employed in Contra Costa County, and not a party to the within action; that my business address is 1010 Ward St. Martinez, California; that I served this order by causing to be placed a true copy thereof in an envelope addressed to the parties or attorneys for the parties, as shown below, which envelope was then sealed and postage fully prepaid thereon, and thereafter was deposited in the United States Mail between the place of mailing and the place so addressed.

John R. Grele  
1032 Irving Street, Suite. 609  
San Francisco, CA 94122

James R. Forbes  
Two Embarcadero Center, Suite. 2700  
San Francisco, CA 94111

Susan Alexander  
100 Pine Street, Suite 2600  
San Francisco, CA 94111

Doug MacMaster  
725 Court Street, 4th Floor  
Martinez, CA 94553