

FILED
JUN 19 2002
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

4296

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES RICHARD ODLE,<br><br>Petitioner,<br><br>v.<br><br>JEANNE WOODFORD,<br><br>Respondent. | NO. C-88-4280-SBA<br><br>ORDER RE: PETITIONER'S PRO SE MOTION |

The Court has received and considered Petitioner's counsel's response, filed on March 12, 2002, to the Court's Order of February 25, 2002 regarding Petitioner's pro se motion. As stated in its Order filed on June 13, 2002, the Court finds that Petitioner and his appointed counsel in this case, James R. Forbes of Nixon Peabody LLP and Susan K. Alexander of Milberg Weiss Bershad Hynes & Lerach LLP, can work together to resolve the competency hearing presently pending in state court. To that end, the Court expects and trusts counsel to fulfill their responsibilities to Petitioner, including the obligation to keep Petitioner apprised of the status and developments in his cases, both in state and federal court. The fulfillment of counsel's obligations to their client are left to their discretion, however, and the Court will not require counsel to seek Petitioner's approval

1  prior to the filing of every document. Rather, Petitioner's permission to file a document in this
2  Court will be obtained if and when such permission is deemed necessary by appointed counsel.
3  DATED:
4
5  6-19-02                          *Saundra B. Armstrong*
                                    SAUNDRA B. ARMSTRONG
6                                   United States District Judge

## PROOF OF SERVICE BY MAIL

I, Lisa R. Clark, declare as follows:

I am employed at the United States District Court, whose address is 1301 Clay Street Suite. 400S, Oakland, California 94612. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service. I am over the age of eighteen years and not a party to this action.

On, June 20, 2002 I served the following: **ORDER RE: PETITIONER'S PRO SE MOTION**
on the below parties in the action by (1) placing true copies thereof in sealed envelopes, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service.

**DANE R. GILLETTE**
**DEPUTY ATTORNEY GENERAL**
**455 GOLDEN GATE AVE., STE.1100**
**SAN FRANCISCO, CA 94102**

**NIXON PEABODY LLP**
**JAMES R. FORBES**
**TWO EMBARCADERO CTR. STE. 2700**
**SAN FRANCISCO, CA 94111**

**SANFORD SVETCOV**
**SUSAN K. ALEAXANDER**
**MILBERG WEISS, ET AL.**
**100 PINE STREET, STE. 2600**
**SAN FRANCISCO, CA 94102**

**DOUG MACMASTER**
**DEPUTY DA**
**COUNTRA COSTA COUNTY**
**P.O. BOX 670**
**MARTINEZ CA 94553**

**MICHAEL G. MILLMAN**
**CALIFORNIA APPELLATE PROJECT**
**ONE ECKER PLACE, 4TH FLR.**
**SAN FRANCISCO, CA 94105**

**HABEAS CORPUS RESOURCE CTR.**
**50 FREMONT ST., STE. 1800**
**SAN FRANCISCO, CA 94105**

**JAMES RICHARD ODLE(C-71400)**
**DEATH ROW INMATE**
**SAN QUENTIN SATE PRISON**
**SAN QUENTIN CA 94964**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California on June 20, 2002

*Lisa R. Clark*