FILED
JUL 0 9 2002
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES RICHARD ODLE,<br><br>Petitioner,<br><br>v.<br><br>JEANNE WOODFORD,<br><br>Respondent. | NO. C-88-4280-SBA<br><br>ORDER DENYING PETITIONER'S MOTIONS |

The Court has received and considered petitioner's *pro se* motions for reconsideration of his request for new counsel, as well as his request for leave to file an appeal and to proceed *in forma pauperis* on appeal. Since petitioner has cited no authority or good cause for the Court to reconsider its prior order denying petitioner's request for appointment of new counsel, the Court denies petitioner's motion for reconsideration. The Court also denies petitioner's additional motions since petitioner cannot file an appeal in this case until a final, dispositive order has been issued by the Court. In addition, since petitioner is represented by counsel, he shall not file *pro per* motions. In the future, should he wish to seek relief from the Court, petitioner shall contact his counsel and an

1 | appropriate motion, if necessary, shall be filed by counsel.
2 | DATED:
3 | 7-8-02

_Saundra B. Armstrong_
SAUNDRA B. ARMSTRONG
United States District Judge

2

PROOF OF SERVICE BY MAIL

I, Lisa R. Clark, declare as follows:

    I am employed at the United States District Court, whose address is 1301 Clay Street Suite. 400S, Oakland, California 94612. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service. I am over the age of eighteen years and not a party to this action.

    On, **July 9, 2002** served the following: **ORDER DENYING PETITIONER'S MOTIONS**

on the below parties in the action by (1) placing true copies thereof in sealed envelopes, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service.

**DANE R. GILLETTE**
DEPUTY ATTORNEY GENERAL
455 GOLDEN GATE AVE., STE.1100
SAN FRANCISCO, CA 94102

**SANFORD SVETCOV**
**SUSAN K. ALEAXANDER**
MILBERG WEISS, ET AL.
100 PINE STREET, STE. 2600
SAN FRANCISCO, CA 94102

**MICHAEL G. MILLMAN**
CALIFORNIA APPELLATE PROJECT
ONE ECKER PLACE, 4TH FLR.
SAN FRANCISCO, CA 94105

**JAMES RICHARD ODLE(C-71400)**
DEATH ROW INMATE
SAN QUENTIN SATE PRISON
SAN QUENTIN CA 94964

**NIXON PEABODY LLP**
**JAMES R. FORBES**
TWO EMBARCADERO CTR. STE. 2700
SAN FRANCISCO, CA 94111

**DOUG MACMASTER**
DEPUTY DA
COUNTRA COSTA COUNTY
P.O. BOX 670
MARTINEZ CA 94553

**HABEAS CORPUS RESOURCE CTR.**
50 FREMONT ST.,STE. 1800
SAN FRANCISCO, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California on **JULY 9, 2002**

                                                                           Lisa R. Clark