MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
SANFORD SVETCOV (36561)
SUSAN K. ALEXANDER (124276)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

NIXON PEABODY LLP
James R. Forbes (114863)
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111-3996
Telephone: 415/984-8200
415/984-8300 (fax)

FILED
2002 SEP -3 PM 12: 05
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

433

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES RICHARD ODLE,

    Petitioner,

vs.

JEANNE WOODFORD, Acting Warden of San Quentin Sate Prison,

    Respondent.

No. C88-4280-SBA

SEPTEMBER 2002 STATUS REPORT

1   Pursuant to this Court's October 26, 2001 Order, Petitioner files this report to inform the
2   Court of the status of the state court competency proceedings.
3   On Thursday, July 25, 2002, after full briefing by both Petitioner and the State, Judge Cram
4   of the Contra Costa County Superior Court heard oral argument regarding whether or not California
5   state law permits a retrospective competency hearing to cure a due process violation such as the one
6   found by the Ninth Circuit in this case. The superior court ruled that the California per se rule
7   against such retrospective hearings does not apply in this case because the superior court is obliged
8   to follow federal law as interpreted by the Ninth Circuit in remanding petitioner's case. Accordingly,
9   the superior court ordered counsel for both sides to meet and confer regarding motions to be
10  considered in a "phase one hearing," acknowledging the possibility of making time for "appellate
11  relief." No date is currently set in the superior court.
12  On August 15, 2002, Petitioner filed a Writ of Prohibition/Mandate in the Court of Appeal
13  of the State of California, First Appellate District. The Petition was primarily prepared by Mr.
14  Svetcov, who worked *pro bono*. A copy of the Petition and the Table of Contents of the Record
15  Documents Supporting Petition are attached to this status report as Exhibits A and B.
16  On August 27, 2002, the California Court of Appeal issued an order requesting that the
17  Petition be transferred to the California Supreme Court for possible review because it involves a
18  capital conviction. A copy of that order is attached as Exhibit C.
19  In the interim, on June 13, June 19, and July 9, 2002, this Court resolved various motions
20  regarding representation issues, ordering that appointed counsel and Petitioner continue to work
21  together to resolve the legal issues related to competency that are pending in state court.
22  Petitioner will file his next status report with this Court on or before December 2, 2002.

23  DATED: Sept. 3, 2002          MILBERG WEISS BERSHAD
24                                  HYNES & LERACH LLP
                                    SANFORD SVETCOV
25                                  SUSAN K. ALEXANDER
26
                                    [signature]
27                                  _____
                                    SUSAN K. ALEXANDER
28

| | |
|---|---|
| 1 | 100 Pine Street, Suite 2600 |
| 2 | San Francisco, CA 94111 |
|   | Telephone: 415/288-4545 |
| 3 | 415/288-4534 (fax) |
| 4 | NIXON PEABODY LLP |
|   | James R. Forbes (114863) |
| 5 | Two Embarcadero Center, Suite 2700 |
|   | San Francisco, CA  94111-3996 |
| 6 | Telephone: 415/984-8200 |
|   | 415/984-8300 (fax) |
| 7 | Counsel for Petitioner |

28  F:\SECY\susammsf\SGM81892.rpt

SEPTEMBER 2002 STATUS REPORT - C-88-4280-SBA        - 2 -