MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
SANFORD SVETCOV (36561)
SUSAN K. ALEXANDER (124276)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

NIXON PEABODY LLP
James R. Forbes (114863)
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111-3996
Telephone: 415/984-8200
415/984-8300 (fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARD ODLE, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> JEANNE WOODFORD, Acting Warden of San ) <br> Quentin Sate Prison, ) <br> ) <br> Respondent. ) | No. C88-4280-SBA <br><br> APRIL 2003 STATUS REPORT |

1   Pursuant to this Court's October 26, 2001 Order, Petitioner files this report to inform the
2   Court of the status of the state court competency proceedings.[1]
3   On September 11, 2002, the California Supreme Court denied the request for transfer by the
4   California Court of Appeal, holding that the Court of Appeal had jurisdiction to entertain Mr. Odle's
5   writ petition on the issue of whether state law permits a retrospective competency hearing to cure
6   a due process violation such as the one found by the Ninth Circuit in this case. A copy of that order
7   is attached as Exhibit A. On the following day, the Court of Appeal denied Mr. Odle's writ. A copy
8   of that order is attached as Exhibit B.
9   On September 20, 2002, Mr. Odle filed a Petition for Review in the California Supreme
10  Court. That Petition was primarily prepared by Mr. Svetcov, who worked *pro bono*. A copy of the
11  Petition is attached as Exhibit C. The record documents accompanying the Petition were essentially
12  the same as those accompanying the Writ to the Court of Appeal, the table of contents of which was
13  previously submitted to this Court. On November 13, 2002, the California Supreme Court denied
14  the Petition for Review. Only Justice Kennard was of the opinion that the petition should have been
15  granted. A copy of that Order is attached as Exhibit D.
16  Prior to Mr. Odle's pursuit of appellate relief from the Contra Costa Superior Court's order
17  that California law did not preclude a retrospective hearing in this case, the State had advised the
18  superior court that once appellate review was complete, it would be filing a motion to resolve
19  preliminary evidentiary motions related to the hearing. On March 10, 2003, the State filed a Motion
20  to Establish Admissibility of Trial Counsel's Testimony Regarding Defendant's Trial Competency.
21  A copy of that motion is attached as Exhibit E. Mr. Odle filed an Opposition to that Motion on
22  March 28, 2003. A copy of that opposition is attached as Exhibit F.
23  The Superior Court conducted a hearing on Monday, April 7, 2003. The Superior Court ruled
24  that the State's motion was premature because the court had not yet resolved the issue of which party
25  would bear the burden of proof in the retrospective competency proceeding. Mr. Odle's opposition

---

[1] Petitioner did not file a Status Report on either December 2, 2002 or March 3, 2002, due to a calendaring oversight. Counsel will ensure that future reports are filed in accordance with this Court's October 26, 2001 Order.

APRIL 2003 STATUS REPORT- C-88-4280-SBA                                                          - 1 -

1  papers were deemed to be an opening brief on the burden of proof issue. The State's responsive brief
2  is due to be filed on April 21, 2003. Mr. Odle is due to reply on May 9, 2003.
3      Petitioner will file his next status report with this Court on or before July 3, 2003.

4  DATED: April 8, 2003

MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
SANFORD SVETCOV
SUSAN K. ALEXANDER

_/s/ Susan K. Alexander_
SUSAN K. ALEXANDER

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

NIXON PEABODY LLP
James R. Forbes (114863)
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111-3996
Telephone: 415/984-8200
415/984-8300 (fax)

Counsel for Petitioner

28  H:\Odle\April03Status.rpt

APRIL 2003 STATUS REPORT - C-88-4280-SBA      - 2 -