1  MILBERG WEISS BERSHAD
   HYNES & LERACH LLP
2  SANFORD SVETCOV (36561)
   SUSAN K. ALEXANDER (124276)
3  100 Pine Street, Suite 2600
   San Francisco, CA 94111
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5
   NIXON PEABODY LLP
6  James R. Forbes (114863)
   Two Embarcadero Center, Suite 2700
7  San Francisco, CA 94111-3996
   Telephone: 415/984-8200
8  415/984-8300 (fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARD ODLE, | ) |
| Petitioner, | ) No. C88-4280-SBA |
| vs. | ) |
| | ) JULY 2003 STATUS REPORT |
| JEANNE WOODFORD, Acting Warden of San Quentin Sate Prison, | ) |
| Respondent. | ) |

1   Pursuant to this Court's October 26, 2001 Order, Petitioner files this report to inform the
2   Court of the status of the state court competency proceedings.
3   On April 16, 2003, the State filed its Memorandum of Points and Authorities in Response
4   to Defendant's Motion to Set Burdens of Proof. A copy of that brief is attached as Exhibit A. On
5   May 1, 2003, Mr. Odle filed his Reply to People's Response on Motion to Set Burden of Proof. A
6   copy of that brief is attached as Exhibit B.
7   Superior Court Judge Cram conducted a hearing on May 9, 2003 and issued an Order on May
8   21, 2003, establishing that "[t]he People have the burden of establishing feasibility, by a
9   preponderance of the evidence," and "[t]he Defendant has the burden of establishing incompetency,
10  by a preponderance of the evidence." A copy of that Order is attached as Exhibit C.
11  The parties were ordered to work together to create a schedule and to report back to the Court
12  by August 9, 2003. Counsel for Mr. Odle anticipates establishing a schedule which includes
13  deadlines for (1) the initial submission of available evidence to demonstrate the feasibility of
14  conducting a retrospective competency hearing, (2) the completion of any discovery necessary in
15  connection with the initial submission, (3) the filing of briefs on the issue of feasibility, and (4) a
16  hearing.
17  Petitioner will file his next status report with this Court on or before October 3, 2003.

DATED: July 1, 2003

MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
SANFORD SVETCOV
SUSAN K. ALEXANDER

_____
SUSAN K. ALEXANDER

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

NIXON PEABODY LLP
James R. Forbes (114863)
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111-3996
Telephone: 415/984-8200
415/984-8300 (fax)

Counsel for Petitioner

APRIL 2003 STATUS REPORT- C-88-4280-SBA                                                          - 1 -