1  MILBERG WEISS BERSHAD
   HYNES & LERACH LLP
2  SANFORD SVETCOV (36561)
   SUSAN K. ALEXANDER (124276)
3  100 Pine Street, Suite 2600
   San Francisco, CA 94111
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5
   NIXON PEABODY LLP
6  JAMES R. FORBES (114863)
   Two Embarcadero Center, Suite 2700
7  San Francisco, CA 94111-3996
   Telephone: 415/984-8200
8  415/984-8300 (fax)

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13  JAMES RICHARD ODLE,                    )
                                           )
    Petitioner,                            ) No. C-88-4280-SBA
14                                         )
    vs.                                    )
15                                         ) PETITIONER'S STATUS REPORT PER
    JEANNE WOODFORD, Acting Warden of San  ) COURT ORDER OF OCTOBER 26, 2001
16  Quentin Sate Prison,                   )
                                           )
17  Respondent.                            )
                                           )
18

1  Pursuant to this Court's October 26, 2001 Order, Petitioner files this report to inform the
2  Court of the status of the state competency proceedings.
3  Following two continuances requested by the State, their initial submission of available
4  evidence to demonstrate the feasibility of conducting a retrospective competency hearing is now due
5  on October 23, 2003. After the State identifies the evidence on which they intend to rely in arguing
6  feasibility, dates will be set for (1) the completion of any discovery necessary in connection with the
7  initial submission, (2) the filing of briefs on the issue of feasibility, and (3) a hearing.
8  In light of the holidays, Petitioner will file his next status report with this Court on or before
9  January 9, 2004.

DATED: October 3, 2003

MILBERG WEISS BERSHAD
HYNES & LERACH LLP
SANFORD SVETCOV
SUSAN K. ALEXANDER

*/s/ Susan K. Alexander*

SUSAN K. ALEXANDER

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

**NIXON PEABODY LLP**
JAMES R. FORBES (114863)
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111-3996
Telephone: 415/984-8200
415/984-8300 (fax)

Counsel for Petitioner

H:\Odle\StatusReport3

PETITIONER'S JUNE, 2002 STATUS REPORT PER COURT ORDER OF OCTOBER 26,
2001- C-88-4280-SBA — - 1 -

1 **DECLARATION OF SERVICE BY MAIL**

2

3     I, the undersigned, declare:

4     1.     That declarant is and was, at all times herein mentioned, a citizen of the United States

5 and am employed in the City and County of San Francisco, over the age of 18 years, and not a party

6 to or interested in the within action; that declarant's business address is 100 Pine Street, 26th Floor,

7 San Francisco, California 94111.

8     2.     That on October 3, 2003, declarant served the PETITIONER'S STATUS REPORT

9 PER COURT ORDER OF OCTOBER 26, 2001 by depositing a true copy thereof in a United States

10 mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and

11 addressed to the parties listed as follows:

12 Mr. James R. Odle
P. O. Box C-71400
13 San Quentin, CA 94974

14 Honorable Joyce M. Cram
Judge of Superior Court
15 Contra Costa County
725 Court Street
16 Martinez, CA 94553-1233

17 Dane R. Gillette, Esq.
California State Attorney General's Office
18 455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-3664
19
    3.     That there is a regular communication by mail between the place of mailing and the
20
places so addressed.
21
    I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd
22
day of October, 2003, at San Francisco, California.
23

24

25                                                          TAMARA J. LOVE