MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
SANFORD SVETCOV (36561)
SUSAN K. ALEXANDER (124276)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

NIXON PEABODY LLP
James R. Forbes (114863)
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111-3996
Telephone: 415/984-8200
415/984-8300 (fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARD ODLE,<br><br>    Petitioner,<br><br>vs.<br><br>JEANNE WOODFORD, Acting Warden of San Quentin Sate Prison,<br><br>    Respondent. | No. C88-4280-SBA<br><br>JANUARY 2004 STATUS REPORT |

1   Pursuant to this Court's October 26, 2001 Order, Petitioner files this report to inform the
2   Court of the status of the state court competency proceedings.
3   On December 5, 2003, Judge Cram conducted a scheduling hearing at which the following
4   dates were set: (1) on January 23, 2003, each party is to identify all evidence they intend to present
5   at the feasibility hearing; (2) on January 30, 2003, each party may object to any such evidence in
6   writing; and (3) on February 5, 2003, Judge Cram will conduct a hearing to determine the feasibility
7   of a retrospective competency hearing in this case.
8   Petitioner will file his next status report with this Court on or before April 2, 2004.

DATED: January 7, 2004

MILBERG WEISS BERSHAD
 HYNES & LERACH LLP
SANFORD SVETCOV
SUSAN K. ALEXANDER

*/s/ Susan K. Alexander*

SUSAN K. ALEXANDER

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

NIXON PEABODY LLP
James R. Forbes (114863)
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111-3996
Telephone: 415/984-8200
415/984-8300 (fax)

Counsel for Petitioner

H:\Odle\Jan04Status.rpt

APRIL 2003 STATUS REPORT - C-88-4280-SBA                                    - 1 -

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 100 Pine Street, 26th Floor, San Francisco, California 94111.

2. That on January 7, 2004, declarant served the JANUARY 2004 STATUS REPORT by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed as follows:

Mr. James R. Odle
P. O. Box C-71400
San Quentin, CA 94974

Dane R. Gillette, Esq.
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-3664

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of January, 2004, at San Francisco, California.

TAMARA J. LOVE

APRIL 2003 STATUS REPORT- C-88-4280-SBA