1  MILBERG WEISS BERSHAD
     HYNES & LERACH LLP
2  SANFORD SVETCOV (36561)
   SUSAN K. ALEXANDER (124276)
3  100 Pine Street, Suite 2600
   San Francisco, CA 94111
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5
   NIXON PEABODY LLP
6  James R. Forbes (114863)
   Two Embarcadero Center, Suite 2700
7  San Francisco, CA 94111-3996
   Telephone: 415/984-8200
8  415/984-8300 (fax)

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12
    JAMES RICHARD ODLE,             )
13                                   )
              Petitioner,            )  No. C88-4280-SBA
14                                   )
    vs.                              )
15                                   )  JANUARY 2004 STATUS REPORT
    JEANNE WOODFORD, Acting Warden of San )
16  Quentin Sate Prison,             )
                                     )
17            Respondent.            )
    _____)

1  Pursuant to this Court's October 26, 2001 Order, Petitioner files this report to inform the
2  Court of the status of the state court competency proceedings.
3  On December 5, 2003, Judge Cram conducted a scheduling hearing at which the following
4  dates were set: (1) on January 23, 2004, each party is to identify all evidence they intend to present
5  at the feasibility hearing; (2) on January 30, 2004, each party may object to any such evidence in
6  writing; and (3) on February 5, 2004, Judge Cram will conduct a hearing to determine the feasibility
7  of a retrospective competency hearing in this case.
8  Petitioner will file his next status report with this Court on or before April 2, 2004.

DATED: January 12, 2004

MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
SANFORD SVETCOV
SUSAN K. ALEXANDER

_____
SUSAN K. ALEXANDER

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

NIXON PEABODY LLP
James R. Forbes (114863)
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111-3996
Telephone: 415/984-8200
415/984-8300 (fax)

Counsel for Petitioner

H:\Odle\Jan04StatusRevised.rpt

APRIL 2003 STATUS REPORT- C-88-4280-SBA                                                          - 1 -

**DECLARATION OF SERVICE BY MAIL**

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 100 Pine Street, 26th Floor, San Francisco, California 94111.

2. That on January 12, 2004, declarant served the JANUARY 2004 STATUS REPORT by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed as follows:

Dane R. Gillette, Esq.
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-3664

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of January, 2004, at San Francisco, California.

TAMARA J. LOVE

APRIL 2003 STATUS REPORT- C-88-4280-SBA