1 | MILBERG WEISS BERSHAD
  | HYNES & LERACH LLP
2 | SANFORD SVETCOV (36561)
  | SUSAN K. ALEXANDER (124276)
3 | 100 Pine Street, Suite 2600
  | San Francisco, CA  94111
4 | Telephone. 415/288-4545
  | Facsimile: 415/288-4534
5 | – and –
  | NIXON PEABODY LLP
6 | JAMES R. FORBES (114863)
  | Two Embarcadero Center, Suite 2700
7 | San Francisco, CA  94111
  | Telephone:  415/984-8200
8 | Facsimile: 415/984-8300

FILED

2004 MAR 31  AM 11: 26

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

439w

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12 | JAMES RICHARD ODLE,                          )
   |                                              )
13 |                     Petitioner,             )   No. C-88-4280-SBA
   |                                              )
14 | vs.                                         )   PETITIONER'S APRIL 2004 STATUS
   |                                              )   REPORT PER COURT ORDER OF
15 | JEANNE WOODFORD, Acting Warden of           )   OCTOBER 26, 2001
   | San Quentin State Prison,                    )
16 |                                              )
   |                     Respondent.             )
17 | _____)

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to this Court's October 26, 2001 Order, Petitioner files this report to inform the

2  Court of the status of the state competency proceedings.

3    In January, both Petitioner and the State submitted briefs identifying evidence that they

4  intended to present at the feasibility hearing and objecting, where appropriate, to evidence offered by

5  the other side.

6    On February 27, 2003, the hearing to determine the feasibility of a retrospective competency

7  hearing in this case began.  The State began its presentation with the testimony of Daniel A. Martell,

8  Ph.D., a clinical psychologist from New York.  Prior to testifying live, Dr. Martell submitted a

9  declaration explaining that he had neither examined nor tested Mr. Odle and that his opinions were

10  based largely on the transcript of an interview between Mr. Odle and Dr. Hugh Winig, conducted in

11  the Contra Costa County jail, after Mr. Odle had been shot and had invoked his *Miranda* warnings.

12  At the time of Mr. Odle's trial, the Winig interview was held inadmissible for any purpose.

13    The feasibility hearing has been continued to allow both parties to fully brief the issue of

14  whether Dr. Martell may properly rely on the Winig interview as the basis for his testimony at the

15  feasibility hearing.  Judge Cram has scheduled a hearing for April 9, 2004 to decide that issue.

16    The feasibility hearing has been continued until May 14, 2004, at which time the State has

17  indicated that it will continue its evidentiary presentation.  Petitioner will have the opportunity to

18  cross examine the State's witnesses and to present evidence.

19    Petitioner will file his next status report with this Court on or before July 2, 2004.

20  DATED:  March 31, 2004              MILBERG WEISS BERSHAD
                                       HYNES & LERACH LLP
21                                     SANFORD SVETCOV
                                       SUSAN K. ALEXANDER
22

23

24                                     SUSAN K. ALEXANDER

25                                     100 Pine Street, Suite 2600
                                       San Francisco, CA  94111
26                                     Telephone:  415/288-4545
                                       Facsimile:  415/288-4534
27
                                       NIXON PEABODY LLP
28                                     JAMES R. FORBES
                                       Two Embarcadero Center, Suite 2700

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

San Francisco, CA   94111
Telephone:  415/984-8200
Facsimile:  415/984-8300

Counsel for Petitioner

H:\Odle\StatusReportApril2004.doc

PETITIONER'S APRIL 2004 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 - C-88-4280-SBA       - 2 -

**DECLARATION OF SERVICE BY MAIL**

I, the undersigned, declare:

1.    That declarant is and was, at all times herein mentioned, a citizen of the United States and am employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 100 Pine Street, 26th Floor, San Francisco, California  94111.

2.    That on March 31, 2004, declarant served the PETITIONER'S APRIL 2004 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed as follows:

Mr. James R. Odle
P. O. Box C-71400
San Quentin, CA   94974

Honorable Joyce M. Cram
Judge of Superior Court
Contra Costa County
725 Court Street
Martinez, CA   94553-1233

Dane R. Gillette, Esq.
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA   94102-3664

3.    That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 31st day of March, 2004, at San Francisco, California.

TAMARA J. LOVE