1  LERACH COUGHLIN STOIA & ROBBINS, LLP
   SANFORD SVETCOV (36561)
2  SUSAN K. ALEXANDER (124276)
   100 Pine Street, Suite 2600
3  San Francisco, CA  94111
   Telephone: 415/288-4545
4  Facsimile: 415/288-4534
   – and –
5  NIXON PEABODY LLP
   JAMES R. FORBES (114863)
6  Two Embarcadero Center, Suite 2700
   San Francisco, CA  94111
7  Telephone:  415/984-8200
   Facsimile: 415/984-8300
8

FILED
JUL - 2 2004
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

444

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12  JAMES RICHARD ODLE,                )
                                       )
13          Petitioner,                )   No. C-88-4280-SBA
                                       )
14  vs.                                )   PETITIONER'S JULY 2004 STATUS
                                       )   REPORT PER COURT ORDER OF
15  JEANNE WOODFORD, Acting Warden of  )   OCTOBER 26, 2001
    San Quentin State Prison,          )
16                                     )
            Respondent.                )
17  _____)

1        Pursuant to this Court's October 26, 2001 Order, Petitioner files this report to inform the
2   Court of the status of the state competency proceedings.
3        In early April, 2004, Mr. Odle wrote to state court counsel John Grele and to Contra Costa
4   County Judge Cram, advising that he wanted to be heard on a request to remove Grele and federal
5   counsel James Forbes and Susan Alexander as counsel and represent himself. Because of potential
6   conflict issues involved in Judge Cram hearing the request to replace counsel while presiding over
7   the substantive retrospective competency hearing, the representation matter was set before Contra
8   Costa County Judge Terrence Bruiniers on May 17, 2004.
9        On May 6, 2004, the State wrote to Judge Bruiniers, requesting that it be present for any
10  portion of the hearing that related to scheduling or extra representational matters; but, in the end, the
11  State decided not to appear at the hearing.
12       In an open court, sealed hearing, Mr. Odle appeared and testified at length about his desire to
13  represent himself and his dissatisfaction with Mr. Grele. Judge Bruiniers held that because of the
14  pending proceedings, Mr. Odle does not have a *Farretta* right to represent himself – but can move to
15  have Mr. Grele removed as counsel. Nonetheless, the court ultimately denied Mr. Odle's motion.
16  Mr. Grele made a motion to withdraw as counsel which was also denied. As Mr. Odle was being
17  escorted from the court, he told the court that he wanted to testify against himself. That request was
18  also denied.
19       In light of issues relating to representation and Mr. Odle's transport to Contra Costa County,
20  the April 9, 2004 hearing date – for determining whether the State's expert could rely on a
21  previously excluded statement by Mr. Odle to Dr. Winig – was continued to May 21, 2004. Both
22  Petitioner and the State filed briefs regarding the Winig issue on May 7, 2004. On May 21, 2004,
23  Judge Cram held that although Mr. Odle's statement to Dr. Winig had previously been held
24  inadmissible for any purpose, the voluntariness of the statement was not relevant to the issue of
25  whether the statement could be used for purposes of a competency proceeding. The court based its
26  rulings on *Estelle v. Smith*, 451 U.S. 454 (1981) and *People v. Arcega*, 32 Cal.3d 504, 523 (1982).
27       On June 14, 2004, the State filed a motion for Mr. Odle to testify in the competency
28  proceedings, attaching two letters that Mr. Odle sent to Assistant District Attorney MacMaster. A

PETITIONER'S JULY 2004 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 - C-88-4280-SBA        - 1 -

hearing has been scheduled for Friday, July 2, 2004, to address the State's motion and related potential representation issues, including the extent to which Mr. Grele will be required to testify about circumstances surrounding Mr. Odle's letters to Mr. MacMaster. Petitioner is filing a brief in advance of the hearing.

The feasibility hearing (which had been scheduled to continue on May 14, 2004) continued on June 18, 2004 and June 25, 2004, in light of the foregoing interruptions. The sole witness was the State's expert, Dr. Martell. He testified about tools that he believes make a retrospective competency hearing feasible, although he testified that he does not know the factors that a court considers in determining feasibility of a retrospective competency hearing and was not able to accurately articulate the standard for legal competence. The direct and cross examination of Dr. Martell have been completed; but, Dr. Martell remains subject to recall. The hearing has been continued, pending resolution of the testimony/representation issues and discovery disputes, detailed below.

On June 23, 2004, Petitioner filed a motion to compel responses to subpoenas duces tecum served on the Pinole Police Department and the Contra Costa County Sheriff's Department. Judge Cram granted the motions and ordered the parties to work out a mutually agreeable method for getting the documents to Petitioner. The State has not cooperated. Petitioner will move the Court for an order allowing counsel access to the documents.

Petitioner will file his next status report with this Court on or before October 1, 2004.

DATED: July 2, 2004

LERACH COUGHLIN STOIA
& ROBBINS LLP
SANFORD SVETCOV
SUSAN K. ALEXANDER

_/s/ Susan K. Alexander_
SUSAN K. ALEXANDER

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
Facsimile: 415/288-4534

NIXON PEABODY LLP
JAMES R. FORBES

```
 1                                          Two Embarcadero Center, Suite 2700
                                            San Francisco, CA  94111
 2                                          Telephone:  415/984-8200
                                            Facsimile:  415/984-8300
 3
                                            Counsel for Petitioner
 4
    H:\Odle\StatusReportJuly2004.doc
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

**DECLARATION OF SERVICE BY MAIL**

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and am employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 100 Pine Street, 26th Floor, San Francisco, California 94111.

2. That on July 2, 2004, declarant served the PETITIONER'S JULY 2004 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed as follows:

Mr. James R. Odle
Booking No. 2004010781
901 Court Street
Martinez, CA  94553

Dane R. Gillette, Esq.
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-3664

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of July, 2004, at San Francisco, California.

TAMARA J. LOVE