LERACH COUGHLIN STOIA
GELLER RUDMAN & ROBBINS, LLP
SANFORD SVETCOV (36561)
SUSAN K. ALEXANDER (124276)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
Facsimile: 415/288-4534
– and –
NIXON PEABODY LLP
JAMES R. FORBES (114863)
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111
Telephone: 415/984-8200
Facsimile: 415/984-8300

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARD ODLE,<br><br>       Petitioner,<br><br>vs.<br><br>JEANNE WOODFORD, Acting Warden of San Quentin State Prison,<br><br>       Respondent. | No. C-88-4280-SBA<br><br>PETITIONER'S OCTOBER 2004 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 |

1   Pursuant to this Court's October 26, 2001 Order, Petitioner files this report to inform the
2   Court of the status of the state competency proceedings.
3   The trial court has issued no ruling regarding representational issues presented by Mr. Odle.
4   The court has ruled that Mr. Odle's testimony is not relevant to feasibility issues and, therefore, will
5   not be allowed at this time.
6   Discovery matters also continue to be unresolved. Despite Judge Cram's grant of
7   Petitioner's motions to compel and order that the parties work out a mutually agreeable method for
8   production, the State has produced no documents. Petition will file another motion.
9   The trial court has ruled that in light of *People v. Ary*, 116 Cal. App. 4th (1st Dist. 2004),
10  Petitioner is required to make an evidentiary presentation regarding feasibility. Petitioner submitted
11  evidentiary materials to the State on September 29, 2004. If the State determines that cross-
12  examination of witnesses related to those materials is necessary, such hearings will be scheduled in
13  November.
14  In light of the holidays, Petitioner will file his next status report with this Court on or before
15  January 10, 2005.

DATED: September 29, 2004

LERACH COUGHLIN STOIA
GELLER RUDMAN & ROBBINS LLP
SANFORD SVETCOV
SUSAN K. ALEXANDER

_____
SUSAN K. ALEXANDER

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
Facsimile: 415/288-4534

NIXON PEABODY LLP
JAMES R. FORBES
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111
Telephone: 415/984-8200
Facsimile: 415/984-8300

Counsel for Petitioner

H:\Odle\StatusReportOctober2004.doc

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and am employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 100 Pine Street, 26th Floor, San Francisco, California 94111.

2. That on September 29, 2004, declarant served the PETITIONER'S OCTOBER 2004 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed as follows:

Mr. James R. Odle
Booking No. 2004010781
901 Court Street
Martinez, CA 94553

Dane R. Gillette, Esq.
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-3664

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of September, 2004, at San Francisco, California.

TAMARA J. LOVE