LERACH COUGHLIN STOIA
GELLER RUDMAN & ROBBINS, LLP
SANFORD SVETCOV (36561)
SUSAN K. ALEXANDER (124276)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
Facsimile: 415/288-4534
– and –
NIXON PEABODY LLP
JAMES R. FORBES (114863)
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111
Telephone: 415/984-8200
Facsimile: 415/984-8300

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARD ODLE,<br><br>  Petitioner,<br><br>vs.<br><br>JEANNE WOODFORD, Acting Warden of San Quentin State Prison,<br><br>  Respondent. | No. C-88-4280-SBA<br><br>PETITIONER'S JANUARY 2005 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 |

1  Pursuant to this Court's October 26, 2001 Order, Petitioner files this report to inform the
2  Court of the status of the state competency proceedings.
3  At a hearing on December 10, 2004, Petitioner and the State identified all relevant evidence
4  on the issue of the feasibility of conducting a retrospective competency hearing. The court
5  scheduled a hearing for January 14, 2005 to hear final argument on feasibility from each side.
6  At the December 10, 2004 hearing, the State sought to introduce certain evidence obtained
7  from the Pinole Police Department, despite the Police Department's failure to comply with a court
8  order to produce all responsive evidence to Petitioner. Petitioner objected in light of the discovery
9  violation. The court issued an order to show cause why the Pinole Police Department should not be
10 held in contempt. That issue will also be heard on January 14, 2005.
11 Petitioner will file his next status report with this Court on April 4, 2005.

DATED: January 10, 2005

LERACH COUGHLIN STOIA
GELLER RUDMAN & ROBBINS LLP
SANFORD SVETCOV
SUSAN K. ALEXANDER

*[signature]*

SUSAN K. ALEXANDER

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
Facsimile:  415/288-4534

NIXON PEABODY LLP
JAMES R. FORBES
Two Embarcadero Center, Suite 2700
San Francisco, CA  94111
Telephone:  415/984-8200
Facsimile:  415/984-8300

Counsel for Petitioner

H:\Odle\StatusReportJanuary2005.doc

PETITIONER'S OCT. 2004 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 - C-88-4280-SBA    - 1 -

**DECLARATION OF SERVICE BY MAIL**

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and am employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 100 Pine Street, 26th Floor, San Francisco, California 94111.

2. That on January 10, 2005, declarant served the PETITIONER'S JANUARY 2005 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed as follows:

Mr. James R. Odle
Booking No. 2004010781
901 Court Street
Martinez, CA 94553

Dane R. Gillette, Esq.
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-3664

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of January, 2005, at San Francisco, California.

TAMARA J. LOVE