1  LERACH COUGHLIN STOIA
   GELLER RUDMAN & ROBBINS, LLP
2  SANFORD SVETCOV (36561)
   SUSAN K. ALEXANDER (124276)
3  100 Pine Street, Suite 2600
   San Francisco, CA 94111
4  Telephone: 415/288-4545
   Facsimile: 415/288-4534
5  – and –
   NIXON PEABODY LLP
6  JAMES R. FORBES (114863)
   Two Embarcadero Center, Suite 2700
7  San Francisco, CA 94111
   Telephone: 415/984-8200
8  Facsimile: 415/984-8300

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARD ODLE,<br><br>    Petitioner,<br><br>vs.<br><br>JEANNE WOODFORD, Acting Warden of San Quentin State Prison,<br><br>    Respondent. | No. C-88-4280-SBA<br><br>PETITIONER'S APRIL 2005 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 |

1     Pursuant to this Court's October 26, 2001 Order, Petitioner files this report to inform the Court of the status of the state competency proceedings.

    On March 4, 2005, Judge Cram ruled that a retrospective competency hearing is feasible and would not be unfair, despite acknowledging the lack of any contemporaneous medical evaluations of Mr. Odle. Judge Cram also ruled that new information about Mr. Odle's current medical treatment did not necessitate postponing the rulings. A retrospective competency hearing was scheduled for September 16, 2005.

    Petitioner is preparing a writ of mandamus to the California Court of Appeal and expects to file the writ by the end of April.

    Petitioner is still attempting to obtain complete discovery from the Pinole Police Department. Specifically, the District Attorney presently has custody of certain relevant audio tapes that Petitioner believes were originally created by the Pinole Police Department. Petitioner is negotiating with the District Attorney's office for release of those tapes.

    Due to counsel's schedule, Petitioner will file his next status report with this Court on July 8, 2005.

DATED: March 31, 2005

LERACH COUGHLIN STOIA
GELLER RUDMAN & ROBBINS LLP
SANFORD SVETCOV
SUSAN K. ALEXANDER

*(signature)*

SUSAN K. ALEXANDER

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
Facsimile: 415/288-4534

NIXON PEABODY LLP
JAMES R. FORBES
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111
Telephone: 415/984-8200
Facsimile: 415/984-8300

Counsel for Petitioner

H:\Odle\StatusReportApril2005.doc

**DECLARATION OF SERVICE BY MAIL**

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and am employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 100 Pine Street, 26th Floor, San Francisco, California 94111.

2. That on March 31, 2005, declarant served the PETITIONER'S APRIL 2005 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed as follows:

Mr. James R. Odle
P. O. Box C-71400
San Quentin, CA   94974

Dane R. Gillette, Esq.
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA   94102-3664

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of March, 2005, at San Francisco, California.

TAMARA J. LOVE