1  LERACH COUGHLIN STOIA
   GELLER RUDMAN & ROBBINS, LLP
2  SANFORD SVETCOV (36561)
   SUSAN K. ALEXANDER (124276)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone: 415/288-4545
   Facsimile: 415/288-4534
5  – and –
   NIXON PEABODY LLP
6  JAMES R. FORBES (114863)
   Two Embarcadero Center, Suite 2700
7  San Francisco, CA  94111
   Telephone: 415/984-8200
8  Facsimile: 415/984-8300

FILED
2005 JUL -8  AM 10: 31
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12  JAMES RICHARD ODLE, | ) | |
| 13       Petitioner, | ) | No. C-88-4280-SBA |
| 14  vs. | ) | PETITIONER'S JULY 2005 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 |
| 15  JEANNE WOODFORD, Acting Warden of San Quentin State Prison, | ) | |
| 16       Respondent. | ) | |

1  Pursuant to this Court's October 26, 2001 Order, Petitioner files this report to inform the
2  Court of the status of the state competency proceedings.
3  On May 2, 2005, Petitioner filed a Petition for Writ of Prohibition or Mandate and Request
4  for Immediate Stay with the California Court of Appeal, challenging the superior court's order that a
5  retrospective competency hearing is feasible and would not be unfair, despite the lack of any
6  contemporaneous medical evaluations of Mr. Odle. The Court of Appeal ordered the State to
7  respond. The State filed its opposition brief on June 9, 2005. Petitioner filed its reply brief on June
8  23, 2005.
9
10  On July 1, 2005, Petitioner filed a complaint under the Freedom of Information Act in this
11  Court, seeking information regarding a Department of Justice investigation of the State's sole
12  witness, psychologist Daniel Martell, related to Dr. Martell's alleged communications with
13  prosecutors in violation of a court order, his submission of a knowingly false affidavit
14  misrepresenting the circumstances surrounding the violation, and the Department of Justice's
15  subsequent decision to relieve Dr. Martell from expert witness responsibilities on approximately one
16  dozen pending matters.
17
18  Petitioner is still attempting to obtain complete discovery from the Pinole Police Department.
19  On June 1, 2005, Petitioner filed an Application for Hearing as to Compliance with Subpoenas
20  Duces Tecum. The Application was denied without prejudice, with instructions to the parties to
21  resolve the discovery dispute informally. Petitioner has repeatedly contacted the Pinole Police
22  Department and has received no response. Petitioner plans to refile the Application for Hearing as to
23  Compliance with Subpoenas Duces Tecum on July 8, 2005.
24
25  ///
26  ///
27  ///
28

PETITIONER'S JULY 2005 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 - C-88-4280-SBA    - 1 -

1      The retrospective competency hearing remains scheduled for September 16, 2005.

2      Petitioner will file his next status report with this Court on October 3, 2005.

3    DATED: July 7, 2005            LERACH COUGHLIN STOIA
GELLER RUDMAN & ROBBINS LLP
SANFORD SVETCOV
SUSAN K. ALEXANDER

*/s/ Susan K. Alexander*

SUSAN K. ALEXANDER

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
Facsimile: 415/288-4534

NIXON PEABODY LLP
JAMES R. FORBES
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111
Telephone: 415/984-8200
Facsimile: 415/984-8300

Counsel for Petitioner

H:\Odle\StatusReportJuly2005.doc

**DECLARATION OF SERVICE BY MAIL**

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and am employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 100 Pine Street, 26th Floor, San Francisco, California 94111.

2. That on July 7, 2005, declarant served the PETITIONER'S JULY 2005 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed as follows:

Mr. James R. Odle
P. O. Box C-71400
San Quentin, CA   94974

Dane R. Gillette, Esq.
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA   94102-3664

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of July, 2005, at San Francisco, California.

TAMARA J. LOVE