

LERACH COUGHLIN STOIA
GELLER RUDMAN & ROBBINS, LLP
SANFORD SVETCOV (36561)
SUSAN K. ALEXANDER (124276)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
Facsimile: 415/288-4534
– and –
NIXON PEABODY LLP
JAMES R. FORBES (114863)
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111
Telephone: 415/984-8200
Facsimile: 415/984-8300

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARD ODLE,<br><br>Petitioner,<br><br>vs.<br><br>JEANNE WOODFORD, Acting Warden of San Quentin State Prison,<br><br>Respondent. | No. C-88-4280-SBA<br><br>PETITIONER'S OCTOBER 2005 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 |

Pursuant to this Court's October 26, 2001 Order, Petitioner files this report to inform the Court of the status of the state competency proceedings.

On July 15, 2005, the California Court of Appeal, First Appellate District, Division Two, issued an unpublished decision, denying Mr. Odle's Petition for Writ of Prohibition and Request for Stay of Trial. Presiding Justice Kline dissented.

On July 25, 2005, Odle filed a Petition for Review in the California Supreme Court.

On August 31, 2005, the Petition for Review was granted. The California Supreme Court ordered the matter transferred back to the Court of Appeal "with directions to vacate its order denying prohibition/mandate and to issue an order directing respondent court to show cause why the relief sought in the petition should not be granted." The California Supreme Court also stayed the September 16, 2005 retrospective competency hearing, pending further order of the Court of Appeal.

Pursuant to the California Supreme Court's order, the Court of Appeal issued an order on September 1, 2005, ordering "that real party in interest show cause before this court when the matter is ordered on calendar why the relief sought in the petition should not be granted." On September 20, 2005, the State filed a Return to Order to Show Cause and supporting Points and Authorities. On September 28, 2005, Petitioner filed a Traverse to Return to Order to Show Cause.

A status conference has been set in the Contra Costa County superior court for December 2, 2005.

Petitioner's Freedom of Information Act action (*Odle v. Department of Justice*), seeking information regarding a Department of Justice investigation of the State's sole witness, psychologist Daniel Martell, has been assigned to Judge Chesney of this Court. On August 26, 2005, Petitioner filed a summary judgment motion which was denied when the Department of Justice ("DOJ") represented that it would now review the documents – despite prior representations that it already had – and would produce any it concluded were responsive and not exempt. Until the complaint was filed, the DOJ had refused to acknowledge whether any documents existed. In denying Petitioner's motion, the Court also ordered the DOJ, by October 21, 2005, to (1) produce any documents not allegedly exempt from disclosure, (2) identify any exemptions relied on to withhold documents and (3) file a motion for summary judgment in support of those exemptions. The Court also allowed

petitioner to re-file his motion for summary judgment based on whatever alleged exemptions the DOJ asserts.

The previously reported discovery dispute with the Pinole Police Department was resolved. But, Petitioner is still working with the Contra Costa Sheriff's Department to resolve issues related to the Department's failure to comply with outstanding subpoenas. Motions to compel are pending, but the Superior Court has ordered the parties to meet and confer regarding the issues.

Petitioner will file his next status report with this Court on January 6, 2006.

DATED: September 30, 2005

LERACH COUGHLIN STOIA
GELLER RUDMAN & ROBBINS LLP
SANFORD SVETCOV
SUSAN K. ALEXANDER

SUSAN K. ALEXANDER

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
Facsimile: 415/288-4534

NIXON PEABODY LLP
JAMES R. FORBES
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111
Telephone: 415/984-8200
Facsimile: 415/984-8300

Counsel for Petitioner

H:\Odle\StatusReportOctober2005.doc

**DECLARATION OF SERVICE BY MAIL**

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and am employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 100 Pine Street, 26th Floor, San Francisco, California 94111.

2. That on September 30, 2005, declarant served the PETITIONER'S OCTOBER 2005 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed as follows:

Mr. James R. Odle
P. O. Box C-71400
San Quentin, CA 94974

Dane R. Gillette, Esq.
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-3664

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of September, 2005, at San Francisco, California.

TAMARA J. LOVE