LERACH COUGHLIN STOIA
GELLER RUDMAN & ROBBINS, LLP
SANFORD SVETCOV (36561)
SUSAN K. ALEXANDER (124276)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
Facsimile: 415/288-4534
– and –
NIXON PEABODY LLP
JAMES R. FORBES (114863)
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111
Telephone: 415/984-8200
Facsimile: 415/984-8300

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARD ODLE,<br><br>    Petitioner,<br><br>vs.<br><br>JEANNE WOODFORD, Acting Warden of San Quentin State Prison,<br><br>    Respondent. | No. C-88-4280-SBA<br><br>PETITIONER'S JANUARY 2006 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 |

1     Pursuant to this Court's October 26, 2001 Order, petitioner files this report to inform the
2 Court of the status of the state competency proceedings.
3     On December 27, 2005, the California Court of Appeal for the First Appellate District
4 scheduled oral argument for January 18, 2006, in connection with Mr. Odle's Petition for Writ of
5 Prohibition and Request for Stay of Trial.
6     On December 2, 2005, the Contra Costa County Superior Court conducted a very brief status
7 conference. The matter was continued for a further status conference on January 27, 2006. All
8 discovery issues have been stayed by the appellate court order.
9     The Department of Justice ("DOJ") has filed a summary judgment motion in connection with
10 petitioner's Freedom of Information Act action (*Odle v. Department of Justice*), in which petitioner
11 seeks information regarding a Department of Justice investigation of the State's sole witness,
12 psychologist Daniel Martell. Petitioner's opposition to the motion is due on January 13, 2006.
13     Petitioner will file his next status report with this Court on April 3, 2006.

14 DATED: January 6, 2006

LERACH COUGHLIN STOIA
GELLER RUDMAN & ROBBINS LLP
SANFORD SVETCOV
SUSAN K. ALEXANDER

_____
SUSAN K. ALEXANDER

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
Facsimile: 415/288-4534

NIXON PEABODY LLP
JAMES R. FORBES
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111
Telephone: 415/984-8200
Facsimile: 415/984-8300

Counsel for Petitioner

H:\Odle\StatusReportJanuary2006.doc

PETITIONER'S OCTOBER 2005 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 - C-88-4280-SBA   - 1 -

| | |
|---|---|
| 1 | **DECLARATION OF SERVICE BY MAIL** |
| 2 | I, the undersigned, declare: |
| 3 | 1. That declarant is and was, at all times herein mentioned, a citizen of the United States |
| 4 | and am employed in the City and County of San Francisco, over the age of 18 years, and not a party |
| 5 | to or interested in the within action; that declarant's business address is 100 Pine Street, 26th Floor, |
| 6 | San Francisco, California 94111. |
| 7 | 2. That on January 6, 2006, declarant served the PETITIONER'S JANUARY 2006 |
| 8 | STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 by depositing a true copy |
| 9 | thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage |
| 10 | thereon fully prepaid and addressed to the parties listed as follows: |

Mr. James R. Odle
P. O. Box C-71400
San Quentin, CA   94974

Dane R. Gillette, Esq.
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA   94102-3664

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of January, 2006, at San Francisco, California.

TAMARA J. LOVE