1  LERACH COUGHLIN STOIA
   GELLER RUDMAN & ROBBINS, LLP
2  SANFORD SVETCOV (36561)
   SUSAN K. ALEXANDER (124276)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone: 415/288-4545
   Facsimile: 415/288-4534
5  – and –
   NIXON PEABODY LLP
6  JAMES R. FORBES (114863)
   Two Embarcadero Center, Suite 2700
7  San Francisco, CA  94111
   Telephone:  415/984-8200
8  Facsimile: 415/984-8300

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

12  JAMES RICHARD ODLE,

13        Petitioner,                           No. C-88-4280-SBA

14  vs.                                         PETITIONER'S JUNE 2006 STATUS
                                                REPORT PER COURT ORDER OF
15  JEANNE WOODFORD, Acting Warden of           OCTOBER 26, 2001
    San Quentin State Prison,

16

17        Respondent.

18

19

20

21

22

23

24

25

26

27

28

1  Pursuant to this Court's October 26, 2001 Order, Petitioner files this report to inform the
2  Court of the status of the state competency proceedings.
3  On June 14, 2006, the California Supreme Court denied Mr. Odle's Petition for Review and
4  the related request for an order directing publication of the California Court of Appeal's opinion.
5  Justice Kennard is of the opinion the petition should have been granted. Accordingly, this case will
6  now be remanded to the Contra Costa County Superior Court with instructions to reopen the
7  feasibility hearing and conduct further proceedings on two issues:

> (1) whether Odle's trial counsel, William Gagen, has sufficient recollection of non-privileged matters so as to provide affirmative evidence at a retrospective competency hearing on the question of whether Odle understood the nature of the proceedings and was able to assist counsel in the conduct of a defense in a rational manner; and (2) whether Odle is able to participate in a meaningful psychiatric evaluation and whether such a current evaluation would assist a fact finder at a retrospective competency hearing in determining Odle's competency to stand trial in 1983. After conducting these proceedings and considering the evidence received both then and previously, the court should reevaluate whether a retrospective competency hearing is feasible as to petitioner.

(California Court of Appeal Opinion at 23.) A status conference has been scheduled in the trial court for July 7, 2006.

On May 17, 2006, this Court granted the Department of Justice's summary judgment motion in connection with Petitioner's Freedom of Information Act claim. The ruling concludes the FOIA action, upholding the Department's position that the previously withheld 1,630 pages of documents related to the Department's investigation of Dr. Martell were in fact exempt from disclosure under FOIA.

Petitioner will file his next status report with this Court on October 2, 2006.

DATED: June 21, 2006

LERACH COUGHLIN STOIA
GELLER RUDMAN & ROBBINS LLP
SANFORD SVETCOV
SUSAN K. ALEXANDER

_____
SUSAN K. ALEXANDER

PETITIONER'S JUNE 2006 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 - C-88-4280-SBA    - 1 -

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
Facsimile: 415/288-4534

NIXON PEABODY LLP
JAMES R. FORBES
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111
Telephone: 415/984-8200
Facsimile: 415/984-8300

Counsel for Petitioner

H:\Odle\StatusReportJune2006.doc

1  **DECLARATION OF SERVICE BY MAIL**

2  I, the undersigned, declare:

3  1. That declarant is and was, at all times herein mentioned, a citizen of the United States and am employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 100 Pine Street, 26th Floor, San Francisco, California 94111.

2. That on June 21, 2006, declarant served the PETITIONER'S JUNE 2006 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed as follows:

Mr. James R. Odle
P. O. Box C-71400
San Quentin, CA  94974

Dane R. Gillette, Esq.
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-3664

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of June, 2006, at San Francisco, California.

TAMARA J. LOVE