1  LERACH COUGHLIN STOIA
   GELLER RUDMAN & ROBBINS, LLP
2  SANFORD SVETCOV (36561)
   SUSAN K. ALEXANDER (124276)
3  100 Pine Street, Suite 2600
   San Francisco, CA 94111
4  Telephone: 415/288-4545
   Facsimile: 415/288-4534
5  – and –
   NIXON PEABODY LLP
6  JAMES R. FORBES (114863)
   Two Embarcadero Center, Suite 2700
7  San Francisco, CA 94111
   Telephone: 415/984-8200
8  Facsimile: 415/984-8300

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARD ODLE, | ) |
| Petitioner, | ) No. C-88-4280-SBA |
| vs. | ) PETITIONER'S OCTOBER 2006 STATUS REPORT PER COURT ORDER OF |
| JEANNE WOODFORD, Acting Warden of San Quentin State Prison, | ) OCTOBER 26, 2001 |
| Respondent. | ) |

1       Pursuant to this Court's October 26, 2001 Order, Petitioner files this report to inform the
2 Court of the status of the state competency proceedings.

3       In July 2006, the California Supreme Court issued its remittitur, remanding this case to the
4 Contra Costa County Superior Court. Status conferences were held on July 7, 2006 and August 11,
5 2006.

6       A further status conference is set for October 13, 2006. The trial court has advised that it will
7 schedule a date for the substantive hearing at that time.

8       Petitioner will file his next status report with this Court on January 8, 2007.

9 DATED: September 29, 2006

LERACH COUGHLIN STOIA
GELLER RUDMAN & ROBBINS LLP
SANFORD SVETCOV
SUSAN K. ALEXANDER

/s/ Susan K. Alexander
SUSAN K. ALEXANDER

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
Facsimile: 415/288-4534

NIXON PEABODY LLP
JAMES R. FORBES
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111
Telephone: 415/984-8200
Facsimile: 415/984-8300

Counsel for Petitioner

H:\Odle\StatusReportOct2006.doc

PETITIONER'S OCTOBER 2006 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 - C-88-4280-SBA  - 1 -

# DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and am employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 100 Pine Street, 26th Floor, San Francisco, California 94111.

2. That on September 29, 2006, declarant served the PETITIONER'S OCTOBER 2006 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed as follows:

Mr. James R. Odle
P. O. Box C-71400
San Quentin, CA   94974

Dane R. Gillette, Esq.
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA   94102-3664

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of September, 2006, at San Francisco, California.

TAMARA J. LOVE