1  LERACH COUGHLIN STOIA
   GELLER RUDMAN & ROBBINS, LLP
2  SANFORD SVETCOV (36561)
   SUSAN K. ALEXANDER (124276)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone: 415/288-4545
   Facsimile: 415/288-4534
5  – and –
   NIXON PEABODY LLP
6  JAMES R. FORBES (114863)
   Two Embarcadero Center, Suite 2700
7  San Francisco, CA  94111
   Telephone:  415/984-8200
8  Facsimile: 415/984-8300

9

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12  JAMES RICHARD ODLE,                    )
                                           )
13              Petitioner,                )   No. C-88-4280-SBA
                                           )
14  vs.                                    )   PETITIONER'S JANUARY 2007 STATUS
                                           )   REPORT PER COURT ORDER OF
15  JEANNE WOODFORD, Acting Warden of      )   OCTOBER 26, 2001
    San Quentin State Prison,              )
16                                         )
                Respondent.                )
17  _____)

18

19

20

21

22

23

24

25

26

27

28

FILED

2007 JAN -8  AM 9: 53

RICH...
CLERK U...
NORTHE...  ...COURT
                  ...IFORNIA

454

1    Pursuant to this Court's October 26, 2001 Order, Petitioner files this report to inform the

2  Court of the status of the state competency proceedings.

3    As previously reported, on March 29, 2006, the California Court of Appeal remanded this

4  matter with specific instructions:

5    The cause is remanded to the trial court with instructions to reopen the feasibility
     hearing and conduct further proceedings on two issues: (1) whether Odle's trial
6    counsel, William Gagen, has sufficient recollection of non-privileged matters so as to
     provide affirmative evidence at a retrospective competency hearing on the question
7    of whether Odle understood the nature of the proceedings and was able to assist
     counsel in the conduct of a defense in a rational manner; and (2) whether Odle is able
8    to participate in a meaningful psychiatric evaluation and whether such a current
     evaluation would assist a fact finder at a retrospective competency hearing in
9    determining Odle's competency to stand trial in 1983.

10    Despite these explicit remand instructions, on November 30, 2006, the State filed a Motion to

11  Compel Mental Examinations, asking the trial court to compel Petitioner to submit to an MRI and to

12  a series of neuropsychological tests. Petitioner opposed the motion. It has been fully briefed.

13    On December 29, 2006, the trial court conducted a status conference, scheduling an

14  evidentiary hearing for January 16, 2007 at which time the original trial counsel, William Gagen, is

15  expected to testify. The State's Motion to Compel Mental Examinations will also be heard at that

16  time.

17    Petitioner will file his next status report with this Court on April 2, 2007.

18  DATED: January 5, 2007                    LERACH COUGHLIN STOIA
                                              GELLER RUDMAN & ROBBINS LLP
19                                            SANFORD SVETCOV
                                              SUSAN K. ALEXANDER
20

21

22                                            SUSAN K. ALEXANDER

23                                            100 Pine Street, Suite 2600
                                              San Francisco, CA 94111
24                                            Telephone: 415/288-4545
                                              Facsimile: 415/288-4534
25
                                              NIXON PEABODY LLP
26                                            JAMES R. FORBES
                                              Two Embarcadero Center, Suite 2700
27                                            San Francisco, CA 94111
                                              Telephone: 415/984-8200
28                                            Facsimile: 415/984-8300

1

Counsel for Petitioner

2

H:\Odle\StatusReportJan2007.doc

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **DECLARATION OF SERVICE BY MAIL**

2        I, the undersigned, declare:

3        1.    That declarant is and was, at all times herein mentioned, a citizen of the United States

4    and am employed in the City and County of San Francisco, over the age of 18 years, and not a party

5    to or interested in the within action; that declarant's business address is 100 Pine Street, 26th Floor,

6    San Francisco, California 94111.

7        2.    That on January 5, 2007, declarant served the PETITIONER'S JANUARY 2007

8    STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 by depositing a true copy

9    thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage

10   thereon fully prepaid and addressed to the parties listed as follows:

11   Mr. James R. Odle
     P. O. Box C-71400
12   San Quentin, CA   94974

13   Dane R. Gillette, Esq.
     California State Attorney General's Office
14   455 Golden Gate Avenue, Suite 11000
     San Francisco, CA   94102-3664

15       3.    That there is a regular communication by mail between the place of mailing and the

16   places so addressed.

17       I declare under penalty of perjury that the foregoing is true and correct.  Executed this 5th

18   day of January, 2007, at San Francisco, California.

19

20

21                                            TAMARA J. LOVE

22

23

24

25

26

27

28