1  LERACH COUGHLIN STOIA
   GELLER RUDMAN & ROBBINS, LLP
2  SANFORD SVETCOV (36561)
   SUSAN K. ALEXANDER (124276)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone: 415/288-4545
   Facsimile: 415/288-4534
5  -- and --
   GAW VAN MALE SMITH
6  MYERS & MIROGLIO PLC
   JAMES R. FORBES (114863)
7  1261 Travis Boulevard, Suite 350
   Fairfield, CA  94533
8  Telephone:  707/425-1250
   Facsimile: 707/425-1255

FILED
2007 MAR 30 PM 3: 25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

455

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARD ODLE,<br><br>Petitioner,<br><br>vs.<br><br>JEANNE WOODFORD, Acting Warden of San Quentin State Prison,<br><br>Respondent. | No. C-88-4280-SBA<br><br>PETITIONER'S APRIL 2007 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 |

1    Pursuant to this Court's October 26, 2001 Order, Petitioner files this report to inform the
2  Court of the status of the state competency proceedings.
3    The state trial court conducted a status conference on January 16, 2007. The court heard the
4  State's Motion to Compel Mental Examinations and Petitioner's objections in light of the limitations
5  of the Court of Appeal's remand. The trial court interpreted the Court of Appeal's remand to
6  conduct further proceedings on the questions of "whether Odle is able to participate in a meaningful
7  psychiatric evaluation and whether such a current evaluation would assist a fact finder at a
8  retrospective competency rehearing in determining Odle's competency to stand trial in 1983" as
9  authorizing immediate testing with a later evaluation of relevance. The trial court further concluded
10  that psychological examination is the same thing as a psychiatric evaluation. Based on these rulings,
11  the court ordered the parties to meet and confer on the exact nature and timing of tests to be given to
12  Petitioner. Mr. Gagen's testimony, which had been scheduled for that date, was continued.
13    The parties are in the process of meeting and conferring. No status conference is currently
14  scheduled.
15    Petitioner will file his next status report with this Court on July 2, 2007.

16  DATED: March 28, 2007          LERACH COUGHLIN STOIA
                                    GELLER RUDMAN & ROBBINS LLP
17                                  SANFORD SVETCOV
                                    SUSAN K. ALEXANDER
18
19                                  /s/ Susan K. Alexander
20                                  SUSAN K. ALEXANDER

21                                  100 Pine Street, Suite 2600
                                    San Francisco, CA 94111
22                                  Telephone: 415/288-4545
                                    Facsimile: 415/288-4534
23
                                    GAW VAN MALE SMITH
24                                  MYERS & MIROGLIO PLC
                                    JAMES R. FORBES
25                                  1261 Travis Boulevard, Suite 350
                                    Fairfield, CA 94533
26                                  Telephone: 707/425-1250
                                    Facsimile: 707/425-1255
27
                                    Counsel for Petitioner
28  H:\Odle\StatusReportApr2007.doc

PETITIONER'S APRIL 2007 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 - C-88-4280-SBA    - 1 -

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and am employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 100 Pine Street, 26th Floor, San Francisco, California 94111.

2. That on March 28, 2007, declarant served the PETITIONER'S APRIL 2007 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed as follows:

Mr. James R. Odle
P. O. Box C-71400
San Quentin, CA   94974

Dane R. Gillette, Esq.
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA   94102-3664

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of March, 2007, at San Francisco, California.

TAMARA J. LOVE