LERACH COUGHLIN STOIA
GELLER RUDMAN & ROBBINS, LLP
SANFORD SVETCOV (36561)
SUSAN K. ALEXANDER (124276)
100 Pine Street, Suite 2600
San Francisco, CA   94111
Telephone: 415/288-4545
Facsimile: 415/288-4534
– and –
GAW VAN MALE SMITH
MYERS & MIROGLIO PLC
JAMES R. FORBES (114863)
1261 Travis Boulevard, Suite 350
Fairfield, CA   94533
Telephone:  707/425-1250
Facsimile: 707/425-1255

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARD ODLE, | ) |
| | ) |
| Petitioner, | ) No. C-88-4280-SBA |
| | ) |
| vs. | ) PETITIONER'S JULY 2007 STATUS |
| | ) REPORT PER COURT ORDER OF |
| JEANNE WOODFORD, Acting Warden of | ) OCTOBER 26, 2001 |
| San Quentin State Prison, | ) |
| | ) |
| Respondent. | ) |
| | ) |

1    Pursuant to this Court's October 26, 2001 Order, Petitioner files this report to inform the

2  Court of the status of the state competency proceedings.

3    On May 11, 2007, the court conducted a partial evidentiary hearing on the feasibility issues

4  remanded by the Court of Appeal.  The State presented evidence from Mr. Odle's trial counsel,

5  William Gagen.  The trial court allowed Mr. Gagen to testify as to his opinion regarding Mr. Odle's

6  competence at the time of trial, over the objection of counsel that the Ninth Circuit has held that Mr.

7  Odle's trial lawyers are not qualified mental health experts and cannot render a meaningful opinion

8  on this question.  Mr. Gagen testified that he has "grave doubts" that Mr. Odle was competent at the

9  time of trial.  Additionally, he testified that he is not sure whether his opinion is based on what he

10  knew at the time of Mr. Odle's trial or what he has learned since.

11    Petitioner will file his next status report with this Court on October 1, 2007.

12  DATED:  June 29, 2007                     LERACH COUGHLIN STOIA
                                             GELLER RUDMAN & ROBBINS LLP
13                                           SANFORD SVETCOV
                                             SUSAN K. ALEXANDER
14

15                                                    /s/ Susan K. Alexander

16                                             SUSAN K. ALEXANDER

17                                           100 Pine Street, Suite 2600
                                             San Francisco, CA  94111
18                                           Telephone:  415/288-4545
                                             Facsimile:  415/288-4534
19
                                             GAW VAN MALE SMITH
20                                           MYERS & MIROGLIO PLC
                                             JAMES R. FORBES
21                                           1261 Travis Boulevard, Suite 350
                                             Fairfield, CA   94533
22                                           Telephone:  707/425-1250
                                             Facsimile:  707/425-1255
23
                                             Counsel for Petitioner
24  H:\Odle\StatusReportJuly2007.doc

25

26

27

28

**DECLARATION OF SERVICE BY MAIL**

I, the undersigned, declare:

1.    That declarant is and was, at all times herein mentioned, a citizen of the United States and am employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 100 Pine Street, 26th Floor, San Francisco, California 94111.

2.    That on June 29, 2007, declarant served the PETITIONER'S JULY 2007 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed as follows:

Mr. James R. Odle
P. O. Box C-71400
San Quentin, CA   94974

Dane R. Gillette, Esq.
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA   94102-3664

3.    That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 29th day of June, 2007, at San Francisco, California.


                                          /s/ Tamara J. Love
                                         TAMARA J. LOVE