JAMES R. FORBES, ESQ., SBN 114863
GAW, VAN MALE, SMITH, MYERS & MIROGLIO
1261 Travis Blvd., Ste. 350
Fairfield, California 94533
Tele: (707) 425-1250
Fax: (707) 425-1255

ORIGINAL
FILED

07 JUL 27 PM 1:29

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorney for Petitioner, JAMES RICHARD ODLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES RICHARD ODLE,                    )   No. C-88-4280-SBA
                                       )
                    Petitioner,        )   NOTICE OF CHANGE OF ADDRESS
                                       )
vs.                                    )
                                       )
JEANNE WOODFORD, Acting Warden of      )
San Quentin State Prison.              )
                                       )
                    Respondent.        )
                                       )

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND ALL PARTIES AND

THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the address for JAMES R. FORBES is now as follows:

JAMES R. FORBES, ESQ.
GAW, VAN MALE, SMITH, MYERS & MIROGLIO
A Professional Law Corporation
1261 Travis Blvd., Ste. 350
Fairfield, California
Tele: (707) 425-1250
Fax: (707) 425-1255
E-Mail: jforbes@gawvanmale.com

Any and all future correspondence should be addressed accordingly effective immediately.

Dated: July 20, 2007                    GAW, VAN MALE, SMITH,
                                        MYERS & MIROGLIO


                                        JAMES R. FORBES, Attorney for
                                        Petitioner, JAMES RICHARD ODLE

-1-

NOTICE OF CHANGE OF ADDRESS

1 | <u>James Richard Odle vs. Jeanne Woodford</u>
United State District Court, Northern District of California Case No. C-88-4280-SBA

2

### PROOF OF SERVICE

3

I, NICOLETTE D. WASHINGTON, declare:

4

I am employed in the County of Solano, State of California.  I am over the age of eighteen
5 | years and not a party to the within action.  My business address is 1261 Travis Blvd., Suite 350,
Fairfield, California 94533

6

On the below date, I served the attached: NOTICE OF CHANGE OF ADDRESS, on the
7 | parties to this action by placing a true copy thereof in a sealed envelope, addressed as follows:

8 | Sanford Svetcov, Esq.                        Dane R. Gillette, Esq.
Susan K. Alexander, Esq.                    CALIFORNIA STATE ATTORNEY
9 | LERACH COUGHLIN STOIA               GENERAL'S OFFICE
GELLER RUDMAN & ROBBINS, LLP    455 Golden Gate Avenue, Ste. 11000
10 | 100 Pine Street, Ste. 2600                  San Francisco, California 94102-3664
San Francisco, California 94111
11 | Tele: (415) 288-4545
Fax: (415) 288-4534

12

13 | John Grele, Esq.                              James R. Odle
Attorney at Law                               San Quentin State Prison
14 | 703 Market Street, Ste. 550               P.O. Box C-71400
San Francisco, California 94103          San Quentin, California 94974

15

16 | XX          **(BY MAIL)**  I placed each such sealed envelope with postage thereon fully prepaid
for first-class mail, for collection and mailing at Fairfield, California, following
17 | ordinary business practices.  I am readily familiar with my business' practice for
collection and processing of correspondence for mailing with the United States Postal
Service, and correspondence is deposited daily with the United States Postal Service
18 | in the ordinary course of business.

19 | **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand
to the addressee(s) noted above.

20

21 | **(BY FACSIMILE)**  I caused said document to be transmitted by telecopier to the
number indicated after the address(es) noted above.

22 | **(BY FEDERAL EXPRESS)** By placing a true copy enclosed in a sealed envelope
for delivery via Federal Express to the addressee(s) noted above.

23

24 | I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

25

26 | Executed on **July 20, 2007** at Fairfield, California.

27 | NICOLETTE D. WASHINGTON

28

NOTICE OF CHANGE OF ADDRESS