1  COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS, LLP
2  SANFORD SVETCOV (36561)
   SUSAN K. ALEXANDER (124276)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone: 415/288-4545
   Facsimile: 415/288-4534
5    – and –
   GAW VAN MALE SMITH
6  MYERS & MIROGLIO PLC
   JAMES R. FORBES (114863)
7  1261 Travis Boulevard, Suite 350
   Fairfield, CA  94533
8  Telephone:  707/425-1250
   Facsimile: 707/425-1255
9

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12

13  JAMES RICHARD ODLE,                )
                                       )
           Petitioner,                 )   No. C-88-4280-SBA
14                                     )
    vs.                                )   NOTICE OF FIRM NAME CHANGE
15                                     )
    JEANNE WOODFORD, Acting Warden of  )
16  San Quentin State Prison,          )
                                       )
17         Respondent.                 )
                                       )

TO:  THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP has changed its name to COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP.

The addresses, telephone and facsimile numbers will remain the same.  Please update your records accordingly.

DATED:  September 11, 2007

LERACH COUGHLIN STOIA
GELLER RUDMAN & ROBBINS LLP
SANFORD SVETCOV
SUSAN K. ALEXANDER

   /s/ Susan K. Alexander
SUSAN K. ALEXANDER

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
Facsimile:  415/288-4534

GAW VAN MALE SMITH
MYERS & MIROGLIO PLC
JAMES R. FORBES
1261 Travis Boulevard, Suite 350
Fairfield, CA  94533
Telephone:  707/425-1250
Facsimile:  707/425-1255

Counsel for Petitioner

H:\Odle\NotFirmNameChange.doc

NOTICE OF FIRM NAME CHANGE - C-88-4280-SBA    - 1 -

**DECLARATION OF SERVICE BY MAIL**

I, the undersigned, declare:

1.  That declarant is and was, at all times herein mentioned, a citizen of the United States and am employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 100 Pine Street, 26th Floor, San Francisco, California 94111.

2.  That on September 11, 2007, declarant served the NOTICE OF FIRM NAME CHANGE by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed as follows:

Mr. James R. Odle
P. O. Box C-71400
San Quentin, CA   94974

Dane R. Gillette, Esq.
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA   94102-3664

3.  That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of September, 2007, at San Francisco, California.

                                                                    /s/ Tamara J. Love
                                                                   TAMARA J. LOVE