COUGHLIN STOIA GELLER
RUDMAN & ROBBINS, LLP
SANFORD SVETCOV (36561)
SUSAN K. ALEXANDER (124276)
100 Pine Street, Suite 2600
San Francisco, CA   94111
Telephone: 415/288-4545
Facsimile: 415/288-4534
– and –
GAW VAN MALE SMITH
MYERS & MIROGLIO PLC
JAMES R. FORBES (114863)
1261 Travis Boulevard, Suite 350
Fairfield, CA   94533
Telephone:  707/425-1250
Facsimile: 707/425-1255

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARD ODLE,<br><br>    Petitioner,<br><br>vs.<br><br>JEANNE WOODFORD, Acting Warden of San Quentin State Prison,<br><br>    Respondent. | No. C-88-4280-SBA<br><br>PETITIONER'S OCTOBER 2007 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 |

1  Pursuant to this Court's October 26, 2001 Order, Petitioner files this report to inform the Court of the status of the state competency proceedings.

Payment issues with the state trial court regarding Petitioner's expert, Mr. Grele, have been resolved.

The court conducted brief status conferences on July 27, 2007 and August 17, 2007. A further hearing is scheduled for October 5, 2007, at which time the state trial court will determine what neuropsychological testing of Petitioner is permitted consistent with the California Court of Appeal's order authorizing the court to determine "whether Odle is able to participate in a meaningful psychiatric evaluation and whether such a current evaluation would assist a fact finder at a retrospective competency rehearing in determining Odle's competency to stand trial in 1983."

In light of counsel's vacation schedule, Petitioner will file his next status report with this Court on January 11, 2008.

DATED: September 25, 2007    COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SANFORD SVETCOV
SUSAN K. ALEXANDER

    /s/ Susan K. Alexander
SUSAN K. ALEXANDER

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
Facsimile:  415/288-4534

GAW VAN MALE SMITH
MYERS & MIROGLIO PLC
JAMES R. FORBES
1261 Travis Boulevard, Suite 350
Fairfield, CA   94533
Telephone:  707/425-1250
Facsimile:  707/425-1255

Counsel for Petitioner

H:\Odle\StatusReportOctober2007.doc

PETITIONER'S OCTOBER 2007 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 - C-88-4280-SBA  - 1 -

**DECLARATION OF SERVICE BY MAIL**

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and am employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 100 Pine Street, 26th Floor, San Francisco, California 94111.

2. That on September 25, 2007, declarant served the PETITIONER'S OCTOBER 2007 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed as follows:

Mr. James R. Odle
P. O. Box C-71400
San Quentin, CA   94974

Dane R. Gillette, Esq.
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA   94102-3664

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of September, 2007, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　/s/ Tamara J. Love
　　　　　　　　　　　　　　　　　　　　　　TAMARA J. LOVE