#7

Copy #7 - #7. A. & B. - Armstrong -

# "MARSDEN MOTION"

NOV 1 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Judge Cram;

88-cv-4280-SS

10/28/07

The "Marsden Motion" is in BIG Letters WEll Underlined on the legal envelope addressed To You. Also on TOP of This letter. You should legally read those legal papers enclosed. IF those end up return to sender IT doesn't really matter to me Anymore if you did or did NOT read those or ever even filed within your court. My Attorney's hardly have let me know NOTHING is how come I have been forced Trying To file paper's like I should be & forced To Fight back — "AS Legally AS I CAN!"

These legal papers have a very small really little petty importance within — I did as legally as I could Try My hardest but have failed due to The legal ignorance & lack of common sense I've come across with attorney's & judges. Send it all back. I know you did legally - Marsden Motion - recieve your legal copy's & you should have legally read those. Do whatever your going to do!

I'll send #8 To Alexander soon with copy To This & All those other copy's; #8 with #8 A.) The 3 Part CDCR 7421 & #8 B.) Chapter 22 same as within your letter.

I don't WANT To bother you or Anybody & Most of All NOT waist my Time like it is with you Judge Cram & these attorney's. As Stated within copy's; I will be following the State State of Ca. legal law; enclosed #7A. B. — day of Arrival I shall NOT eat ANY food or Drink ANY Liquids - Will NOT do ANY Mental Tests by ANybody AT ANY Time! Things have got to change — these constant ignorant legal problems with court judges & assigned Attorneys — HAVE GOT TO CHANGE!! Hunger strike is also a part of my First Amendment rights. IT is legal exercise of freedom of religion under The First Amendment.

James Odle

James Odle

C-71400  3-EB-97 - 10/28/07-

Copy's To; Alexander; Forbes
            Judge Cram & Armstrong
            My own Copy -
            Copy's made

*8                    copy #8 w/3 attached pg's. - Armstrong -    FILED

Attorney Alexander,                                              10/28/07

   Attorney Grele has all copy's already to #6. Nothing is working - You are the attorney over Grele & these mega entangled legal problem's too. The law library inside S.Q. the copy machine is out of order so judge Cram's copy enclosed; "#7 4.) CDCR 7421 (7/06) Advanced Health Care Directive" & "Chapter 22 (6/03) Inmate Hunger Strike; Ca. State Legal Law" - I am legally using & I might not be able to have these copy's with all other copy's enclosed. If A.&B. aren't within I'll send you both when I get copy's in here. I'm sure you can easily check & figure out those 2 Ca. State legal laws. I only have one more copy of both those here. I must keep my own with me for here or for that jail Booking. Soon as I found out - I didn't hesitate one bit deciding *7 w/A.&B. to Cram. I simply suggest you copy these so attorney's can all have their own copy's.

   Nobody's helping me with any of my legal like prior. Just me all by myself No legal help. I am doing "ALL" of everything by myself only. This prolonged constant legal set of problem's all started shortly after you arrived with my case. This duration of long year's constantly adding on more legal problem's have gotten so miserbly entangled within it could have dangerously collapsed long ago. Unreasonably miserably entangled problem's by my attorney's & the court judge's. It wouldn't be to hard to at least try & disentangle that mess you have helped create. I can't disentangle any of it - Forced - by myself I can try & completly dismember that wrenched mega amount of manipulated legal problem's piece by piece my attorney's forced placed upon me however I'm being forced to do so!!

   I already gotten one other monkey off my back - The mental health legally here aren't suppose to be bothering me any at all now & it's in Sacramento to for permanently. I beat them off my back!

   Just very simple advice - why don't you try & make it so I recieve my legal
                                                              over

copy's I'm suppose to have been getting? IT IS <u>ONE</u> of the unethical problem's this has become. I Also would like a copy of #1 to #9 too. Do you feel I'm askin for to much? "Legal Rights". NONE of those 3 attorney's assigned to my case have any concerns at all about the client it's very easy to say/All you care about is That simple money you get being assigned to the case. the client itself isn't of any importance! State of Ca. laws #7 A. & B. enclose with Cram's Letter isn't of any importance to me — I Am free & Legally using my own legal rights. You attorney's other then the possible wave it might make or small dent in such a huge of objects is possible — Might be of a little importance. Just a plain small PETTY DENT/WAVE is All it might be maybe. This simple Fack; A condemned man with very good possible chance his whole case my overturn where his case goes back to a full Trial — "NO MATTER WHAT DOES HAPPEN" — why's that happening. that what — the How & Most of All Why? Might come across quite a few certain minds to go ahead & check farther within for reasons?

