## "MARSDEN MOTION"

Judge Cram,   C-88-4280-SBA                                    11/18/07

This legal letter has copy's with it; #8 #9 #12 - This is #13 legally on record. My attorneys havent even tried to mellow this any at all - still don't tell their client nothing - my legal rights. In # letters - You already have starting from #1 to #7 you seen the attorneys didn't care to tell me much of anything - just leaving the client in the dark. Have no choice - forced making sure these needed filed - I can't at all trust these attorneys - be known in your court record for reference -proof- to my true legal problems about my legal rights. I have demanded or really ask for nothing other then what are my legal rights. Using your court getting these of importance filed. Anybody wanting to know it's all on record for my use when I need it.

ATTached is a page to something I've written 12/3/03. It helps show these problems then with attorneys courts & judges involved - All these same ones. I stopped fighting but it really got where I no longer can let myself take that constant unneeded pressure. Now fight even more provoked leaching out very direct right to the point - the true FACTS to these problems.

If judges or attorneys think this is games - believe me there's no games NONE at all in anything I'm doing/being done. Very true FACTS on paper within your court. The U.S. Northern District judge Armstrong has some copy's in her court. Making sure if & when my case goes back into 9th circuit that judge Rozinski gets to read all those. NO GAME - FACT!

If any of those named feel they can shut me up by sending me to Atascadero - You are very wrong. You'll create more is what will be problems. I am fully competent - Do fully know & Understand every single thing I'm doing & Happening! Don't try to pack me away in the system like I know you can into Ca. prison system is a human warehouse they pack away in storage.

copy's to; Judge Cram & Armstrong          James Odle
          Forbes & Alexander               C-71400  3-EB-97
          MY OWN COPY

The worst part about attorneys handling the case here on San Quentin's row... The Attorney Trying To WIN your case Isn't Really what Is... "OFTEN IT's JUST TO "BEAT" That Penalty Phase They DO WANT More"... where the client gets to Spend the rest of his life behind the tall prison walls... Even tho the attorney knows their client doesn't want to spend the rest of his natural life behind prison walls... That's mostly the attorneys biggest of All WINS handling a death row case... "That Penalty Phase Is Even More Important To them"... That Is Very True Too... I Have Learned That Myself... You Will Learn It Yourself If You Arrive Here ON California's Death Row...

... I myself have given up fightin' with my silly attorneys anymore... I never do want to even try and get along with whoever my attorney might be in the future... I've Learned NOT TO EVER Be Trying To Trust... Or Believe... Or Believe IN My Attorneys Here ON the Row...

... I do believe my attorneys are going to WIN in that Contra Costa County Superior Court competency hearing... If I go off to a mental hospital finding out if I Am competent for a new trial... "I Am Competent NOW The Same AS I was IN My 1983 Trial"... If There's a New Trial... I'll for sure be a speedy trial... NO Delaying It... NO Change Of Venue... NO Delaying My Trial For Any Reason...
    Trial Will Be Held Back Where It Belongs... IN Contra Costa County
    I'll be back here... ON the row... Entering U.S. Federal Court... Back into Ninth Circuit Court... I've tried to reverse my case back into Ninth Circuit because I couldn't solve any of those major legal problems that are very real with my attorneys... "Attorneys Playing With The Silly Court Judges With Their Own Stupid Ignorance With Those Silly Court Rules And Silly Legal Law System Where Nothing I Did Legally IN the Court Even Mattered AT All."

12/3/03; "The Condemned"          James Oble
                                   C-71400  3-EB-97

James Odle
C-71400 3-EB-97
San Quentin State Prison
San Quentin, CA 94974

Legal Mail
"MARSDEN MOTION"

9461285217 0037

Judge Saundra Armstrong
U.S. Norther District Court of California
1301 Clay Street, Suite 400 South
Oakland, California # 94612-5212

