#14.
w/ MARSDEN MOTION
COPY #14 - Armstrong
Case 3:88-cv-04280-MMC   Document 464   Filed 11/29/2007   Page 1 of 4
CR88-4280-SBA
FILED
NOV 29 2007
RICHARD W. WIEKING 11/20/07
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1.

Attorney Grele,

I've gotten all the needed copy's logged on record w/ Judge Armstrong the Northern District Court & Judge Cram the Contra Costa County Superior Court because I can't trust my attorneys on anything. At a later date I do plan going about law suits. Don't really matter if I win or lose either. All these constant legal problems with these attorneys upon me - that'll surely create & cause some problems back upon those same attorneys their money the court & their time forced to take within their legal life. Hope to win but don't really matter. Maybe attorneys they'll consider thinking it over before they will fully create all these problems upon the client - legal rights they might not be so forgetful - pay attention to their clients true by law legal rights! All on record - Oble's legal battle/the battle field within these courts will be there for maybe other's personal useage in their own legal battles with attorneys & courts.

My intentions fighting these legal problems are a bit oddly done cause I'm not an attorney & I don't know the true legal ways about things. But in order of being understood I guess I have to be a little crude or roughly on ends I'm sure & can even be rude placing thing's down - I'm forced doing so. I plan to make full use of all my legal rights how I have too to get heard maybe finally understood. My mind has been forced into over-drive - very wide awake - working good. My thought's & response's I do plan on taking care of business against these constant legal problems.

Once that legal paper's are back from Sac. & is into court "IF" I come across problems about placing these legal problems within that court - I'll know probably it's Judge Cram & or Judge Armstrong who called that judge to refuse it from the creating of problems possible within their own courts. They can try & do that easy I know. I didn't start this legal problems/battle - But I sure have no intentions of backing off at all. The outcome has no real importance - have no other choice!!  <u>over</u>

LAST OF 2007 - FINALLY I've leached out inside at these constant legal problems. - That heavy pressure really let up. 1988 My 1st Time I started writing something - That door was opened due to problems with Medias cops outside & society in general. That door closed later. 7/17/03 when it reopened again was problems due to these attorneys. It closed again. That same door has been kicked open once again - 10/28/07 This inner-anger due to attorneys courts & This state condemned legal law system. I was wrong calling those I wrote story poetry; Articles is far more correct - ALL are legal articles now too. #13 to judge Cram 11/18/07 when I added the attached page was when I knew. This opened door prior was already set in motion as to what is happening now. An offer from a friend named Jan; IF I wanted to write my own book she'd be happy to help me. A man from Ca. death row - dead man walkin' - with a piece of his brain missing challenges his attorneys the courts & This condemned legal law system itself!

* I recieved Grele's letter 11/20/07. I was already in this legal letter - so answer back here. You want to talk to me - set a date I will talk to attorney; I CANNOT mentally let that battle of mental testings be done upon my brain - inside it can't let it even try & happen - Don't care what where or how it's physically forced upon me!

   Can any of you possibly see/understand I've stated prior about these - couldn't let it then. The courts & attorneys don't seem to care to even listen a damned thing I say - Not prior & aren't now. I don't care what I have to do or how it becomes; My Mind CANNOT Let that Happen - Nobody seemed to care a damned thing I said or do. I've gotten so very tired of being in the dark NOT getting to know much of anything at all legal That I'm suppose to be knowing - My Damned Legal Rights Plain & Clear Not Even Noticed Let Alone Concern OF! - These 3 named attorneys along with both judges NOBODY cared to even try & listen to one damned thing

Odle has to say no matter what or however I'm forced to do so. I made it very easy now forcing attorneys & judges so you ALL are going to hear me this time by using the legal rights however you've forced me to do so. I truly careless whatever happens to myself in this legal battle now or about the case NEITHER mean anything to me now cause my attorneys & these 2 judges really have me legally pissed about theirself & what the hells going on.

Judge Cram had closed off any concern with/about Odle's legal conflicts with attorneys from the very start by those Return to Sender any/all legal from Odle — I filed motion now myself forcing the legal paper's within your court — wouldn't it have been so much easier prior! My so called attorneys don't have any concern to or about the client — You ALL have your heads stuck so deeply up where it don't belong — "Your SO BLIND" — Just maybe if I put down like that it'll get ya to think about what the hells happening!

I'm sick & tired of this constant set of continuously games lies the way this keeps going on so many years with attorneys & with those 2 silly judges in their silly courts too!! Always just gibberishing nonesense is what I get from attorneys & courts very doubtful trust in all of them — judges & the attorneys this is all of them — Legal Ignorance!! — Anything & everything I say or do is meaningless — you ALL cause me more & more constant mental stress/pressures suffering that because of you — with no way relying on either. ☆ "10/28/07 within judge Cram's court; State Law Chapter 22 along with CDCR 7421 I myself have filed & goes in effect soon as I arrive in the Booking as I already stated!!" ☆

Any of judge Cram's — "Anybody's" — threats/orders of court being placed upon me no matter what or how done upon me — I careless & are not going to change anything — My mind does not allow any mental testing. Those problems Odle's created now on judge Cram along with the court system itself — Human warehouse storage type to pack me away — shut me up/get out of your way too —

over

place me into that legally packed warehouse system such as Astascadero cause Odle has challenged the court system doing so.

Grele your my attorney; I want to recieve copy's every thing filed by attorneys the D.A & A/G if anything even thing's filed by myself I need coppied — proof they are ALL entered into Cram's Court — It's very easy to see I can't at all trust the attorneys or the judges. I want copy's to what's said in the court too. How about starting; "1/1/07 continuously up to date?" "Also are there any cases since 1990 to 2007 within courts with/about "Mental cases" that might have something to do with Odles case?" Court & attorneys wake up. I could use some legal supply's I could ask for but what I ask for is a whole lot already I know!!

Don't worry about Cram knowing what's happening — She'll recieve copy of this sent tomorrow 11/22/07. Yours tonight 11/21/07. The other's all tomorrow. Yeah I'm doing alot better then I was now that constant problems applied quite a bit of pressure sitting back & letting that pressure on & on travel over me wasn't any good mentally for me. Inner-anger directly did help quite a bit. I need to know for sure if Forbes & Alexander did recieve the one's I sent to them. Need "proof" both did get all those. Ask both to send to me a copy to all up to this #14 so I'll know & hopefully they'll understand what's happening. Now that I don't feel like I'll get O.T.C. any day I've dug out some of my personal warmer clothes to wear in the cell & out in the yard to be warmer. I kept the clean clothes in boxes cause no idea when O.T.C. & dirty clothes in the boxes might be quite a while. Keep clean packed so no small in the boxes is why packe up.

James Odle
C-71400  3-EB-97

Copy's to; Grele; Forbes
 Alexander
Judge Cram & Armstrong
 My own copy