MICHAEL LAURENCE (State Bar No. 121854)
HABEAS CORPUS RESOURCE CENTER
303 Second Street, Suite 400 South
San Francisco, California 94107
Telephone: (415) 348-3800
Facsimile: (415) 348-3873
Email: docketing@hcrc.ca.gov
         MLaurence@hcrc.ca.gov

Attorney for the Habeas Corpus Resource Center

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

| | |
|---|---|
| JAMES RICHARD ODLE,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT L. AYERS, Warden of the California State Prison at San Quentin,<br><br>    Respondent. | No. 4:88-cv-04280-SBA<br><br>**DEATH PENALTY CASE**<br><br>NOTICE OF CHANGE OF ADDRESS<br>(Civil L.R. 3-11) |

**NOTICE OF CHANGE OF ADDRESS**

Pursuant to Civil Local Rule 3-11, please take notice that effective immediately the address for the Habeas Corpus Resource Center, upon which documents in this matter are served to facilitate the collection and distribution of such materials for counsel appointed to represent California death-row inmates, is 303 Second Street, Suite 400 South, San Francisco, California 94107. Service by e-mail of electronic filings should be sent to docketing@hcrc.ca.gov.

DATED: December 20, 2007            Respectfully submitted,

                                    HABEAS CORPUS RESOURCE CENTER


                                    /s/ MICHAEL LAURENCE

                                    Attorney for the Habeas Corpus Resource Center