#16 — copys enclosed;
#7 #8 #9 #12 #13 #14

copy #16 — Armstrong

**FILED**
JAN - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

12/9/07

Concern Fairfield Law firm;
Attorney James Forbes (114863);   C-88-4280-SBA

Please read these — It is of importance to read these before you Please send this all over to Attorney James Forbes suite 350 working there. He has prior recieved his own named copy's from me — starting 11/6/07 & another 11/25/07 from; #7 #8 #9 #12 #13 #14 & #16 Now Also." James Forbes is the lead attorney with James Olle's case. Something so very simple to let his client know that he did recieve what was sent — there are copy's of my own again sent to James Forbes. Prior sent not of any importance to Attorney Forbes.

Today's December 9th 2007 — Plenty of time for Forbes to at least say something. Now I have to add this law firms #16 to be on record within; judge Armstrong US Northern District Court; judge Cram Contra Costa Superior Court; along with the other 2 attorneys. So far copy's being sent to.

Attorneys seemed not of importance with lack of legal common sense it appears. — #16 Now to get logged within all those other's I've written. I suggest that attorney Forbes gets off his hind end to send me "ALL" these copy's as I requested "simple proof" he is recieving these letters from his client. It "IS" of a bit importance to Me!!

Copy's To;
Attorneys Forbes; Alexander & Grele,
Judges Cram & Armstrong,
My own copy

James Olle
James Olle
C-71400 3-EB-97

\*17.                                              #17-Armstrong-
                                                   1.

John Grele (167080)                                                12/14/07
703 Market Street, Suite 550
San Francisco, Ca. 94103,

You don't seem even interested in what I had suggested about I needed judge Cram off the case. Nothing I've said seems of any interest. I've already explained several reasons with these on record & it all seems to go over you. Seems I have to keep repeating everything over & over so many years without being heard; Judge Cram from the start no concern to that Attorney client conflict~ P.T.S. every letter from Odle all those years-till Now; the 2nd legal battle with you Grele Cram once again ignored the conflict not listening to one damned thing Odle says or how hostile I'm forced being-thats 2. separate attorney client conflicts - Cram tells me anything I have to say with the court to go through attorney - Legal ignorance how the hell am I suppose to do that when I can't get along with Grele Then; that time Cram threatened me with contempt of court - What that was about then we had no problem with at all - Cram just wanted to bark she's got balls to do what/how she wants; More simple Odle refuses to deal with judge Cram due to her legal ignorance being so blind how I stated it prior!

As I stated - Soon as I arrive in booking; #7A.) Chapter 22. with #7B.) CDCR 7421 is in effect. You & the rest named forced that issue; I made sure pointing out the no liquids & about organ's in #9 details so Cram just might understand something. Odle's protesting against this illegal ignorance I'm forced dealing with 2 judges & 3 attorneys starting 1990's to Now & still getting far more worst too. The Marsden Motion has to wait in line for Now - Removing judge Cram is at the start now, As I've prior stated to you Grele if I had help from you 3 attorneys in trying to remove Cram from Odle's case it might be far easier maybe to deal with this attorney/client conflicts with Forbes (114863) Alexander (124276) & Grele (167080).

                                                  -over-

2.

    Judge Kozinski, I have to send this copy of #17 — Marked as a Marsden. I know Cram & Armstrong both are going to re-close their court doors — probably real soon as they have prior on me. To have respect for Judge Kozinski. Don't at all for those other 2 judges! I need to let him know ahead of time that Odle's case should be coming back there sooner or later. Don't want it as surprise that Odle's case would be putting those named attorneys & named judges being well attached to this case. I know it can be alot of possible legal problems so much attached no matter what/how, Odle's case shows back up there. Very sorry these legal problems attached.

