COUGHLIN STOIA GELLER
RUDMAN & ROBBINS, LLP
SANFORD SVETCOV (36561)
SUSAN K. ALEXANDER (124276)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
Facsimile: 415/288-4534
– and –
GAW VAN MALE SMITH
MYERS & MIROGLIO PLC
JAMES R. FORBES (114863)
1261 Travis Boulevard, Suite 350
Fairfield, CA 94533
Telephone: 707/425-1250
Facsimile: 707/425-1255

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARD ODLE,<br><br>    Petitioner,<br><br>vs.<br><br>JEANNE WOODFORD, Acting Warden of San Quentin State Prison,<br><br>    Respondent. | No. C-88-4280-SBA<br><br>PETITIONER'S JANUARY 2008 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 |

1. Pursuant to this Court's October 26, 2001 Order, Petitioner files this report to inform the Court of the status of the state competency proceedings.

Payment issues with the state trial court regarding Petitioner's expert, Mr. Grele, have been resolved.

On November 16, 2007, the Contra Costa County Superior Court heard the State's motion for neuropsychological testing of Petitioner in connection with the California Court of Appeal's order authorizing the trial court to determine "whether Odle is able to participate in a meaningful psychiatric evaluation and whether such a current evaluation would assist a fact finder at a retrospective competency rehearing in determining Odle's competency to stand trial in 1983." The court granted the motion, but limited the testing to 12 hours and limited the nature of Mr. Martell's inquiry. The State agreed to consult with Mr. Martell regarding the specific nature of his proposed testing and to advise the court and counsel for Petitioner before proceeding.

At the same time, the court considered a *Marsden* motion presented by Petitioner. The court requested letter briefing from Petitioner's counsel regarding the availability of a *Marsden* motion in a competency proceeding. Counsel has provided briefing.

Petitioner will file his next status report with this Court on April 1, 2008.

DATED: January 11, 2008

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SANFORD SVETCOV
SUSAN K. ALEXANDER


/s/ Susan K. Alexander
SUSAN K. ALEXANDER

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
Facsimile: 415/288-4534

GAW VAN MALE SMITH
MYERS & MIROGLIO PLC
JAMES R. FORBES
1261 Travis Boulevard, Suite 350
Fairfield, CA 94533
Telephone: 707/425-1250
Facsimile: 707/425-1255

Counsel for Petitioner

H:\Odle\StatusReportJanuary2008.doc

**DECLARATION OF SERVICE BY MAIL**

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and am employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 100 Pine Street, 26th Floor, San Francisco, California 94111.

2. That on January 11, 2008, declarant served the PETITIONER'S JANUARY 2008 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed as follows:

Mr. James R. Odle
P. O. Box C-71400
San Quentin, CA   94974

Dane R. Gillette, Esq.
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA   94102-3664

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of January, 2008, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　/s/ Tamara J. Love
　　　　　　　　　　　　　　　　　　　　　　TAMARA J. LOVE