#21 Armstrong

1.

**FILED**
JAN 1 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1/2/08

Judge Cram,

ON 11/20/07 #14 I ASK ATTORNEY John Grele (167080) For legal copy's starting from 11/07 everything filed including needed proof that those #letters are logged within the court & what's been said in courts is All in that letter. NOT Asking legally for Alot of copy's - from All those constant copy's I haven't been getting - Am legally suppose To. Also ask for if there's any cases having todo with legal decisions from far back as 1990 - I've Never gotten copy's of - that might have Mind/Mental decisions that might have todo with my case. He Told me he'd send copy's Along with Transcripts & told me there's NOT much filed to send me. I still haven't received Anything. I ask also for just some legal supplies I needed; 3 lined writing pads; some MANILA envelopes - those just 1/2 size of regular big envelopes & just A book of stamps. NONE of those received Also. All those things I've ask for All have some todo with legal rights - legally Allowed from Attorney's - copy's & some legal supplies. These legal thing's I believe The STATE'S suppose to take care of cost - they are legal & the client is Allowed - small parts of my legal rights to receive. The Attorneys seem to feel like it's coming out of their own pocket / just can't find time doing with/for/about the client! Attorneys deprive the client of what were suppose to have - "Legally Know" - Are hiding everything / Are afraid the client knowing anything / completely afraid they can get caught lying & operating in their own commanding position enjoying the mind controlling/domineer games feeling that power ruling over their client. Can this court possibly see this ANY AT All happening?!

John Grele (167080), 703 Market ST., Suite 550, San Francisco, CA. 94103 is my acting Attorney; Coughlin Stoia Geller Rudman Robbins, LLP, 100 Pine ST., San Francisco, CA. 94111 Susan Alexander (124276) she's suppose to be the Attorney over Grele; GAW VAN Male Smith Myers Miroglio PLC, 1261 Travis Boulevard, Fairfield, CA. 94533 James Forbes (114863) he

-over-

is where this ALL really does come upon because James Forbes is the lead attorney over All attorneys with my case. The 3 attorneys don't care one single bit with/about their clients even very simple legal rights — it's to hard for them — completely lazy & 100% ± legal ignorance is better correct words to the truth. It's all logged within courts for the public to sooner or later find out about. The judges & attorneys can't seem to pay any attention to what's really happening. This is just another legal letter to get filed with more proof.

  Due to my prior legal battles against attorneys I ended up turning against ALL attorneys then. Ended up very hostile directly upon 2 good attorneys; Susan & Karen that are dear friends of mine — "That's "NOT EVER" going to happen again!" But Not any friend family or even enemy can ever prevent/stop what's forced happening in/with this court. My mind knows something is going to happen due to All their complete legal ignorance; Chapter 22's going to be forced to be very real — I do eat quite a bit more regular now then I use to knowing it's happening sooner or later. Am mentally & physcialy ready for whatever's going to be All active/in effect whenever it does & the outcome. It'll be nicer by far to get out of/away from finally this senseless complete legal ignorance I've been forced to have to deal with so long. Useless nonsense battle cause they NEVER listen to no one damned thing or care one bit about anything the client is trying to express. If I am ever seeing an attorney here I know I'll be asking for something to eat. I've hardly ever ask anybody for food on visits since 1983 I arrived here to now — but due to the mind knowing what's coming — am fully past ready — I am wanting to eat more then regular lately.

*  I now received some copy's on 1/3/08 from Grele & some supplies

#21 - Armstrong -
3.