If I knew about 4 pg. CDCR 7421 & <u>5 pg. Chapter 22</u> when they became state laws I wouldn't have waisted my time. I'm fed up with All this senseless smelly crap/legal problem's All due to my attorney's. I'm legally leashing out my inner-anger directly at those legal problem's & will continue with the rest to All this set — if I'm forced to do so! Are these problem's unchangeable irreversible/going to keep happening? That's All within these attorney's hard head's to figure out — I can't do it — But I do feel well know ALL of everything I'm doing — 3 pg. Attached to #8 — "#8 I; #8 II & #8 III". I don't want to confuse anybody is why I didn't use the A. B. & C. this time on those.

copy's to; Alexander                James/Odle
        Forbes                      James Odle
        Judge Cram                  C-71400 3-EB-97-10/28/07
        Judge Armstrong
        My own copy
        — 5 copy's Made —

**#8 I**

Gaw Yun Male Smith

Myers & Miroglio clc
James Forbes (114863)
1261 Travis Boulevard, suite 350
Fairfield, Ca. 94553

Attorney James Forbes; The lead attorney assigned to my case. Around the Middle 1990's I tried telling Forbes about consistent legal problems with Attorney Alexander that had been assigned to assist. He ignored everything & let it travel on without any concern about anything at all. Refused to listen to my legal rights & legal problem's. It was a petty legal problem all Forbes needed to tell Alexander was to quit lying & to send me the legal copy's I legally am suppose to recieve regulary. I gave up asking Forbes anything because it's useless even trying. Something so petty & very easy to take care of — Forbes refused — Being the lead attorney Forbes is in charge of the whole case —

Coughlin Stoia Geller
Rudman & Robbins, LLP
Susan Alexander (124276)
100 Pine Street, Suite 2600
San Francisco, Ca. 94111

Attorney Susan Alexander; was the attorney assigned to assist Forbes. Alexander is the attorney that started these problem's far back to now — Lying playing silly game's & legal copy's I'm suppose to be getting were held from me by Alexander — I quit asking either attorney's — Legally fought against Alexander for those reason's & Forbes due to him ignoring my legal rights — was then to fire/remove both attorney's from my case. Attorney Grele was then assigned in between client & attorney's. Grele then was the attorney I was dealing with as my attorney. My legal try removing Forbes & Alexander was rejected/lost that legal battle.

over

#8 II

John Grele (167080)
Attorney At Law
703 Market Street, Suite 550
San Francisco, Ca. 94103

Attorney John Grele; This attorney was good from the start No lying or games & I did then get all the legal copy's legally like I'm legally suppose to - I thought - Till Grele did the same things Alexander was doing. It kept getting worst with constent lies & more games & I recieved NO legal copy's AT All from Attorney's then/Their client gets to know NOTHING legal happening. Dealing with Grele is the same as with Alexander & Forbes All the same problem's constently! I tried legally in superior court in person to fire Grele Also. Another useless senseless legal battle in this huge legal battle. All 3 assigned attorney's care nothing about their client legal rights - just like to make everything become miserble All due to their own personal legal willfully ignorance!

—The United States Northern District Court;

Judge Saundra Armstrong; This U.S. court judge is handling my case from the Opinion that came down from 9th Circuit 2001. I filed with a huge amount of legal paper's within this court All went through judge Armstrong. She was very agreable that I have my legal rights in her court without any problem at all. But when my next step in her court was where I could legally return my case back into 9th circuit court to then "Correct" these attorney's legal problem's against Forbes & Alexander all about my legal rights. Armstrong then slammed shut her court door on me refusing to allow me within my case back in the 9th circuit & Armstrong moved my case out of her way then to the lower court. Armstrong probably worried if I did return with my case back in front of the 9th circuit court it sure might create a bit of a problem within court's. My case had gotten in her way so she removed it & myself out of her court

#8 III — Contra Costa County Superior Court;

Judge Joyce Cram; Lower court This is where my case is held up. Judge Cram even before my case entered into Superior Court Cram already slammed quick shut the Superior Court doors on me did my very 1st legal letter & still any/all legal mail from Odle. All mail ended up return to sender — very un-polite was done on purpose. Within her court when I forced myself from the row into her court fighting to fire Grele my complete attitude feelings with my inner-anger I made sure to be very hostile aimed directly at attorney Grele & judge Cram later due to her silly games. Her silly threat. Cram tells me if I have anything going to or say to her court to do so through attorney. I can't because NONE of my attorney's do anything for or about their client — don't even send me any legal copy's. Judge Cram's a very indifferent ignominy with illuse with/about her legal thoughts & decisions — same with attorney's — Also judge Armstrong she's just as much as all these are! A big bunch of senseless NO common sense pure unethical legal hippocrate's that keep their head's stuck up where the sun don't shine — They never can see anything & never even care about anything!!