    Alexander so far tried — she did send me "some" proof to those copys. #16 itself — you see Forbes won't even get off his hind end. You Grele told me you'll send me copy's everything filed & transcripts as I ask for from 1/1/07 to now. I also ask for; "<u>ANY</u> decisions — mental cases — that might have anything to do with my case from 1990 to now" I would like a copy of? I've been left in the dark so many years now is why I ask to know & want copy's.

    I haven't ask for any legal supplies for a long time. I do need these items; 3 lined writing tablets; one book of stamps; & I need 6 regular size legal manila folders? Could you please send me those? Thank you.

Copy's to;
Attorneys Forbes; Alexander & Grele,
Judges Cram; Alexander & Kozinski
— My own copy —

James Odle
James Odle
C-71400 3-EB-97

Judge Kozinski sent #7, #8, #16, & #17.

#18.                    Copy - Armstrong

Gaw Yan Male Smith                                  12/23/07
Myers & Miroglio CLC
1261 Travis Boulevard
Fairfield, Ca. 94533.

I Need this please sent over to James Forbes (114863) my so called lead attorneys suite 350. Appears Forbes playing he's not receiving my legal mail or just can't get his head out of where he has it stuck cause he's sitting on it. All I ask for was legal right proof these legal letters have been getting to him & he might understand. So simple but I guess it's to confusing for Attorney Forbes.

The prior #letters that I haven't had filed within courts I have to now even send those & file so the court records show these attorneys & law firms for public to know within the courts. All those even petty to very serious legal problems Oble has been having with these attorneys. I've been placing this on court records - people get to honestly know what's happening.

Copy's to;                             James Oble
Attorneys Forbes; Ama Alexander & Grele,   C-71400 3-EB-97
Judges Cham; Armstrong & Kozinski,
- My own copy -

#19.                                  copy -Armstrong-

Coughlin Stoia Geller                                    12/23/07
Rudman & Robbins, LLP
100 Pine Street
San Francisco, CA. 94111,

   Please send this over to Susan Alexander (124276) suite 2600 for me. It appears my try getting through to her already isn't working. I now have ask several times for copy's as proof recieved my legal mail the copy's & just maybe I might be getting understood. All 3 Attorneys Forbes; Alexander & Grele seem not to interested in responding to well to my simple legal right request for proof of copy's.

   For now on all marked # letters will be sent to be logged in the courts for records of those petty to serious legal problems I'm having with these attorneys & law firms it appears too. I need copy's to all my legal mail I've sent for proof! It's not to hard to do is it!

   Copy's to;                                James Olle
Attorneys Forbes; Alexander & Grele,         C-71400 3-EB-97
Judges Cram; Armstrong & Kozinski,
  - my own copy -

#20.                          copy -Armstrong-

Judge Cram,                                           12/23/07
    I need to add these other copy's; #11 & #15 I wasn't because not wanting to waste time or any unneeded use sending copy's not needed logged in the courts. But even all those now I have to have sent to get on record. All not sent prior are within this letter to be filed.
    Also I need to state -on record- something in case you might have thoughts sending me off to ANY mental hospital for mental tests or any other reasons that might come through your mind - IF I'm moved to any type of a mental hospital anywhere at any time - You've forced me putting in effect Chapter 22 with CDCR 7421 soon as forced arrival within any type of mental hospital. I feel I need to place that on records in your court now too.
    You'll be wanting me there in court at sometime I know. You can easily have me in rout from S.Q. to court then back to S.Q. on those days. That way I'm not held over in the jail & not in booking. Not hard to do.

    copy's to;                                  James Oele
Attorneys Forbes; Alexander & Grele,        C-71400 3-EB-97
Judges Cram; Armstrong & Kozinski,
- My own copy -

James Odle
C-71400 3-EB-97
San Quentin State Prison
San Quentin, Ca. 94974

legal Mail

"Marsden Motion"

RECEIVED
DEC 28 2007

Judge Saundra Armstrong
U.S. No. District Court of Ca.
1301 Clay Street, Suite 400 South
Oakland, California # 94612-5212