Also. He tells me; "Here are the pleadings for the past year. These few copy's are of only just the most recent copy's is all. Nothing said about anything else at all in All of 2007. That's all I'll get copy's of for All of 2007? Legally I ask for; "ALL" copy's filed from 1/1/07 to now including the proof I need All these legal #letters are filed within court - Also copy's wanted about decisions that has to do with mind/mental cases that might have to do with my case - "I know there are some too" - "I've just Never gotten copy's" - Also the transcripts nothing even about those. Grele's like those just recent pleadings are All of the 2007 copy's I'll get & get to know anything about. Supplies I've gotten; 2 tablets & some envelopes. I needed if possible; those Manila envelopes that's only 1/2 the size to the regular envelopes; for legal mail I needed that book of stamps. For now on I'll need to receive - for legal mail regularly each month = "At Least" - "One book of stamps; 2 writing tablets; some envelopes." Doubt I'll get those. In that letter Grele completely left out the very important legal issue I do need to try removing you judge Cram from Odle's case - "That's at the very TOP OF "ANY/ALL" Legal Issues Needed. Grele can't get that through his hard head it appears. Grele's acting like that - there's no sense that ass-hole attorney seeing me here or in your court at all because it'll end up just more completely & senseless unneeded encounter's getting for more worst then prior playing stupid domineer mind controlling games! An ass-hole attorney acting like a silly fool - End up unneeded problems he's wanting to act like he is! I've explained enough in those #letters why but Grele can't even try & assist in anything other then whatever he wants/however he wants/ Not one fuckin' thing how this client truly needing things having to be done/legally taken care of! Grele's not even interested in the legal issue I do need legal help removing that one judge
- over -

#21
4.

from my case. I have to work with somebody else legal about that it appears! Tired of this senseless needless legal crap how this has become. Nothing I say in letters to Grele he'll listen to really — Say it in court with #letters Maybe he'll pay a little attention to some better a bit.

    Copy's To;
Attorneys Forbes; Alexander & Grele,
Judges Cram; Armstrong & Kozinski,
    — My own copy —

James Otle
C-71400  3-EB-97

R. Armstrong
1.

John Grele (167080)                                        1/4/08
703 Market St., Suite 550
San Francisco, CA. 94103,

    I got your letter 1/3/08 with what you sent to me. I was already in another letter to judge Cram — in it I state when I got your letter. Thank you for those pleadings I did want to know already about those & for the part of supplies. I've stated everything for now — is getting said within judge Cram's letters — then my mail to you is coming from the court to you. Maybe you'll pay just a little bit better attention to things you do need to.

    I've been trying to stay decent & use proper words. But nothing I say at all is getting through that very thick hard head Grele — Right now I <u>DON'T</u> want to see you here or in the court any at all! Your just getting me more & more pissed you being yourself. You know very well I have one legal issue that has to be worked with — file trying to remove judge Cram from Odle's case. I don't give a fuck whatever else your getting into or say or do — that is what I do have to deal with right now so think about that!

    You & also James Forbes both are really being idiots the way this is happening. At least Susan Alexander has tried — I know who's the reason — but you 2 really do have your heads stuck up your ass & sitting on it — You 2 don't give a fuck at all!

    — "Grele — I need to know what/how to file trying to remove judge Cram from Odle's case."

    — "I need "ALL" copy's — "Including everything filed by Odle myself so I have proof knowing they were filed" — dated from "7/1/07" to now" — Anything/everything that's been filed within superior court or any other court that has anything at all to do with Odle's case."

    — over —

#22.

— "I need copy's to "ALL" Transcripts from as of "1/1/07 to Now".
— "I need "ANY/ALL" - copy's since 1990 to Now" of any decisions that came down — "That has to do anything with/about the Mind/Mental" — Any of these cases that might have to do with Olle's case."
— "I need that book of stamps for last month still I ask for that was all for my legal mailing that I did end up browing because you didn't send that"; "For Now ON Starting Now This Month 1/1/08 — long as your my so called attorney — this is ALL for legal use — I do legally need for each month: ONE book of STAMPS; 2 Writing Tablets; 40 Envelopes; 2 Ink Pens or just ink fillers" — I do believe "ALL" these underlined — "So you'll maybe see better — hope you can finally see" — Are "ALL" legally a part of my so called legal rights & not one penny out of your pocket — All you need the fuckin' do is very easy file for these."

Copy's to;
Attorneys Forbes; Alexander & Grele,
Judges Cram; Armstrong & Kozinski,
—My own copy—

James Olle
C-71400 3-EB-97

#23 Armstrong

1.