The Ca. Condemned Legal Law System; A very big problem with this legal law system. It's all within the addressed & named attorney's & court judge's page's above. Very illegally done & very unethical in all ways possible! Something very wrong with any law system where an attorney & judge is allowed to do thing's not right & fully against an inmates legal rights! Something I've written — 12/3/03 — Named — "California Appointed Attorneys; The Condemned." A 4 pg. article that explains pretty well some of the Ca. Condemned law system really happening.

copy's to; Alexander
   Judge Cram
   My own copy
   Forbes
   copy's made — & Judge Armstrong

James Odle
C-71400  3-EB-97 — 10/28/07

#9

#9 – ARMSTRONG –

Attorney Susan Alexander,                                              10/31/07

    I want to make sure all these attorney's know I do legally have legal rights using Chapter 22 & my legal right Also – Hunger Strike is a First Amendment right petition to government for redress of grievance & it is an exercise of Freedom of religion under the First Amendment; Chapter 22 now I understand I can legally refuse any/all food & any/all liquids. The CDCR 7421 can always be refused by medical to fill out. Chapter 22 the CDCR 7421 isn't needed. I just used it where the judge sees easy. It happens at Contra Costa County jail Booking if Cram calls S.Q. I have a full copy with #7A & B. To be read. The same if attorney call here. This isn't a threat – It is Truly happening & very real. Everything's down on paper – I'm hiding nothing from nobody.

    The constant legal problem's – The misery it has become & keeps getting. I had long ago got over severe headaches I use to have – Back now. I was sleeping really good – I don't get much regular sleep now. In general I feel lousy & this has been for so many year's on & on Non Stop legal problem's – NONE of that petty Bullshit means anything – I know that.

    Hunger Strike I've done a couple times prior in that same jail. This is different – No food & No liquids. Legally I can refuse allowing any Nourish- Nourishment in my vain's or any other way. There are a few main organs inside the body that start soon not to operate good due to no liquids. 3 to 4 days before I'll see judge Cram. No liquids – The time period isn't really long – without liquids it is a lot quicker.

    If attorney's court or mental health stop it due to I don't know what I'm doing – "I AM Competent & Do Fully know what I'm Doing" – if it does happen tho – ALL these legal paper's still might be of a bit of interest out there about all's legal rights & this stupid legal battle.

    All I'm doing is legally Fighting this Ca. condemned legal law system – Legally the name's with address' of the court's & judge's with my own attorney's

                                                                        over

address's & their names — All my legal papers explaining what how & why very plain & easy to read. This is just that same legal battle that started the middle of 1990's.

IN the past my — Excessive continuously writing — it has a name — Very Active still within me. Not even near done. My case means nothing to me — Same as it was prior This same problem's legal battle then. Maybe back in a Trial — I care less — I was forced helping to destroy my own case last time having to fight against my attorney's & the court judge's so destroying it has no importance! All that matters is this senseless set of continuously legal problem's — My legal right — on & on getting worst. I do know everything I'm doing — IF any of you want to get these Shrinks on me — Already been strapped down prior — been in the rubber room — been worked over by the county cops once — I'm here on the row being forced legally fighting back. Cram if she even decides to fine me with her contempt of court — it'll mean nothing to me. I covered everything else already — I did forget that — added it so Cram can read it. Learned with my 2007 602's to use correct words or it gets rejected & becomes useless. That's how come the word's I use now there's no cussing or un-proper usage or with words that might stop being read & they'll not need to mark out word's/wording's that'll explain the truth.

   I believe this is my 3rd winter since I arrived back from the court county on the hearing; I was told 6 months I'll be back in court. I'm happier here on the row & the less I'm left in the county jail the better it is for me. Am wanting to remain here the less O.T.C. Time the better it is. But these year's I've been back from court the very little Grele tells me about what's happening & the few copy's of anything along with the constant knowing very little about if & when I'll be O.T.C. Those year's it's very hard on the mind not knowing much of anything. I have repeated in so many legal letters to him I want to know what's happening & about the way I'm packed up so many times I tell Grele about so I'd be ready for O.T.C. Such a long time period I've had to dig into my boxes so many times every-

#9-3.

day & nights getting things out & packing back up every morning — I like to have all my property packed up ahead of time is simple — The less I leave out the officers need to pack up the better it is on my property & I don't end up missing things & things ending up broken — That's how come I try to always be packed up in way not knowing what or when I'm O.T.C. I don't have much money to replace thing missing or broken like most do is why it's a real good reason I do that if you need to know. The constant knowing next to nothing happening in court & about O.T.C over such a long time period — Yes it can & does get on a person's mind & nerves & can get aggravating to a person!

When my 602 in Sac. makes it into court I should be able to pull all this happening also into that court then too. Why not be able to seeing how within the 3 602's it does have about "these legal problems" & I also do have that separate 602 that Grele has a copy to that has both "client & patient" is what that Mental health 602 is about together even. I can very easily add my 4th M.H. 602 & should all these legal problems that did truly help to create/cause of those 602's anyhow! In either court possible these legal problems probably I already have a few I personally know that would testify about their own constant legal problems with Grele — Their own personal legal mess of problem with Grele prior. I'll dig around on those other 2 attorney's. My so called legal rights with these silly problems constantly.