Gaw Van Male Smith  
Myers & Miroglio CLP  
1261 Travis Boulevard  
Fairfield, Ca. 94533,

1/5/08

This law firm right here — the people within — can easy become legally responsible for due to what's happening — shouldn't be that way but it is getting to be there. Because attorney James Forbes (114863) is a part of this same named law firm — he's a true piece of that law firm — You are the people over James Forbes. That same attorney is legally the lead attorney who's over John Grele (167080). James Forbes became the lead attorney long ago over "ALL" Odle's whole case. Everything that's happening falls into Forbes' lap but he don't seem to want to do one damned simple thing — this law firm probably telling Forbes to ignore Odle's case he's kicking around about — it's of nothing! That's alright. It'll get it's way around where it needs to become being. I'm sure you can very easy figure it out that this whole thing can get alot more from just being petty. It did start very little & very simple too. I'm sure you've noticed it's travelin' past that petty a bit. That'll make ya think some — sooner or later — you'll notice you shouldn't have told him — Forbes — to ignore it.

I'm now starting to back off Alexander if you've noticed anything. She did at least "try" — end up just a little to late — trying to send me those simple copy's I ask for cause I did need to know. So simple it was too. Where how this is happening with/about Grele & Forbes both them are still sitting very heavy on their heads cause they've got it stuck up their ass so deep — the same as for this same law firm itself too! It might give ya a little bit of idea or be reading thing's maybe a little better then ya are — what's really happening.

— over —

I've tried hard being decent & as polite as I could & with things too. But people in general can't listen to one damned word I say. This has just started!!

      copy's to;
Attorney Forbes; Alexander & Grele,
Judges Cram; Armstrong & Kozinski,
    — my own copy

James Odle
C-71400   3 Feb-97

Judge Cram,                                                                 1/13/08

I've even explained small legal problems at a time I've had with Attorney Grele in #letters - All have to do with some of my legal rights - hope you'll start to notice how a clients denied getting to know what's happening & not receive as legally suppose to - even small petty things. Attorney not allowing the client knowing about myown case - wants to make it that Odle gets knowing least as possible. I'm just a regular inmate & I do honestly have a piece of my brain missing - But I'm not stupid like these attorneys are. Even you judge Cram are helping by letting the attorneys deprive the client knowing what I legally should!

These legal problems 1st started with Grele - I believe around Grele's 1st papers he filed within your court. Grele knew very well about one certain issue being very wrong/never happened - that issue is the very start he filed in your court. That there same issue is what helped cause the problems I had with those 2 prior attorneys battle in court. I've told Grele it was 100% lie & Grele told me himself he'd never use that type of stuff in your court. He did file it tho. He could have corrected that error very easy - Grele refused to even consider it. All I ask Grele to do was; file stating he was wrong/or just an error was done about the issue. Grele couldn't admit he'd made a mistake - that's the very 1st start of our attorney/client problems. You, judge Cram - refusing/returning my mail didn't help help about it - It was very stupid Grele doing as he did - Just as stupid you were by not allowing my mail to say anything. That issue has to do with somewhere in the 1990's within District Court when a doctors papers were filed stating - I was beaten/being whipped by a stick across my back by my parents when I was a child - That is what issue is about! It never happened at all!! I love my parents very much & always have. I still do love 'em very much even tho they've both passed away quite a

-over-

while ago. their still very alive deep within my heart. When I was a kid I know I was spoiled - Always loved my mom & dad - "NEVER" was beaten on or whipped by my parents "NOT EVER!!" That Article was used in the court I know Attorneys trying to prevent the State from executing me/to make the court feel sorry is all it is. Those papers/copy's never getting to me so I knew nothing till I got a copy by accident. I had already a bit of legal problems with those 2 attorneys prior that happening. That issue is what really kicked off into more serious problems attorney/client then for sure. Because Grele has used that same issue - "him helping kick my parents around" Grele knew it was a lie - just a little common sense you'd think Grele knew that issue soon as he filed it - it would really set me off just like prior the other attorneys - Grele knew/he wanted it to become a hostile set up or why do it anyway!!

You should legally go about getting the copy's filed within District Court - Judge Armstrong - About when I was filing against Forbes & Alexander then. "That issue that kicked it off with Grele & I is there I did file about that issue for sure." The lead attorney then still now; Gaw Van Male Smith Myers & Miroglio CLP, 1261 Travis Boulevard, Fairfield, CA. 94533 James Forbes (114863). Grele's just the attorney you see in court; He's not the shot caller attorney to thing happening - He's lead attorney control over Odle's case. Grele's just an in between attorney.