—11/6/07— If I get copied #7A.& B. that is what's holding this up over a week now or not by today; Tuesday 6th November 2007 — both these legal letter's are for sure going out tonight; Forbes' care of Myers to get to him has from #7 to #9 Alexander's #1 to #11 enclosed to her. Nothing at all is wrong in what I'm doing or in my mind at all or actions happening — "I am forced by Judge Cram & Attorney's James Forbes Susan Alexander & John Grele all about this Ca. Condemned Legal Law System with/about my Legal Rights." Everything very well explained within. Separate copy's; San Francisco Chronicle

over

P.O. Box 80084 Prescott, Az. 86304 — Contra Costa County Times P.O. Box 9029 Walnut Creek, Ca. 94598 later date sent. I Am Legally Fighting the ONLY Legal way. Useless Legal Battle Prior.

I've learned alot of things in My life the real hard way. This has been going on way to long — Maybe the hard way for each of these individual's. This legal battle being handed to them is the right true proper legal battle being done alone — by Myself — with/against each of these & I'll be standing to fight within this till the day I die! So much legal stress that constant tention the true pressed down upon me pressure so many years — IT has let up now due to leaching out My raw inner-anger where/how/whom iT is aimed at = those that have caused this to truly happen!!

James Odle

James Odle

C-71400 3-EB-97

Copy's To;
Alexander
Forbes
Judge Cram
Judge Armstrong
MyOwn Copy
-5 Copy's Made-

#12

copy's/letter; #7, #8, & #9.

#12 —Armstrong—

"Marsden Motion"

Judge Armstrong, 11/12/07

You need to ask Susan Alexander about your regular 90 day update. You need to know legally what's happening. Your regularly update you recieve — anymore it is my only legal information about my own case that I get to know anything. You handed over my case to; Contra Costa County Superior Court; Judge Cram — her legal letter/copy's #7 w/A. & B. dated 10/28/07 — Cram recieved it with full copy's from #1 to #7 then.

You need to read these couple page's — to the full legal copy's Susan Alexander does have copies to Number's. Ninth Circuit put you — your court — in charge with my case. Those copy's can bring you up to date — what is truly happening. All about my prior & now legal rights. I am using every single bit of my legal rights I have because I didn't have any legal rights prior — till now it seemed. Not within your court included judge Armstrong is why you need to know.

I am legally as I can working my way back up this same long legal ladder I came down from with my case about that true lack of — where was my legal rights then & now serious problem's by Named lawya & judge's.

No game from me in any of this — I'm being fully forced legally to do as I am! Just within that same legal battle you probably have forgotten within your court — where you refused me entering back into 9th Circuit Court — several years ago. Same legal problem's then are now with just a few more added into this; Another attorney & 2 judge's now are within this legal battle — Same legal problem's.

Copy's to;

Armstrong; Cram

Alexander

My own copy

James Odle
James Odle
C-71400 3-EB-97

—over—

#12-2.

P.S.

~~Judge Armstrong~~,                                                    11/12/07
Judge Armstrong,

   I felt I needed to make sure & copy for you all of #7 - it I still don't have extra "attached #7A.&B." copy's - judge Cram does have her own copy to all of #7 w/A.&B. - In your letter with it is all of #8 & #9 within this so you'll maybe understand a little better what's truly happening. I don't know but I sure do seem to think you'll ignore any/all this petty little bullshit now in front of you - probably just push this garbage off to the side - get thing's out of your way like you did prior.

   "Marsden Motion" - was placed upon the envelope legally addressed to you was also in letter's on the top of your letter - was just incase this all becomes return to sender as judge Cram repeatedly has prior done. I just want to make as much sure as possible you'll legally read these that are for sure being sent legally to you.

   Judge Cram's letter #7 w/#7A.&B.; "I stated within Cram's letter & on top of "#7A." very plain & clear it's to get understood; To be done in/at that Contra Costa County jail booking when I arrive there". I have a full copy to #7 so if I come across a problem here S.Q. where I need to be showing the upper staff or medical here to read #7 & the rest of those numbered legal copy's. Make sure nothing at all confusing or any misunderstanding's in anything I have written down to any of you.

                                                James Odle
                                                James Odle
                                                C-71400  3-EB-97

James Ade
C-71400 3-EB-97
San Quentin State Prison
San Quentin, Ca. 94974

Legal Mail
To Judge;
Sauudra B. Armstrong.
"Marsden Motion"

U.S. Northern District Court of California
1301 Clay Street, Suite 400 South
Oakland, California # 94612-5212



94612$5217 C037