I know sooner or later you'll have me pulled from dead man's town - the row to your court. I don't know this judge at all. But due to my own personal experiences with/about you - your hard headed & I remember your threat & how you want things how you want it to be. Also my experiences

with my so called attorneys. Either of you nothing I'm saying or doing means anything. I've know that already. I learned long ago it's best to be expecting the worst because very likely going to end up that way. I'm pretty sure Chapter 22 is going to end up forced falling in effect one way or the other due to not believing/not caring really. Never could happen in your all mighty court—You'll see to it nothing Odle's saying/doing is of anything at all in your mind judge—To you judge Cram this is just another petty little legal game—Same as attorneys their played up games. When it's legally done it'll be quicker ending to these stupid constant non stop legal problems. These well educated/truly legal idiots all trying to be the one in control over everything & everybody. No care at all to anything the client has to say or do no matter how important it truly might be. Just help deprive that client—the judges & attorneys never wanting me to know anything about my own case even! I'm happy this state made that law/rule; Chapter 22 & CDCR 7421 can make it more neat & proper—I know that form can be refused filled out completely—that's alright tho. I know due to this judge & attorneys; it is going to be forced due to the legal ignorance. Anything I'm saying or doing in those # letters not being heard/This constant legal problems really has been with 3 attorneys 2 judges & confusing courts allowing that attorney client problems & those legal problems with judges. I know you judge Cram don't like my threats about your contempts of court or any of those court orders on me. You also I know don't like that about the hostile encounters going to become in your court. I honestly don't give a fuck what you like or dislike or end up doing to/with me. You are the shot caller judge it's all your court; use duck tape it'll help shut up Odle—Strap me with that electrical device that'll make ya happier—I don't give a fuck whatevers done!

—over—

I don't care cause I've already said my peace am in wait fully ready to meet whatever is no matter what the outcome is.

The way this has become with Grele being his idiot/ass-hole self senseless mind games. I know if I'm moved to your court - it's best leaving me here for right now still not pulling me there. Not for right now. I know I'm the only person that'll end up getting hurt in any of this & that's the way it's going to be. I have no threats at all in anything I'm saying to anybody at all. I just know what's going to end up happening - anything that happens to me means nothing - I just don't care! Constant mental tormenting/inner pain/stress/constantly mental controlling games etc... Forced ending up responding with the idiots games/the taunting/being played with - You want to kick the shit off that is what you'll be doing. My last letter-you seen things are getting worst. I don't like being forced doing anything - forced I do whatever I'm being pushed into. A set up guarantee that deliberate encounters setting up to happen will be pulling me there for right now. I have no threats of hurting anybody at all; but point blank: I'm very tired of being played with by attorneys & you judge Cram also. I'm a quiet peaceful easy going person - But using just a little common sense this constant mentally being played with - Legally deprived even knowing my own case due to the attorneys & judges - that deliberate taunting provoking a person constantly - sooner or later it'll reach that point full inner-anger release/responding forced to happen - I'm far tired of Grele's mental games where I have to beg about legal assistance to file something important/needed - refuse the whole legal issue & such simple legal copy's I need & legally suppose to already been getting - haven't been - How you yourself judge Cram has helped this truly end up being at this point - You do have a court problem - You Judge Cram helped this reach this point - You are the shot caller - It's your court - If your legally ignorant - You set it up!! The outcome on/with me in any of this don't mean a fuckin' thing! I know - This is all of no importance - That's the way it is -

James Olle
C-71400  3EB-97

Copys to:
Attorneys Forbes; Alexander & Grele,
Judges Cram; Armstrong & Kozinski,
- My own copy -

NORTH BAY CA 949
14 JAN 2008

MAILED FROM ZIPCODE 94964

RECEIVED
JAN 1 6 2008

U.S. Northern District Court of CA.
Judge Saundra Armstrong
1301 Clay Street, Suite 400 South
Oakland, California #94612

James Odle
C-71400 3-EB-97
San Quentin State Prison
San Quentin, CA. 94974

legal mail

"Marsden" Motion