#25-Armstrong-
1.

**FILED**

FEB - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

C-88-4280-SBA    1/24/08

Judge Cram,

I've already written #26 - have to wait due to time taking legal things copied. There's no sense trying to get my attorneys to copy or even send the receipt legal copy's cost here the inmates. Another legal right I don't have.

YOU have tightened this up 2 more times judge Cram. I've been busy/mentally tied up fighting back. "100% FACT - A call from Co. Co. County sent the S.Q. M.H. on Odle's back". How I know that is unimportant. The D.A.; they'd much rather sit back & watch what's happening. Judge Cram; Unhappy Odle has a letter within your court let alone some problems created. Odle has jimmied/thrown my monkey wrench in your court what/how I'm doing. It don't matter who called/you wouldn't need to report it - not even here at dead man's town - the row.

The 2nd click loud within; 602 #9. That click/huge amount of mental stress/inner-anger these monkey's jumping on Odle's back "All" of that was released from within; leached out again stress/inner-anger. My mind was truly tied up beating these silly monkey's back off my back. They haven't yet figured out how to deal with Odle's stand with this bat/Odle himself that bat. ENOS' mental power fallen apart. ENOS' tried B-grade/sheet attached to 602 #5. ENOS' tried placing Odle at 4-points - can't. A ducket 1/21/08 to see ENOS & go to FDTT 1/22/08 - I refused. ENOS tried at FDTT having Odle at ICC 1/24/08 - didn't work. ENOS trying to set up ICC 1/31/08 & trying to set up somehow to make Odle cooperate. I don't know yet if any of those might happen. I have kicked that beehive/the M.H. my now #10 602 I've deliberately kicked that same beehive harder am expecting upper M.H. to come directly on me.

I made my 3rd legal stand fighting against who's & what's
— over —

10/23/07. This off the wall uncalled for phone call now/that huge Amount of stress; Odle's last final legal stand is how you judge Cram has forced to happen. ~~thing's~~ thing's would really have to change from how it's gotten to change that. I know none of that can happen/Odle's last legal stand "YOU" Judge Cram caused!! So petty it went so far over your dense head. Odle's I.Q. between 6th to 8th grade maybe. Common sense I have even tho none of you power hungry will ever agree. ALL OF YOU; YOUR huge Amount of power playing mental control games to dominate get what/how you want everything. "ALL I WANTED IS MY LEGAL RIGHTS!" Odle's last stand petty to all of you/your master mind's having problems dealing with a man low I.Q. really & a chunk of my brain isn't there/None of your powers has done anything except tighten up every-thing more worse & now you've forced a final last legal stand. "You realize how lame you "All" really are?" Everything was already set to happen long ago/it's just falling into place as it's set to be & the 3 courts are the ONLY ones receiving copy's. Waste of time any of the attorneys. That legal idiot Grele gets whatever your sending him. Odle no longer has ANY CONTACT with ANY of those law firms completely! "NOT in your so called court either "IF" your thinking you can change it/I fully "PROMISE" Anything/everything "PLUS" I've stated TO THE MAX 100%!" "DON'T MATTER ANY damages/harm in Any-thing it's PROMISED!! I'm far past dead serious. The power hungry/crazy head shrinks 602' Odle now crammed into the court might be help for the P.I.O. The Superior court isn't important. District Court is & Ninth Circuit Court is higher court able to maybe see over just might be a little bit of help for inmates fighting against these S.Q.- all head shrinks!- up over this ~~&~~ the damage/harm of course is Odle in Any of

iT—DON'T CaTe! I have very good reasons so hostile AT you judge CraM Along with very hostile AT Those idioT shrinks. ThAT so called ATTorNey Grele/These shrinks/ Then ThAT fucked up caLL/caLLer ThAT Kicked ThAT hassle up on me. WhAT the hell ya expecT!

1/28/08; JusT 602#10 is enclosed For This courT. No sense The resT. #10 will get in rouT iN A Few days. Might have To MArk iT emergAnCy/MenTAl health wlTh #7 & #9 ATTAched To #10 due To This M.H. I Think isn'T going To respond To #7 & JusT MAybe #9 Also. They "Are" going in The whole rouT iN S.Q. To SAc. Then To courT. I have No reAsoN To SeNd your courT ANy more AT All # leTTers. A wASTe OF Time & isn'T worTh iT! IF you CraM or ATTorNeys ever wAnT whAT/A copy I'm plAcing iN courT you'll NeeD To Somehow geT copy's From DISTRICT/MOST likely 9TH circuiT CourT. You don'T NeeD To close your courT Books on Odle judge CraM—I JusT did iT Myself!! TAke ThAT MoTion & STick iT!

## LEAVE ME ALONE!

James Odle
C-71400   3-EB-97

<u>"Marsden Motion"</u>

Judge Kozinski,                                                    2/3/08

   Sorry for having to bother you with a bunch of papers I know you always have alot of things you have to be doing. I have to file those in yours & in District Court. That "Marsden Motions" still in effect with the 2 attorneys that represented my case in yours & District Court. the lower court attorney no longer is in effect neither is lower court.

   Within these bunch of copy's there's a few I no longer had an extra copy's why it not enclosed. I know these mental health 602's don't belong being filed in your court. But if you'd just read 602's #9 & #10 you'd maybe understand why they are

   Sorry for bothering you judge Kozinski & sorry for ending up hostile in later legal letters. Thank You.

      James Odle
      C-71400 3-EB-97

- Any/All remaining legal issues within 9th Circuit/Anything about Odle's possible back to trial/life without are ALL truly dead legal issues now. I'll NEVER let an attorney EVER represent me! the past life inside prison walls AREN'T EVER HAPPENING! these 3 attorneys are legal idiots. Judge Cram & Armstrong are blind worthless useless & senseless! there's no such thing as any mental hospital/place either judge Cram helped kicked that door shut by me. I'll happily except execution then more foolish childish attorneys; what & where were my legal rights is what it's all about. So simple. A condemned inmate — tha so called legal rights/attorney not allowing & judges letting that happen. I do have a legal right I can LEGALLY use if I feel I want to/need to; Chapter 22 & CDCR 7421, there stated within #letters & M.H.602 #7. NOT a suicidal at all: AM allowed to finally have my own legal right!! Sorry again for anything that I need to file in your court. Only 2 courts receive copy's now/No attorneys.

     —copy's to;—

  Judge Kozinski —  — Judge Armstrong —

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region  Log No.  Category

1. _SQ_  1. _____  _____

2. _____  2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| James Odle | C-71400 | Condemned East Block | 3-EB-97 |

A. Describe Problem: I've written 2 separate Mental health 602's that are now in Second Level. Both are quite a bit past there Second Level due date. My 1st 602 written 4/15/07; log No. CSQ-6-07-02016 it's due date was 8/15/07. My 2nd 602 written 5/23/07; log No. CSQ-6-07-02457 it's due date was 8/31/07. Today is 9/12/07 & I haven't heard anything about either of my separate 602's from Second Level.
     I have to 602 the Second Level both these separate 602's without any response over this long of a time period.

If you need more space, attach one additional sheet.

B. Action Requested: To know how come I haven't heard anything from Second Level in answer to these 2 separate Mental health 602's - the log no's are in this 602 - FF I don't get these 2 602's back from Second Level; How do I go about still going to Third Level?

Inmate/Parolee Signature: _James Odle C-71400 3-EB-97_  Date Submitted: _9/12/07_

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____  Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification Chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

RECEIVED
MEDICAL APPEALS
BRANCH
OCT - 3 2007

Signature: _____  Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

*my copy*

STATE OF CALIFORNIA                                                DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location:   Institution/Parole Region        Log No.              Category

1. ____  SQ  ____    CSQ-6-07-02016    S

2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| JAMES R. ODLE | C-71400 | CONDEMNED EAST BLOCK | 3-EB-97 |

**A. Describe Problem:** I've come across a problem with mental health psychiatry 4/13/07. I sent a 602 4/15/07. Haven't heard anything about it still. I was seeing Dr. Poneth & no problems at att. He prescribed me medication I needed. This new psychiatry ask me: If I'm depressed- Do I hear voices-Do I have any thoughts of hurting anybody or myself. I told her I don't now but in my past each of those happened. Told her about the brain damage 1973 the seven mental problems I had. Was in & out of psychiatric wards. She explained is no how I don't have a mental problem no matter what happened to my brain; Because none of those she ask me are happening right now within my mind. Explained how nothing that happened to my brain or the mental problems in the past-none of that has anything to do with now. ~~psycho psychiatry mental~~ Don't understand what her job really is! I need to see Dr. Poneth regular like I was. He prescribed a medication for the sleep disorder & added Prozac. I didn't question the Prozac. He's a good

If you need more space, attach one additional sheet.            — 1 Sheet Attached —

**B. Action Requested:** To received the mental health medication I need. To see Dr. Poneth like I was without ~~way~~ ~~any~~ problem I have now. I know I do have a mental problem. Have for several years. Dr. Poneth understood me/he knew what & how this mental problem was. Stop trying to force Prozac & prescribe medications you know I need prescribed to me.

Inmate/Parolee Signature: *James R. Odle C-71400  3-EB-97*        Date Submitted: 4/22/07

**C. INFORMAL LEVEL** (Date Received: Apr. 27 )

Staff Response: Partly Granted: you will be scheduled To see Dr. Quezada regarding your Medication.

*[vertical stamp text]* APPEALS BRANCH RECEIVED / 2007 APR / CLERK SLR *

Staff Signature: _____        Date Returned to Inmate: MAY 2, 07

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Dissatisfied: Appears Nothing is even being read in 2 602's, The length of Time/days This is Taking (I AGREE with That psychiatry) "I Don't Have ANY Mental problems Anymore" - "So There is No reason I Need to be seeing ANY Mental Health"! Follow This 602 TO NOT Be Bothered ANYmore By you!"

Signature: *James R. Odle C-71400  3-EB-97*        Date Submitted: 5/9/07

*2nd level date rec.*

Note: Property/Funds appeals must be accompanied by a completed            CDC Appeal Number:  5/14/07
Board of Control form BC-1E, Inmate Claim

*level date: 6/27/07*

MAY 14 REC'D

First Level    ☐ Granted    ☒ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: MAY 14 2007    Due Date: JUN 27 2007

Interviewed by: Partly granted Dr. DOWNS on June 29, 2007
I have discussed this issue with
your case manager and you will be seen
To consider dropping you From CCCMS
program.

Staff Signature: S. DOWNS    Title: MD    Date Completed: Jul 10 2007

Division Head Approved:
Signature: _____    Title: Chief Psychiatry    Returned Date to Inmate: Jul 10 2007

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response. Dr. DOWNS already told me 4/13/07 I had NO MENTal problems. Take me off CCCMS completly. Stop waisting state money, stop mentally harassing & Tormenting inmates as you are doing. Do your job not harassing inmates. This mental harassments/torments To force provoking inmates or what?? ANY/All M.H. Leave me completly Alone!! Stop the Mental Harassment/Torment!!

Signature: Joshua Cole C-71400 3-EB-97    Date Submitted: 7/12/07

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____    Due Date: _____
☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

0710401

DIRECTOR'S ACTION: ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter
Date: _____

doctor. The new psychiatry the sleep disorder medication she wont prescribe but says Prozac is working good so it I'll get. I have refused to take the medication starting 4/13/07. It isn't the medication I need. If I Don't Have A Mental Problem Why Prescribe Prozac! The medication I need but not get now I know because of it my mind does-Slow down my response/understanding & whats happening. Things become confusing alot easier it seemed then too. That is what does happen I know. I remember a time I witched tv to check the weather if I was going in the yard the next day. The evening news starts 5:00 pm to 7:00 pm it wasn't on yet. I remember the news had all gone by & another program was on. My mind had blanked out for over 2 hrs. Other times it happened like that now & then. I have slept for 8 to 10 hrs. at times & feel real tired like I didn't sleep. Prior my regular sleep time was only 5 hrs. a night. She acted like there wasn't a single paper in my medical jacket. I got here 1983. I did in the '80's have the PLO copy all my medical papers about the wreck/the mental problems so S.Q. did have it. All those & I've been here so long-Like nothing about me in my medical jacket. She just didn't look in the jacket.

I have to make sure these problems are on paper-602 so it's logged dated-legal papers kept on record-Maybe I wont keep having this type of ~~mental~~ problems I am. I try communicating/explain in details; What I can remember medical/mentally happened & this mental problem with mental health. Anything I tell them is of no importance. My mental problem isn't hard to figure out; "A Chunk Of My Brain Missing With This Sleep Disorder-My Mind Can't Find The Simple Switch It's Suppose To Click Itself Off While I Need To Sleep". Psychiatry Dr. Poneth I was seeing regular understood what was wrong. I have prior 602 S.Q. mental health the middle & later 1980's. 602 psychiatry Dr. Geiger. After that 602 S.Q. mental health left me alone. The only other 602's I've written that I remember was with regular medical the later 1980's & the trust office. I don't do 602's unless I have to.

Mental problems that I remember; The sever headaches for so many years was due to the damage done to my brain-I have snapped long ago-Have had deep within my mind long coordinator with doors that would suddenly close often as problems became. I do still remember that long coordinator-Doors Closing very good still. None of those are happening that I know of for a very long time. Mental ~~problem~~ I come across in my past appears still now with mental health. Medications I remember I have taken; Elavil & Tonzine I seem to remember those helping me. DILANTIN-that medication for possible seizure-Dilantin Was "NOT" Good For Me I Know!

The sever trauma's on my brain I had to start my childhood back over. My mom & wife had to bath me/brush my teeth etc. because I couldn't do anything myself. As my mind gained back it's memory; It's like it came back all to much at one time-Was like an electrical item when it's given more electrical power then it can handle. That's how it seemed to be & the only way I can try explain it. In & out of psychiatric wards often prescribed several different medications tranquilizers antidepressants none seemed to help; "My Skull Was Cracked From Ear To Ear The Brain Had Swollen Where The Crack Let It Swell Is Why I Lived; Performed A Temporal Lobe Lobectomy-Removed A Chunk Of The Left Temple Of The Brain; Diagnosed Acute Brain Syndrome; Diagnosed Sever Head Injury With Seizure Disorders Which Caused Defects The Way A Person Functions Intellectually Socially & Emotionally Seizures Affecting Behavior Prolonged Time". I should have epileptic seizures they had me on dilantin. Dilantin placed me in even worst mental shape. Dilantin did help me snap is all it did do. I remember still when I took the Dilantin's out of my pocket gave it to Dr. Blum. Told him the medication wasn't good for me. That time was when Dr. Blum did a bunch of little tests on me. I remember Blum telling me that day; I then had a 2nd grade IQ. He told me to never lift over 5 lbs. over my head. That's what Dr. Blum told me-That's why I remember that day good so many years! The only type of seizure that I've ever had-that I know of-was times I snapped in my past. I never liked any of the outcomes due to that happening back then.

I've read the legal papers over & over; Words-Wordings-Names-Dates-Explaining the best I can what happened to my brain the mental problems from the past. I did realized this mental problem I have now. Alot of writing-legal-the attorneys have; 8/6/03 I realized that day my mind hadn't been operating like normal in thoughts-Not at all like it should be-Also not being able to find it's simple switch turning itself off when it needed the sleep. Several years it happened before I found out. I know it was happening before 1998-That's when the constant legal problems/stress adding more & more first started. The only other medication I'm prescribed; Terazosin 5 mg. An enlarged prostate my only other medical problem-I refuse to take any medications prescribed or street drugs even I don't need!-All I'll Take Is Medications I Know I Do Need! Always refuse to lie/build up story's to get medication for any reason like

APR 27 REC'D

MAY 03 2007

some do. That's why I wouldn't agree with that complete ~~dirty forced~~ psychiatry see me the 13th telling me; "I Have To Be Depressed-Hear Voices-Thoughts of Hurting Others Or Myself"-"I Have To HAVE THOSE NOW Within My Mind To Have A Mental Problem"-"She Explain How "NOTING" Having To Do With Damage Done Upon A Brain In The Past"-"Nothing To Do With Mental Problems From The Past Can Have Anything To Do With Any Mental Problems Now"-As of 4/13 the mental health medication prescribed to me I have then stopped taking. There hasn't been anybody coming to visit me from the mental health yet asking about why I'm not taking a mental health medication prescribed.

I haven't gotten any 115's past I believe 1989 was my last. Total of 3 write ups over 24 years being here. I try hard not to fall into a huge amount of serious problems like I have in the past. Try to not cause problems. Get along with inmates & cops. Always try to understand/get understood. Be polite & easy going. Part of life; There's always people that ~~are a whole lot a true whatever the other or either the~~ that's how they are-Smart mouths-Try create problems-I learned to ignore-inmates cops doctors etc.-People like those unless I have to deal with them. Always try avoid problems the best I can. Ignore people & problems. There's a time I have had to refuse letting my mind placed upon it something I know isn't going to work out & can become a very serious problem. Such as now why I needed the medication that'll turn off this mind better-Needed Increased; Legal-mental problems-Judge ordering something mentally done upon my mind I can not let happen! The constant legal mental stress/inner anger-mental problems-started 1989. Kept going to 2007-Right now where this even more inner mentally stress problems happening!

I have tried my hardest placing everything the best I can in this; Have pointed out & in details everything I can; Maybe you'll pay attention-UNDERSTAND-what I'm trying to put down. If I'm In Any Way Being Forced To Put Up With ~~scum corruptible or other~~ Psychiatry I Saw-You Refuse To Mentally Help This Mental Problem I Do Have Right Now. I Have Been Able To Maintain Alright/Deal With This Mental Problem So Many Years Without Any Real Major Troubles Or Really Serious Problems. This "MORE" Mental Problems I'm Getting-"Because I Try To Find The Mental Help I Know I Need". That "CAN NOT" Happen! If You Refuse To Mentally Help Me--"I Remember The Prior Problems 602 With Psychiatric Mental Health 1980's Where My Problem Did Keep Become More Worst Till I Was Left Alone"--"PLEASE ALL OF YOU WORKING WITH/OR EVEN ASSOCIATED IN ANY WAY WITH S.Q. MENTAL HEALTH I'LL NEED ALL OF YOU TO LEAVE ME ~~the hell~~ ALONE!" All You Are Doing Is Making This Mental Problem Becoming A Far More Serious Set Of Mental Problems! A Very Easy Decision To This: "If You Refuse Or Just Can Not Medically/Mentally Help Me About This Mental Problem I Know I Do Have-Just Leave Me "COMPLETELY ALONE" Any & All Reasons!!" Mentally Within My Mind All I Have Is This "(1)" Easy Simple Mental Problem I've Tried Explaining. I Have NO Other Mental Problems At All Right Now That I Know Of. "Mentally I'm Doing Alright Right Now". So Don't Place Any More Unneeded Mental Problems Upon Me!

James R. Odle

JAMES R. ODLE
C-71400   3-EB-97

Apr 27 REC'D

MAY 03 2007

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region   Log No.   Category

1. _____   1. _____
2. _____   2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: JAMES R. ODLE   NUMBER: C-71400   ASSIGNMENT: CONDEMNED EAST BLOCK   UNIT/ROOM NUMBER: 3-EB-97

A. Describe Problem: My problem is with the S.Q. mental health. I know I will be seeing one's working there & hassles is another reason this 602. The "only" if I do want to see is psychiatry Dr. Poneth who I was seeing regular & had no problems. Now I have been visited at my cell/taken to see different people working with mental health in here—The mental problem I do have right now becomes even more of a serious mental problem what/how my mental problem was before I started seeing them. It's becoming more of a serious mental problem then it already was a serious mental problem. I refuse seeing/talk to anybody working there except Dr. Poneth! I am forced to refuse even talking to anybody else working there cause all I hear is "I have no mental problems now". I keep getting ask; "Am I depressed—Do I hear voices—Do I feel like I might want to hurt or kill myself every time I see them is all of any importance to them". I keep repeating to their questions; I have but not right now I don't. Have in my past done all of those; In the past depressed all the time then; Hearing voices I have once that I know

If you need more space, attach one additional sheet.   — Sheet of paper Attached —

B. Action Requested: Receive mental medication I need. See Dr. Poneth like I was—Not these now that can't understand a single word I try to explain to them. I know I do have mental problem—have had it for several years. Dr. Poneth knew the mental problem & understood me. I refuse taking any other medication being forced upon me that isn't any help. So stop forcing Prozac! It doesn't help my mental problem any at all.

Inmate/Parolee Signature: James R. Odle C-71400   APR 17 REC'D   Date Submitted: 4/15/07

C. INFORMAL LEVEL (Date Received: APR 17 REC'D )
Staff Response: PARTIMLLY COMPLETED: You will be scheduled to see Dr. Gueradk regarding your request for Med intra

Staff Signature: _____   Date Returned to Inmate: 5/2/07

D. FORMAL LEVEL   MAY 03 2007
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

Signature: _____   Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

(RECEIVED INMATE APPEALS BRANCH OCT -3 2007)

of when I was in J-Ward; A few times due to I had snapped accused of destroying places hurting others & trying to die in the snapped times. I've been told all about that all the time long ago. What happened in my past-no matter what/how it was-seems not to have anything at all to do with any present mental problems. I had P.L.O. do a copy of all my medical jackets having to do with the head injury/brain damage where a chunk of the left temple was removed. My head was cracked from ear to ear was the only reason I ended up living when my brain had swollen so the crack let it swell from ear to ear. All those medical jackets I had copied & given to S.Q. a long time ago.

I've had several different times due to that brain damage '70 been placed in mental wards. 1 of those times just about sent to Napa state mental hospital from Martinez J-Ward in Contra Costa County Hospital Ca. I had no mental problems prior to the braid damage in '70-none that I know of. I'm happy to say I haven't mentally snapped for a very long time/not that I know of. I NEVER want to EVER snap again for the rest of my entire life! I don't at all like the outcomes due to every time it happened! I have several times mentally snapped in my past is how come I was placed in J-Ward back then.

The only mental problem I do have right now-that I know of-The fact my brain just wont turn itself off while I sleep/I sleep but my mind don't at all. It took me several years before I finally realized what that mental problem was. For so many years I could sleep for 8 to 10 hours even having headaches cause I slept to long. Around 5 hours is all I was needing to sleep prior to that happening. Once it started it's like I didn't sleep at all/or maybe a hour or 2 at the most. That went on for several years. My mind wasn't operating normal for me like it would if it had turned itself off like it's suppose to. The fact where my brain got slower responding on understanding things I'm told also things happening where things get confusing easy then. There are times, I watched tv in wait to check out the weather report the next day if I'm going out in the yard or not. The news wasn't on yet & the evening news starts at 5:00 p.m. plays till 7:00 p.m. regular. I watched tv over those 2 hours-that news had already been shown & another program was on-Over 2 hours went by far as I knew then my mind was completely blank over that time period. Couldn't remember a single minute of that whole time period. Over 2 hours I have no memory even what my thoughts were/what I might have done that time period. Question deep within my mind after that; What can happened such a long time period!? I do think about that very seriously!

That's A Serious Mental Problem-You Know It Too!!

Dr. Poneth prescribed me a medication that helps me sleep/turns off my mind/the mental problem I do have was getting mental help it needed. With it he also prescribed me Prozac 20 mg. I didn't question the Prozac. To me he's a good psychiatric & knew what he's doing. My only mental problem I know of is my mind couldn't find the switch to turn itself off while I slept. The last psychiatric I did see here told me I had no mental problem-she explained to me how I have no mental problems at all-nothing that happened to my brain in the past has anything to do with a present mental problem. I have no mental problem to this mental health now. She tells me; The Prozac is working good so still prescribed me it. I got up yelling as I walked away. I refuse to deal with this mental health now except Dr. Poneth! He understood he & knew what my mental problem really was. He explained it. These others I have seen all seem to think long as I'm not depressed-Not hearing voices-Not thinking of hurting myself; of none of those I Don't Have Any Mental Problems! I refuse to build up a story/lie about any of those happening right now in my mind. None of those are active/alive inside my mind that I know of. The very true fact my mind does at times blank out all it's complete memory/even single minute/second the thoughts for hours blank. I honestly have not a single idea what that might happen. It is a very true fact that I do have a mental problem. I know it but some of these ▨▨▨▨ working here don't seem to understand anything about it.

I Refuse To Take The Medication Prozac For Any Reason Now. I've been told several times from this mental health; I don't have a mental problem-Why take a mental health medication Prozac if I didn't have any of a mental problems? I know Prozac isn't helping my mind be able to turn off-it's the other medication I now can't have. Prozac was just added in.

So many years due to the brain damage in '70 I was having sever headaches 24 hrs. a day days a week is how it was happening then. No medications really did stop those for so many ears. My mind got so use to it it's like it was able to turn it-the sever headache-off & not othering me to much. That sever headache problem then started on & off coming & going. I think ow I only have regular headaches-the sever ones seem to not be like it was at all. I use to ave sever shoulders problem for quite a while here prior too. Medication helped it. I was

APR 1 7 ···    MAY 03 2007/68

seeing the neurology here about the brain damage/mental problems with sever headaches & shoulders problem. He did prescribe me medications. Now that pain in my shoulders are all in the past no problem now. I know now I'm alot more healthier then I use to be. Those serious mental & regular medical problems I have had aren't at all like it was. Right now I only have 1 other very simple medical problem with the regular medical one medication I am taking. TERAZOSIM 5 mg. once a day for an enlarged prostate. It just comes with getting older in life. I'm not prescribed any other medication & don't want to take any kind of a medication I don't need-just medication I do need is all I will take! There's a huge amount of medical jacket's from 1970 to into the 2000's here in San Quentin over those long years I've been here & about the sever headaches/shoulders etc. over these years. The serious mental problems I use to have for so many years on the street/in the jails/in this prison for so many years. That's my prior medical/mental problems that use to be. I'm told none of those have anything to do with my simple mental problem I do have now-"(MY MIND **WONT** TURN ITSELF OFF LIKE IT IS SUPPOSE TO-MY MENTAL PROBLEM IS THAT!)"

I will not take any type of a medication I don't need. Prozac isn't a medication I need. I will refuse from mental health any medication unless it is prescribed by Dr. Poneth. I refuse to be seeing or talk to anybody else from mental health too!

I don't do 602's hardly at all. 1983 when I got here to 2007 very few. But this mental problem right now is a very serious mental problem I know I do have. I do need mental help with psychiatry Dr. Poneth I know. If this mental health here can't help me with/about this mental problem I do have-"Because I'm not depressed right now"-"Not hearing those voices inside my mind telling me things to do"-"I don't have any thoughts about hurting myself right now"- You feel I don't have any mental problems because none of those are alive right now deep within my mind? "Just Leave Me Alone!! DON'T BOTHER ME!!"

                    JAMES R. ODLE C-71400


Copy's To:

My attorney;

The P.L.O. Office;

My own copy.

APR 17 REC'D

MAY 03 2007

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION

Date:     NOV 3 0 2007

In re:    James Odle, C71400
          California State Prison, San Quentin
          San Quentin, CA 94964

      IAB Case No.: 0710065          Local Log No.: SQ-07-02457

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner C. Hall, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I    APPELLANT'S ARGUMENT:** It is the appellant's position he does not have a mental health problem and just wants to be left alone. The appellant is requesting for mental health staff to leave him alone as he has no mental health problems and there is no reason to be seeing or talking to mental health staff.

**II   SECOND LEVEL'S DECISION:** It is the institution's position the appellant may be clinically discharged from the Correctional Clinical Case Management System (CCCMS) program after they are in continuous remission and are functioning adequately on the mainline without treatment (including medications) for six months. The appellant was also advised he would be evaluated every 90 days throughout the six month period. Discharge from the CCCMS is based upon medical necessity and approved by the chief psychiatrist, senior psychologist or designee. The appellant has been diagnosed with minor depression and prescribed Prozac; therefore, his mental health status will continue to be monitored until the six month deadline is reached.

**III  DIRECTOR'S LEVEL DECISION:** Appeal is denied.

    **A. FINDINGS:** The appellant is a participant in the CCCMS Program and is requesting to be removed. He is advised it is the responsibility for his Interdisciplinary Treatment Team (IDTT) to determine his mental health status and determine if removal is warranted. The appellant will be scheduled to attend his IDTT committee meeting and if acceptable the appropriate decision will be made. If the appellant refuses to attend, the IDTT committee meeting will be conducted in his absence. The appellant is currently prescribed Prozac for minor depression and was advised he must be in remission and functioning without treatment, including medications, for a minimum of six months; therefore, his request to be "left alone" by mental health clinicians is not warranted. The appellant is reminded the California Code of Regulations, Title 15, Section (CCR) 3354 establishes that only qualified medical personnel shall be permitted to diagnose illness and/or other conditions, and prescribe medical treatment for inmates. It is not appropriate to self-diagnose medical problems and expect a physician to implement the appellant's recommendation for a course of medical treatment. In this particular matter, the appellant's contention that he has not received adequate medical care is refuted by the medical records and professional health care staff familiar with the appellant's medical history. After review, there is no compelling evidence that warrants intervention at the Director's Level of Review as the appellant is receiving the necessary and mandated mental health intervention.

    Maintaining one's physical and mental health are important to maintain homeostasis. A person threatened by the environment (or informed of an approaching pleasure or danger) prepares for action. The body mobilizes reserves of energy and produces certain hormones such as adrenalin, which prepare it for conflict or flight. In the presence of emotion, danger, or physical effort the heart beats faster and respiration quickens. The face turns red or pales and the body perspires. The individual may experience shortness of breath, cold sweats, shivering, trembling legs. These physiological manifestations reflect the efforts of the body to maintain its internal equilibrium, or homeostasis. Many inmates experience these symptoms when incarcerated and their homeostasis is imbalanced. By providing mental health intervention, the appellant is granted the opportunity discuss his fears, conflict and/or other emotions.

JAMES ODLE, C71400
CASE NO. 0710065
PAGE 2

   **B.**  **BASIS FOR THE DECISION:**
CCR: 3350, 3354, 3360, 3361, 3362

     **C.**  **ORDER:**  No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.


N. GRANNIS, Chief
Inmate Appeals Branch

cc:      Warden, SQ
         Health Care Manager, SQ
         Appeals Coordinator, SQ
         Medical Appeals Analyst, SQ

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location:  Institution/Parole Region       Log No.                    Category

1. _____     1. _____     8

2. _____     2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| James Odle | C-71400 | East Block Condemned | 3-EB-97 |

A. Describe Problem: I seen ENOS 5/23/07. Sorry sounding hostile. The Mental health being provoked/conflicts like this has become. I don't like having to deal with anybody associated with Mental health anymore! I explained to Enos I agreed with Dr. Down's I have no Mental problem. I agreed in My 2nd Mental health "602 log Number CSQ-6-07-02016" to 1st level now 6/27/07. Told Enos I still haven't seen anybodys response to the 2 602's over a Month ago. A doctor I was suppose to see in Answer to my 602's I never did see still.

I need to do this 602 hope you understand I don't have any Mental problems & just need to be left alone by the Mental health. This has become Mental harassment

If you need more space, attach one additional sheet.                    —Sheet added—

B. Action Requested: That Mental health leave me alone. I don't have any Mental problems. No reason to be seeing/Talking to the Mental health.

Inmate/Parolee Signature: James R. Odle C-71400 3-EB-97 MAY 2 REC'D    Date Submitted: 5/22/07

C. INFORMAL LEVEL (Date Received)   MAY 3 0 REC'D

Staff Response: Partially Granted. IM must be ± off of psych meds for 6 months w/out symptoms, as per policy. When this is achieved, he will be taken to IDTT and formally removed from CCCMS program.

Staff Signature: [signature] PsyD (Enos, PsyD)    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

I have to send it to 1st level. I know I don't need to be off of psych meds a long time to prove I don't have Mental problems. Already several psych doctors/workers with mental health told me "I don't have any Mental problems." I agree I don't. So just leave me completely Alone!!

Signature: James Odle C-71400 3-EB-97    Date Submitted: 6/12/07

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim    CDC Appeal Number:

OCT -3 2007

INMATE APPEALS BRANCH

REC'D JUN 18 2007

RECD JUN 14 2007

JUN 1 8 REC'D

RECD JUN 18 2007

First Level    ☐ Granted    ☒ P. Granted    ☐ Denied    ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: JUN 18 2007    Due Date: JUL 31 2007

AUG 15 2007

Interviewed by: _____

**A. Parsons, PsyD**
**Clinical Psychologist**
**San Quentin State Prison**

Inmate seen. Discussed situation. Explained that he will be
seen 1/90 days by case manager until 6 mos after his last
medication was taken by him. He identifies this date as
4/13/07. After Oct. 13 '07 he will be considered for ccars removal in 10?

Staff Signature: _A. Parsons PsyD_    Title: _Licensed Psychologist_    Date Completed: 7/13/07 c

Returned

Division Head Approved: _____

Signature: _____    Title: _Chief MH/Psych_    Date to Inmate: 07/23/07

JUL 24 REC'D

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response. I don't like their remark "He will be considered cc in 's

removal" — Games — Mental harassments Now since 1973 to now still. All
I want is M.H. leave me completely alone — quit playing! I've seen at
least 6 different M.H. people since 1st 602 All state I HAVE NO Mental
Problems. I agreed!! Harassing to make me SNAP or what?!

Signature: _James Odle C-71400 3-EB-97_    Date Submitted: 8/1/07

AUG 03 REC'D

Second Level    ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: AUG 03 2007    Due Date: SEP 31 2007

☒ See Attached Letter

SEP 13 2007

Signature: _____    Date Completed: 9/10/07

Warden/Superintendent Signature: _____  9/10/07  SEP 13 REC'D Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response. (RE: 3361)

I recieved My 602 log no. CSQ-6-07-02457 9/24/07. These problems with the
S.Q. innate/appeals often is lote & Now I have 2 lost 602's both of those having to
do with this 602. I have 3 other 602's enclosed — "2 of those were lost" — so using
My own copys. Both those lost 602's show the problem's with appeals & Mental
health.
   M.H. didn't care to listen about My Mental problem or about the prior

Signature: _James Odle C-71400 3-EB-97_    Date Submitted: 9/27/07

For the Director's Review, submit all documents to:  Director of Corrections
                                                      P.O. Box 942883
                                                      Sacramento, CA 94283-0001
                                                      Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other _____
☒ See Attached Letter

NOV 30 2007

CDC 602 (12/87)                                                    Date: _____

to me. Categorized to have no mental "problems" in my 2nd 602 now in 1st level. Why waist the states money or my time. A complete waist of money & time! I'm doing really good without any mental health medication. There's no reason for anybody working with any mental health harassing me when they see me like this has become. It is mental harassment to me.

I'm not depressed—I don't hear voices—I don't have thoughts of hurting anybody or myself—I'm tired of answering unneeded questions—Tired of waisting my time even talking to them—Tired of seeing mental health I have no need to see them—Very tired of this mental harassment this has become. I need mental health to stop seeing me for any reason—stop prescriding medication I don't need!

This 602 I hope is 1st level seems how the prior 2 602s mental health never did even see me like they said they would over a month ago. This 602 is for one simple reason; mental health/anybody associated with them—leave me completely alone—stop harassing me!! It's all a complete waist of time & money seeing/talking to any of them. I refuse taking any medication from any mental health for any reason! Mental harassment trying to force medication on me I don't need. I'm NOT an E.O.P. incase you might feel that—Don't try that—It'll be more lilke I'm being physical/mentally harassed by you if you do try to force that upon me because I'm refusing to see you/refusing medication & my 3 602s! I've had serious problems with mental health here in the 1980's. 602 Dr. Geiger. Mental health left me alone for 5 to 20 years. I did real good. I can do really good without them now. Its no good to be mentally harassed/mentally tormented dealing with any mental health.

Mental health I don't trust/can not believe/can not depend on/no confidence a bunch of incompetent/deliberate indifference practicing any/all mental health! It has become to me pure mentally harassed/mentally tormented even having to deal with anybody even associated with the mental health the way this has become.

prior *2 602 log no's;
"SQ-6-07-02016; Right
now in 1st level.

James R. Odle  C-71400
James R. Odle
C-71400  3-EB-97

RECD JUN 14 2007

MAY 3 0 RECD

California Department of Corrections and Rehabilitation

# MEMORANDUM

Date:    9/1/07

TO:    **JAMES ODLE**
       **3-EB-97**
       **C-71400**

From:    **California State Prison, San Quentin, CA 94964**

Subject:    **SECOND LEVEL APPEAL RESPONSE**
           **LOG NUMBER CSQ-6-07-02457**

**ISSUE:** That Mental Health leaves you alone. There is no reason why should be seeing/talking to the Mental Health

**INTERVIEWED BY:** Mental Health Psychologists

I am writing in response to your inmate/parolee appeal from 5/22/07. I have reviewed your appeal letter and the responses from two doctoral level clinicians as well as a discussion with a psychiatric technician and review of the CDCR MHSDS Program guide.

It is clearly stated in the September 2006 CDCR MHSDS Program Guide on page 12-3-13, regarding "Transfer and Discharge", under item #10 "Inmates may be clinically discharged from CCCMS if they have been in continuous remission and are functioning adequately in the mainline without treatment (including medication) for six-months. Inmates shall be seen for 90-day clinical contacts throughout the six-month period". In section 11 "discharge of inmate-patients who were placed in the CCCMS program on medical necessity, shall be approved by the chief psychiatrist, chief psychologist, senior psychologist or designee".

Given your relatively recent treatment with Prozac in 5/2007 and reports of a "minor depression" in 3/2007, the MHSDS Program will need to continue to follow your status until the six month deadline is reached. Thank you for your understanding and cooperation

**DECISION: DENIED**

**R. Kanan, M.D.**
**CMO / HEALTH CARE MANAGER (A)**
**SAN QUENTIN STATE PRISON**

damage upon my brain explained in person or within my 602's. They took way the medication prescribed I needed telling me I have No Mental problems at all. Saying that — why they prescribed & try forced Prozac on me if I don't have a Mental problem? "WHERE" is common sense on that? I need M.H. to completely leave me alone for Now on. These same disturbing disarranged problems I have Now with M.H. happened constantly in the past dealing with M.H. It's happened all the time when I do finally find a M.H. doctor with No problems & does understand & is a good doctor. He or she's remove then so many all New different M.H. I keep having to deal with that can't understand & are More problems instead of Mental help.

   I don't have any type of Mental problems anymore/other then the M.H. itself is a huge burden of unneeded entangled Mental problems forced dealing with them. I'm told; "I MUST Be Depressed/Hear Voices/Want to Hurt Myself/Told there Are No Other Mental Problems." I tell them all those there did happen & was very Active/Alive within my Mind in the past/A big chunk of my brain was removed/The operation cutting very deeply within/Mental problems prior all that I explained far as I can into details. I'm told; "None of that means anything at all/All my Trial legal medical copys here by the P.L.A./None of any of that is of any importance they tell me." It's a complete waist of time & money & a very serious danger upon the mind forced dealing with M.H. These same constant problems I've had since 1973. My past/current experiences; Mentally/Physically suffering that endless entangled deranged problems/so complex confusing Mentally Manipulated forced having to deal with M.H. like this. I know how come I have literally snapped the harm & damages caused in my past/strapped down in psychiatric wards a few times. The senseless dealing with M.H. was my main Mental problem all by itself/ constant Mental games/Always so many all New different shrinks each adding on More & More worst Mental problems. The M.H. is my "ONLY" Mental problem I have now/The constant Mental games/Mentally be suffering how

miserable. Those mental games/stress/harassment/torments really do become that power that's given by the state to the mental health/mentally manipulating the very overpowering given to have that control over. Incompetent indifference encountering deliberate confusing incited disputes/ endless problems to provoke is what/how it does become!

I do need all the M.H. to permanently leave me alone for now on no matter where I am! No longer suffer that unneeded mental stress it is dealing with the constant different added M.H. I'm forced to deal with that always appear can't comprehend anything I say or happening. I know M.H. can "say" they'll leave me alone/but they still will dropping in no matter where I am due to my prior brain damage in 1973. No matter where I am they'll use that reason to harass me. I need it legally placed down on paper & they understand/comprehend finally – All Mental health leave ODLE alone for now on! I refuse forever dealing with any M.H./ only question M.H. asks me. Am I OK? I'll answer. No other questions other then to leave me alone!! No mental question's tests/not of any type shape or form! I must refuse any/all unneeded contact with anybody even associated with any type of M.H. I've had far to much of there guaranteed constantly very disturbing endangering disarranged entanglement of unneeded endless problems. That's why they have to legally leave me alone! I know I cannot mentally snap again. It is impossible to happen. That's all in my far distant past. That's why I refuse allowing M.H. to ever let it happen again. M.H. is the "only" mental problem I have! End this forced encountering unneeded massive set of endless mental problems!

Thank you,

James Odle

James Odle

C-71400 3-EB-99 – 9/27/07

**1084**     **238 FEDERAL REPORTER, 3d SERIES**

26 authorizes both the collection and disclosure to France of the Chelalas' financial information in the possession of the bank.

[16] We similarly reject the Chelalas' final arguments, in which they allege violations of procedural due process and the Hague Service Convention because they purportedly did not get "actual receipt" of notice of the IRS summons. Due process merely requires "notice reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action." *Mullane v. Central Hanover Bank & Trust,* 339 U.S. 306, 314, 70 S.Ct. 652, 94 L.Ed. 865 (1950). The IRS more than met such standard here.

[17] Nor have the Chelalas called our attention to any right in the Hague Service Convention requiring "actual receipt" of such notice. In fact, article 10(a) of the Convention provides that it is not meant to prohibit "the freedom to send judicial documents, by postal channels, directly to persons abroad." *Proof of actual receipt is not required.* *See Randolph v. Hendry,* 50 F.Supp.2d 572, 578 (S.D.W.Va.1999).

**V**

For the foregoing reasons, the judgment of the district court is AFFIRMED.



CITY OF MONTCLAIR, a Municipal corporation, Defendant-Appellee,

v.

MONTCLAIR PARKOWNERS ASSOCIATION, Hacienda Mobile Home Estates, Plaintiffs-Appellants.

No. 99-55083.

United States Court of Appeals, Ninth Circuit.

Filed Feb. 6, 2001.

Before: O'SCANNLAIN, FERNANDEZ, and T.G. NELSON, Circuit Judges.

ORDER

The opinion filed on May 8, 2000, *Montclair Parkowners Association v. City of Montclair,* 211 F.3d 1144 (9th Cir.2000), is hereby WITHDRAWN and cannot be cited as precedent. Submission of this case is vacated pending resolution of the en banc court of *Green v. City of Tucson,* 234 F.3d 433 (9th Cir.2000).



James Richard ODLE, Petitioner,
Appellant,

v.

Jeanne WOODFORD, Acting Warden, of California State Prison at San Quentin, Respondent-Appellee.

No. 99-99029.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 14, 2000.

Filed Feb. 6, 2001.

After his convictions for murder, and sentence of death were affirmed, petitioner sought habeas corpus relief. The United States District Court for the Northern District of California, Charles A. Legge, J., 749 F.Supp. 749, denied all claims in original petition but permitted petition to be amended. Following denial of most claims in amended petition, 884 F.Supp. 1404, the District Court granted evidentiary hearing on two remaining claims, and held, 919 F.Supp. 1387, that defendant was competent to stand trial. Defendant appealed. The Court of Appeals, Kozinski, Circuit Judge, held that failure to conduct competency hearing, despite evidence that defendant had suffered massive head trauma, was missing piece of his brain the size of a grapefruit, and had exhibited psychotic behavior, violated defendant's due process rights.

Reversed and remanded.

**Criminal Law ⟐625.10(1)**

**Mental Health ⟐432**

Defendant may not be criminally prosecuted while incompetent, and state must afford him access to procedures for determining his competency.

**Criminal Law ⟐625.10(3, 4)**

Trial judge must conduct competency hearing whenever evidence before him raises bona fide doubt about defendant's competence to stand trial, even if defense does not ask for one.

**Mental Health ⟐432**

Trial judge must satisfy himself that defendant is able to understand the proceedings against him and to assist counsel preparing his defense.

**Mental Health ⟐432**

**Criminal Law ⟐477**

Upon habeas petitioner's challenge to the court's failure to hold competency hearing, as alleged denial of his due process rights, Court of Appeals would review to determine whether evidence before trial court raised bona fide doubt as to whether petitioner was competent to stand trial. U.S.C.A. Const.Amend. 14.

**1085**

**ODLE v. WOODFORD**
Cite as 238 F.3d 1084 (9th Cir. 2001)

**Constitutional Law ⟐268.2(2)**

**Criminal Law ⟐625.10(3)**

If reasonable judge would have had bona fide doubt as to whether defendant was competent to stand trial, then defendant was entitled to competency hearing, and failure to hold such a hearing violated defendant's due process rights. U.S.C.A. Const.Amend. 14.

**Constitutional Law ⟐268.2(2)**

Failure to conduct competency hearing, despite evidence that defendant had suffered massive head trauma, was missing piece of his brain the size of a grapefruit, and had exhibited psychotic behavior, violated defendant's due process rights. U.S.C.A. Const.Amend. 14.

**Mental Health ⟐432**

Calm behavior in courtroom is not necessarily inconsistent with mental incompetence.

**Mental Health ⟐432**

While defense counsel will often have best-informed view of defendant's ability to participate in his defense, counsel is not trained mental health professional, and counsel's failure to raise defendant's competence as issue does not establish that defendant was competent.

**Criminal Law ⟐625.35**

Defense counsel's failure to raise defendant's competence as issue does not mean that defendant has waived right to competency hearing.

**Criminal Law ⟐625.35**

Defendant, who may be incompetent, cannot knowingly or intelligently waive his right to have court determine his capacity to stand trial.

**Mental Health ⟐432**

"Competence" to stand trial does not consist merely of ability to passively ob-

**1086**

**238 FEDERAL REPORTER, 3d SERIES**

serve proceedings; it requires a mental ability to see, hear and weigh evidence, and ability to communicate with counsel in helping to prepare an effective defense.

See ... Words and Phrases for other judicial constructions and definitions.

**12. Criminal Law ⊜625.10(3)**

Where defendant has suffered massive trauma to his brain and subsequently exhibits psychotic behavior, some of it while awaiting trial, inquiry into whether he possesses mental acuity to participate in proceedings is reasonable and appropriate course of action.

**13. Criminal Law ⊜625.25**
**Habeas Corpus ⊜477**

Although state court's failure to hold competency hearing at time of trial resulted in denial of due process, state court could cure its omission by conducting competency hearing retroactively, where record contained sufficient information upon which to base reasonable psychiatric judgment; however, to extent that state court declined to conduct such a hearing or concluded that it could not do so, habeas petition must be granted. U.S.C.A. Const.Amend. 14.

Appeal from the United States District Court for the Northern District of California.

James R. Forbes, Lillick & Charles LLP, Susan K. Alexander, Milberg Weiss Bershad Hynes & Lerach LLP, San Francisco, California, argued the cause for Appellant.

Dane R. Gillette, Senior Assistant Attorney General of State of California, San Francisco, California, argued the cause for Appellee.

---

nia, Charles A. Legge, District Judge, Presiding, D.C. No. CV-88-04280-CAL.

Before: KOZINSKI, HAWKINS and BERZON, Circuit Judges.

KOZINSKI, Circuit Judge.

We consider the circumstances in which a criminal defendant is entitled to a hearing to determine his competency to stand trial.

**I**

James Richard Olle was tried and convicted in 1983 of two first degree murders and sentenced to death. He unsuccessfully challenged his state court remedies and filed a federal habeas petition raising fifty-six claims. After protracted proceedings the district court denied all relief in 1999. Olle appeals.

Olle filed his habeas petition before the Antiterrorism and Effective Death Penalty Act (AEDPA) went into effect on April 24, 1996, and so AEDPA does not apply to the merits of this appeal. However, he is subject to AEDPA's procedural requirement that he obtain a Certificate of Appealability (COA). See *Slack v. McDaniel*, 529 U.S. 473, 120 S.Ct. 1595, 1603, 146 L.Ed.2d 542 (2000).[2] Because Olle filed his appeal before *Slack* was decided, we construe his notice of appeal as an application for a COA, and determine whether he has made a "substantial showing of the denial of a constitutional right" with respect to each issue he seeks to raise on appeal. *See Morris v. Woodford*, 229 F.3d 775, 779 [illegible] Cir.2000).

1. The district court first denied Olle's original petition, see *Olle v. Vasquez*, 754 F.Supp. 749 (N.D.Cal.1990), but later granted his motion to reconsider, and he filed an amended petition in 1993. The court granted the state's motion for summary judgment on certain claims, see *Olle v. Calderon*, 884 F.Supp. 1404 (N.D.Cal.1995), and then denied all but three of the remaining claims. *See Olle v. Calderon*, 919 F.Supp. 1367 (N.D.Cal.1996). After an evidentiary hearing on two of them, the court denied all three. *See Olle v. Calderon*, 65 F.Supp.2d 1065 (N.D.Cal.1999).

2. The district court granted Olle's request for a Certificate of Probable Cause (CPC) on October 4, 1999. A CPC, unlike a COA, allows an appeal as to the denial of the entire petition rather than specific issues as required. 28 U.S.C. § 2253(c)(3).

3. The district court denied all fifty-six claims that Olle brought in his habeas petition. Olle raises only nine of those claims on appeal, [illegible] other [illegible] seven. *See Morris*, 229 F.3d at 779.

---

**OLLE v. WOODFORD**
Cite as 238 F.3d 1084 (9th Cir. 2001)

**1087**

Olle raises nine claims before us. To make a "substantial showing," he must demonstrate that "reasonable jurists could debate whether ... the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed." *Slack*, 120 S.Ct. at 1603-04 (internal quotation marks omitted). Five of his claims meet this standard, and we issue a COA as to each of the following issues: (1) whether his first attorney's mental incompetence denied him effective assistance of counsel; (2) whether his replacement attorney had an actual conflict that denied him effective assistance of counsel; (3) whether his attorney's failure to develop and present available mental health expert testimony at the penalty phase denied him effective assistance of counsel; (4) whether the state court's failure to hold a competency hearing denied him due process; and (5) whether the district court's failure to hold a competency hearing denied him due process. At this time, we consider only the fourth of these claims.

**II**

[1-3] A defendant may not be criminally prosecuted while he is incompetent and the state must give him access to procedures for determining his competency [illegible] a doubt about his competence. *See Medina v. California*, 505 U.S. 437, 449, 112 S.Ct. 2572, 120 L.Ed.2d 353 (1992) (citing *Drope v. Missouri*, 420 U.S. 162, 172-73, 95 S.Ct. 896, 43 L.Ed.2d 103 (1975); *Pate v. Robinson*, 383 U.S. 375, 386, 88 S.Ct. 836, 15 L.Ed.2d 816 (1966)). We have held that a trial judge must conduct a competency hearing whenever the evidence before him raises a bona fide doubt about the defendant's competence to stand trial, even if defense counsel does not request one. *See De Kaplany*, 540 F.2d 975, 979 (9th Cir.1976) (en banc).

[4,5] We review the record to determine whether evidence before the trial court raised a "bona fide doubt" that Olle was incompetent to stand trial and the failure to hold such a hearing violated his right to due process. *See Pate*, 383 U.S. at 385, 86 S.Ct. 836; *De Kaplany*, 540 F.2d at 979. If a reasonable judge would have had such a doubt, Olle was entitled to a competency hearing at the time of trial and the failure to hold such a hearing violated his right to due process. *See ... Moran v. Godinez*, 57 F.3d 690, 696 (9th Cir.1994).

[6] Olle's mental troubles started in 1973 when he suffered severe trauma to his brain as a result of a car accident. A surgeon performed a temporal lobe lobectomy, removing a 3 × 3 × 4 inch piece of his brain. The surgery left just a flap of skin to cover the opening in his skull, and only when Olle complained thirteen months later that his brain was pulsating beneath the skin, did the surgeon insert a plastic plate to close the opening. Doctors, family and friends testified that this experience left Olle a "different guy," one who appeared to be mentally unstable and out of control.

Family members and employers further testified that the Olle they knew before the accident and the man he became afterwards were like "night and day." He changed from a man who did not miss a day he was supposed to work to one who was "more like ... half of a person." He seemed confused and talked slowly, like a

NEXT Pg

child; he had trouble controlling his impulses and acted bizarrely and wildly. He would get a "hot look in his eye like a junk-yard dog" and would "beat his head against the wall."

Mental health records and expert witnesses offered an explanation for the erratic behavior and personality change that Odle's family and friends had observed. Odle may never have recovered from the severe trauma he suffered in the car accident. While county health records revealed no mental disturbance, or mental health visits prior to the accident, Odle was hospitalized after taking twelve Tylenol tablets. "[F]or the greater part of his [nine day] hospital stay," Odle acted "combative, assaultive, agitated [and] disoriented," and a nurse found him pounding his head against the wall. The final diagnosis nosed him as suffering from "acute brain syndrome." Later that year, the same day he was discharged from the surgery to close his skull, Odle was committed a second time. He "had become violent, he threatened himself [and] others." As another doctor described it, "he seemed to have little control over these outbreaks."

As Odle went in and out of the psychiatric ward, doctors prescribed him different medications, including tranquilizers and antidepressants. But nothing altered his erratic, out-of-control behavior. Two years later, he was committed again, after someone found him prowling around a stranger's backyard. "incoherent," "reliving combat or war somewhere," "confused" and "malfunctioning." This pattern ended only when he went to prison in 1976. While there, he slashed his wrists in an attempted suicide. After he was released at the end of 1979, his family believed that he continued to "go downhill" and was not acting "in his right mind."

The trial judge had before him a comprehensive record of this history and heard the testimony of expert witnesses who "described the extensive damage to

Odle's brain. Doctors testified that Odle probably suffered from an organic brain disorder, which causes "defects in the way [a person] functions intellectually, socially, and emotionally." One psychiatrist asserted generally that severe head injuries like the one Odle suffered could cause seizure disorders affecting behavior for a prolonged period of time. Another doctor administered an electroencephalogram, before trial, which revealed brain abnormalities consistent with an epileptic seizure disorder. He testified that Odle's brain injury would probably cause behavioral disturbances beyond his control. This diagnosis was consistent with complaints, documented during his hospitalizations, that he often felt unable to control his impulses.

[7] The State argues that this kind of mental impairment is irrelevant because Odle appeared calm in the courtroom. But calm behavior in the courtroom is not necessarily inconsistent with mental competence. Some forms of incompetence manifest themselves through erratic behavior, others do not. Odle's behavior in the courtroom does not refute the body of clinical evidence which tended to cast doubt on his competence.

Moreover, records from the county, suggest that this calm masked continuing mental impairment. █████ Less than a year before the trial began, prison officials found Odle lying face down in his jail cell, apparently unconscious. Odle had attempted to commit suicide by setting fire to his cell. The prison's mental health staff diagnosed this as a brief psychotic episode and ██████ history of depression and past [suicide attempts, placed him in a suicide observation room for several weeks.

[8-10] The State also relies on the fact that Odle's own lawyer did not raise competence at the time of trial. █████ that "defense counsel is in the best ████ ██ informed view of the defendant's █████ competence at the time of the █████████

[4] A petitioner who may be incompetent cannot "knowingly, intelligently 'waive' his right to have the court determine his capacity to stand trial." Pate, 383 U.S. at 384, 86 S.Ct. 836, nor should he "'be presumed to possess sufficient intelligence that he will be able to [use] evidence of his incompetency, which might otherwise be within his grasp.'" Medina, 505 U.S. at 450, 112 S.Ct. 2572 (quoting United States v. DiGilio, 538 F.2d 972, 988 (3d Cir.1976)).

[5] In a declaration submitted to the state supreme court, Odle's lawyer explains █████ gy for controlling his behavior as a strategy for controlling his behavior during trial proceedings. See Decl. of William E. Gagen, Jr. (dated Apr. 3, 1992), Petitioner's Ex. 34, Reply to Opposition to Petition for Writ of Habeas Corpus, In re Odle, No. S022451 (Cal. Sept. 16, 1992). Because the lawyer was concerned about the potential for [Odle] to explode irrationally, the lawyer "encouraged him to block out the proceedings whenever they began to agitate him. He coached Odle to "stare at a particular object or objects in the courtroom, such as a coffee cup or sign, so that he could simply focus on those to the exclusion of events in the courtroom that might disturb him, and so that the lawyer would not be attracting attention." Although this evidence was not available to the state trial judge, it illustrates the danger of relying on calm behavior in the courtroom as a guide to mental competence.

Odle is not a trained mental health professional, and his failure to raise petitioner's competence does not establish that petitioner was competent. Nor, of course, does it mean that petitioner waived his right to a competency hearing. See Miles v. Stainer, 108 F.3d 1109, 1113 (9th Cir. 1997).

[11, 12] None of this establishes that Odle was incompetent to stand trial. But we believe a reasonable jurist, given the information available, would have developed doubts on this score. After all, competence to stand trial does not consist merely of passively observing the proceedings. Rather, it requires the mental acuity to see, hear and digest the evidence, and the ability to communicate with counsel in helping prepare an effective defense. See Dusky, 362 U.S. at 402, 80 S.Ct. 788; see also Note, Incompetency to Stand Trial, 81 Harv. L.Rev. 454, 457-59 (1967). Thus, although Odle may be lulled into believing that the trial judge is competent by the fact that he does not disrupt the proceedings, yet this passivity itself may mask an incompetence to meaningfully participate in the process. Where a petitioner has suffered massive trauma to his brain and subsequently exhibits psychotic behavior, some of it while awaiting trial, an inquiry into whether he possesses the mental acuity to participate in the proceedings is reasonable and appropriate course of action. Failure to do so denied Odle his right to due process. See Drope, 420 U.S. at 172, 95 S.Ct. 896.

[13] The state court can nonetheless cure its failure to hold a competency hearing at the time of trial by conducting one retroactively. We have said that retrospective competency hearings may be held when the record contains sufficient information upon which to base a reasonable psychiatric judgment. See De Kaplany,

## 1090

540 F.2d at 986 & n. 11; see also *Morris*, 57 F.3d at 696. Although many years have passed since Odle was convicted and sentenced, the state trial court should be able to "adduce sufficient evidence" to determine whether Odle was competent to stand trial. *Evans v. Raines*, 800 F.2d 884, 888 (9th Cir.1986).[7] Expert witnesses who testified at trial, as well as experts who have since examined Odle, submitted declarations describing Odle's mental state at the time; defense counsel and an investigator submitted declarations describing Odle's behavior during trial proceedings. Moreover, medical records, psychiatric reports and jail records submitted at trial are still available. Given this old and new evidence, "it is not unreasonable to conclude that a fair retroactive hearing could be ... conducted" *De Kaplany*, 540 F.2d at 986 n. 11.

We therefore remand the case to district court with instructions to grant the writ unless the state trial court conducts a hearing within sixty days to determine whether Odle was competent at the time he stood trial. *See Miles*, 108 F.3d at 1114. The district court shall retain jurisdiction. If the state court vacates the conviction, the district court shall dismiss the habeas petition. If it upholds the conviction, the district court shall review the state court's determination consistent with this opinion. We retain jurisdiction over the case and, if the competency claim is ultimately resolved against him, we will review Odle's remaining four claims as to which we grant the COA. *See Morris*, 229 F.3d at 781.

**REVERSED AND REMANDED.**



**WESTERN STATES MEDICAL CENTER, a Nevada corporation; Women's International Pharmacy, a Wisconsin corporation; Health Pharmacy, a Wisconsin corporation; Apothecure, a Texas corporation; College Pharmacy, a Colorado corporation; Lakeside Pharmacy, a Tennessee corporation; Wedgewood Village Pharmacy, a New Jersey corporation, Plaintiffs-Appellees,**

**v.**

**Donna E. SHALALA, in her official capacity as Secretary, United States Department of Health and Human Services; Jane E. Henney, M.D., in her official capacity as Commissioner, Defendants-Appellants.**

**No. 99-17424.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 12, 2000.

Filed Feb. 6, 2001

Licensed pharmacies brought action challenging provision of Food and Drug Administration Modernization Act (FDAMA) that prohibited advertising particular compounded drugs. The United States District Court for the District of Nevada, David A. Ezra,[1] 69 F.Supp.2d 1288, entered judgment in favor of the pharmacists, and government appealed. The Court of Appeals, Cynthia Holcomb Hall, Circuit Judge, held that FDAMA imposed unconstitutional restriction on commercial speech.

Affirmed in part and reversed in part.

7. If the state trial court concludes that it is unable to conduct a retrospective competency hearing, then the conviction must be set aside.

**1. Federal Courts ⚖776**

Court of Appeals reviews the district court's grant of summary judgment de novo.

**2. Constitutional Law ⚖90.2**

Court determining constitutionality of a government restriction on commercial speech must determine whether: 1) the regulated speech is misleading or concerns unlawful activity; 2) the government has asserted a substantial interest in restricting the speech; 3) the government has demonstrated that the regulation directly advances the asserted interest; and 4) the restriction is not more extensive than necessary to achieve the asserted governmental interest. U.S.C.A. Const.Amend. 1.

**3. Constitutional Law ⚖90.2**

First Amendment does not protect commercial speech that is "inherently misleading" or concerns unlawful activity. U.S.C.A. Const.Amend. 1.

**4. Constitutional Law ⚖90.3**

**Drugs and Narcotics ⚖16**

Provisions of Food and Drug Administration Modernization Act (FDAMA) that prohibited advertising particular compounded drugs served substantial government interests in protecting the public health and safety and preserving integrity of drug approval process, in determining whether provisions were unconstitutional restriction of commercial speech. U.S.C.A. Const.Amend. 1; Federal Food, Drug, and Cosmetic Act, § 503A(a, c), as amended, 21 U.S.C.A. § 353a(a, c).

**5. Constitutional Law ⚖90.2**

Government's effort to balance competing goals can be a substantial interest worthy of government protection, in determining whether government restriction of commercial speech violates First Amendment. U.S.C.A. Const.Amend. 1.

**6. Constitutional Law ⚖90.2**

In determining whether government's effort to balance competing goals is substantial interest, warranting restriction of commercial speech, government must supply a compelling argument or convincing evidence that it has a substantial interest in achieving both goals; government cannot satisfy its burden by mere speculation or conjecture. U.S.C.A. Const.Amend. 1.

**7. Constitutional Law ⚖90.3**

**Drugs and Narcotics ⚖16**

Balancing need to preserve drug compounding for individual patients with par-

## 238 FEDERAL REPORTER, 3d SERIES

## WESTERN STATES MEDICAL CENTER v. SHALALA

Cite as 238 F.3d 1090 (9th Cir. 2001)

## 1091

ticularized needs while preventing widespread distribution of compounded drugs was not a substantial government interest necessary to justify restriction on commercial speech imposed by provisions of Food and Drug Administration Modernization Act (FDAMA) that prohibited advertising particular compounded drugs. U.S.C.A. Const.Amend. 1; Federal Food, Drug, and Cosmetic Act, § 503A(a, c), as amended, 21 U.S.C.A. § 353a(a, c).

**8. Constitutional Law ⚖90.3**

**Drugs and Narcotics ⚖16**

Regulation of commercial speech imposed by provisions of Food and Drug Administration Modernization Act (FDAMA) that prohibited advertising particular compounded drugs did not directly advance government interests in protecting the public health and safety and preserving integrity of drug approval process, in violation of First Amendment. U.S.C.A. Const.Amend. 1; Federal Food, Drug, and Cosmetic Act, § 503A(a, c), as amended, 21 U.S.C.A. § 353a(a, c).

**9. Constitutional Law ⚖90.2**

The government bears the burden of showing that its regulation of commercial speech will advance its interest to a material degree. U.S.C.A. Const.Amend. 1.

**10. Constitutional Law ⚖90.3**

**Drugs and Narcotics ⚖16**

Speech restrictions imposed by provisions of Food and Drug Administration Modernization Act (FDAMA) that prohibited advertising particular compounded drugs were more extensive than necessary to achieve the asserted government interest in protecting the public health and safety and preserving integrity of drug approval process, in violation of First Amendment. U.S.C.A. Const.Amend. 1; Federal Food, Drug, and Cosmetic Act, § 503A(a, c), as amended, 21 U.S.C.A. § 353a(a, c).

**11. Statutes ⚖64(2)**

Unconstitutional commercial speech restrictions imposed by provisions of Food and Drug Administration Modernization Act (FDAMA) that prohibited advertising

#5.

STATE OF CALIFORNIA

**INMATE/PAROLEE
APPEAL FORM**

CDC 602 (12/87)

DEPARTMENT OF CORRECTIONS

Location:  Institution/Parole Region        Log No.                    Category

1. _____        1. CSQ-6-08-00022        _____

2. _____        2. _____    _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| James Odle | C-71400 | East Block Condemned | 3-EB-97 |

A. Describe Problem: I filed 3 prior 602's against Mental health; 9/12/07 is in Sacamento. I was told they'll Leave me alone. That same mental health who told me that then — Today 11/21/07 had lied to me then. I was provoked by her on purpose!! This 602 is going to be attached to those prior in Sac. for if it ends up denied so this 602 can go with those into U.S. District Court. The lies — the games — the mental harassing me being provoked needs to stop!! "What Are you Doing — Trying to Create It to Be Physical so I'm B-Grade with Write ups?" — "Why Deliberate Provoke Me IF NOT?"

If you need more space, attach one additional sheet.

B. Action Requested: That the Mental health deal with other's here they need to be Seeing & Stop wasting their Time & STOP harassing me for now on! Simple — Leave Me Alone!!

Inmate/Parolee Signature: James Odle C-71400 3-EB-97 (NOV. 27 2007)        Date Submitted: 11/21/07

C. INFORMAL LEVEL (Date Received: Rec. Dec. 19 2007 , Partly Granted

Staff Response: Spoke to you and informed you that I spoke with your case Manager D. Enos and told you that you needed to cooperate with her and answer some questions regarding suicide risk assessment you agreed to this. A couple minutes later you started screaming and yelling at me.

Staff Signature: "couldn't read" (her Name)        Date Returned to Inmate: Dec. 27 2007

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

I agreed — Till the other M.H. tells me she'll drop in seeing me — proven lie from what I was told prior. You 2 liked taunting to provoke. "I have NO suicide Thoughts AT All" "My 602 #7 12/22/07 states that very plain & clear." Your Taunting — the lies — being played with — "Manipulation" — Yes I got mad — what do you expect!

Signature: James Odle        Date Submitted: 12/30/07

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

#5.

Attachment A    Rev. 2/21/06

State of California

# Memorandum

Date    :    December 19, 2007

To      :    Appeals Coordinator

Subject:    **DETERMINATION OF STAFF COMPLAINT**

The attached appeal from inmate **ODLE**, CDC# **C-71400**, dated **NOVEMBER 21, 2007**, reflects a complaint against staff. Pursuant to Administrative Bulletin 05-03, please review the attached appeal and determine the following:

☐  The complaint warrants a request for an internal affairs investigation.
☐  The complaint shall be addressed by appropriate supervisory staff.
☒  The appeal does not meet the requirement for assignment as a staff complaint.

A.  Normal Appeals Process:
    ☐  Routine Appeal Processing
    ☐  Second Level Response

B.  Appeal Rejected:
    ☒  Reject with no appeal inquiry
    ☐  Reject: assign for review outside Appeal Process

C.  Appeal Inquiry:
    ☐  Referred to _____ for Appeal Inquiry. The Original of the completed "Confidential Supplement to Appeal, Appeal Inquiry" (Attachment C) is to be forwarded to the Inmate Appeals Office to be filed with the appeal. **Inmates/Parolees will not be provided a copy of this confidential report.**

D.  Formal Investigation:
    ☐  Refer to the Office of Internal Affairs, Central Intake Unit, for review and determination of action/ investigation

Please print and sign below:

_Jayne Russell_____          12-19-07
JAYNE R. RUSSELL, M.ED., CCHP-A              Date
Health Services Manager
Hiring Authority

RECD DEC 19 2007

#6 - "Sheet Attaches" -

#6

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region

1. _____   1. _____
2. _____   2. _____

Log No.

Category

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| James Odle | C-71400 | East Block Condemned | 3-EB-97 |

**A. Describe Problem:** My 602 back from Sacramento 12/5/07 denied. So I need to get this 602 to put a stop now on Mental health before they get started. Sacramento's denial it stated: "I'm currently prescribed Prozac still." They aren't even reading my 602's

I will attend the Mental health IDTT. But Mental health need to have Dr. Poneth at your IDTT or him seeing me prior that IDTT. If Mental health refuses Dr. Poneth on those—NO sense going to IDTT. I refuse talking to anybody at IDTT for any reason if those can't happen. If the Mental health paid any

— "Sheet Attached" —

If you need more space, attach one additional sheet.

**B. Action Requested:** I've stated I'm willing to see Mental health & to attend the IDTT. If Mental health can't comprehend - like this keeps happening - to leave Odle alone completely. —

Inmate/Parolee Signature: James Odle C-71400 3-EB-97   Dec. 12 REC'D   Date Submitted: 12/6/07

**C. INFORMAL LEVEL** (Date Received: REC'D Dec 17 2007)

Staff Response: Granted, removed from CCCMS. 1-22-08. Per IDTT.

Staff Signature: (Same signature #5) can't read it   Date Returned to Inmate: Jan 25, 2008

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

#6 12/6/07 & #8 1/10/08 got together 1/25/08 - M.H. hiding my #6 finally answering now? This M.H. power hungry Mental games: "ALL" my M.H. 602's will go to Sac. Then to court. Your constantly Mental tormenting/harass & lying the M.H. "WILL NEED TO/YOU WON'T HAVE A CHOICE" be answering my #7 that appears hidden right now

Signature: James Odle C-71400 3-EB-97   Date Submitted: 1/27/08

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim   CDC Appeal Number:

ATTENTION TO My prior 602's All these problems hAd To do with PoNeTh removed & these INDIFFERENT MENTAL heALTH I've been forced seeing. Something so simple MENTAL heALTH CAN'T comprehend they just like adding more mENTAl stress MENTALLY hARASSing people & their CONSTANT gAmes & lies. I stATed I'm willing going to EDTT & TO see A MENTAL heALTh. IF you cAN'T understAND me—DON'T Come HARASS Me ANYMore—LEAVE ME ALONE!! PoNeTh's A good docTor. I've seen Dr. PoNeTh seeing inmATes from the yArd. I KNow he is here.

I Need oN record with My SAc. deNiAl sevErAl pApers Are missing, 3 differeNT 602's ATTAched: #1 4/15/07 No response So #2 602 4/22/07. I didN'T send oN #1 once I did geT iT. Did #2 602, log No. CSQ-6-07-02016. LATer A 602 9/13/07 iN SeArch for 602's #2 & #3 were very lATe From 2ND level here. I recieved #3 the 602 seNT To SAc. HAd to use MY owN copy's To #2 & I hAd #1 ATTAched Also. SAc. seNT bAck oNly #3 602. 3 oTher 602's lost I Needed ATTAched SAc. NoT oNly refused To read they did compleTely remove. AfTer I seNT #3 TO SAc. I FiNALLY did geT My #2 lATer. I hAve MY owN copy To the lATer 602 iN SeArch OF the 2 prior losT theN 602's. I doN'T hAve MY owN copy OF the Now lost 602 #1, BuT ALL 602's Are going To be added within the DisTricT CourT. I do very Fully plAN going To court About These Very incompeTeNT deliberate indiFFereNce with thAT True lAck oF commoN seNse MENTAL heALTh I've been forced deAling with.

I hAve explained To MENTAL heALTh Very CleAr how I will go To your EDTT & Am willing To see A MENTAL heALTh here. IF the MENTAL heALTh plAN AgAiN lying plAying gAmes like iT hAs been So oFTeN — I refuse ANything by with or About—ANY MENTAL heALTh—Period!! (THAT Should Be EASY TO UNDERSTAND!)

James Odle
C-71400  3-EB-97

## INMATE/PAROLEE
## APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region      Log No.                 Category

1. _____        1. _____        _____

2. _____        2. _____        _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative actions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| James Odle | C-71400 | East Block Condemned | 3-EB-97 |

**A. Describe Problem:** 2 Mental health saw me at my cell today 12/21/07 about my 602; was told if I sign a form - suppose to be tomorrow - M.H. want the bathonic gone. I said I would sign that form. Then I'm told; "they'll drop in seeing me still." I got very mad yelling at them cause "they lied AGAIN!" on their lies - games - deliberately to provoke the inmate for their own enjoyment!! I'm going to sign that form but be giving this 602 to that M.H. Have to go next level with that 602 - ALL M.H. 602 - I know no matter what they say they'll continue the mental harassing inmates with more lies & their own childish games like they are doing me.

If you need more space, attach one additional sheet.

                                                        — "Sheet Attached" —

**B. Action Requested:** That Mental health do quit lying - quit playing childish games - quit harassing inmates - plain & very simple - Leave me alone! - I'm not taking any M.H. medication - Don't need any!! Am doing very good no problems at all - other then the M.H. problems —

Inmate/Parolee Signature: _James Odle C-71400    3-EB-97_    Date Submitted: 12/22/07

**C. INFORMAL LEVEL** (Date Received: _____)

Staff Response: Granted. Removed from CCCMS on 1-22-08 Per IDTT.

_____

_____

_____

Staff Signature: (Same signature cant read it.)    Date Returned to Inmate: _____

**D. FORMAL LEVEL**

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

This 602 needs to go next level - You are going to leave her alone & stop your mentally being played with & constant harassment - Lying all the time too.

Signature: _James Odle_    Date Submitted: 1/28/08

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim.

CDC Appeal Number:

THAT form I was told is suppose to be a suicide type form — THAT I'm NOT going TO ATTEMPT ANY suicide. I'll sign THAT form easy. "I DO NOT AT ALL HAVE ANY Thoughts of suicide" "NOT NOW or ANYTIME IN The Future!!"

the MENTAL health isn't ACTING to SMART — "Threatening inmates" THAT suicide form to get signed. STATE OF CA law (6/03) Chapter 22 — Legal hunger strike been on books 4½ years now. The INMATE CAN "All legally" refuse ANY food or liquids. CAN NOT be forced feed even in the VAINS NOT even by MENTAL health. Long as the INMATE is competent CHAPTER 22 CAN legally be carried out in this STATE. Also KNOW CA. law (7/06) CDCR 7421 the INMATE CAN fill out. Medical STAFF I KNOW CAN refuse to finish filling THAT out — But the Chapter 22 once is IN effect; THAT CDCR 7421 ISN'T AT All Needed! the MENTAL health Needs to check out STATE laws stop playing About threatening. MENTAL health I KNOW really loves to Mentally torment harass lies & play CONSTANT MENTAL games. those MENTAL health 602's I'm writing proves it!!

AN officer tells me; the MENTAL health talked TO Them. I Already KNEW — ON 12/3/07 — Sound asleep I was woken ask Am I Alright, that's ANOTHER WAY to harass the INMATE because MENTAL health didn't like the INMATE MAD with Them. I'm A polite quiet very easy going person — the officers tell me is why I KNOW — MENTAL health playing their MENTAL games just getting officers to help bother — provoke — for The MENTAL health.

— "I DON'T — "NOT AT ALL" — Have ANY suicide thoughts" — "Don't Have ANY thoughts About Using Chapter 22 Even" — So BACK OFF!! Go PLAY Your GAMes Somewhere Else — Your NOT Messing up MY X-MAS! —

James Odle
James Odle
C-71400 3-EB-97

This is my original #8 602 I
had to take out due to dates
written. If I let travel on I
would come across problems
with ANY of my 602's here. #9
will Travel on.

STATE OF CALIFORNIA

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

DEPARTMENT OF CORRECTIONS

Loc. ____    Category ____

You may appeal any policy, action or decision which h... tion of Serious CDC 115s, classification
committee actions, and classification and staff represe... ugh discussion with the appropriate staff
member, who will sign your form and state wha... ...d your appeal with all the supporting
documents and not more than one additional page of ... a... ...aken. No reprisals will be taken
for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| James Odle | C-71400 | EAST Block Condemned | 3-EB-97 |

**A. Describe Problem:** "TO My Case Manager D. ENOS: MENTAl health I SAW 12/21/07. Her verbal threat was MENTAlly MANIpulATION adding to the constant lies & More MENTAl heaLth problems AlreAdy: #7 602 in response TO THAT unneeded IN counter — what I had willing said letting Dr. Poneth Talk To Me & I would aTTENd IDTT sTATEd within My #6 602 12/6/07. MENTAl heaLth Now MANIpulATing even using unneeded threats Now — Even Tho I had agreed that with Dr. Poneth & had also agreed To That silly Threat form verbally upon Me. I'm forced To Now NOT agree with the MENTAl heaLth's Trying To force upon Me. IN My 602's: #5 on ____

If you need more space, attach one additional sheet.     — "Sheet ATTAched"

**B. Action Requested:** QuiT deliberately provoking iNMATES: Stop this totally unneeded MoNTAl MANipulATION even using Threats Now. You don't have "ANY" legal or MENTAl reasons for this uncalled for CoNsTANT lies/hArAssMENT/torMENTing thAT keeps happening on&on&on etc......

Inmate/Parolee Signature: James Odle C-71400 3-EB-94     Date Submitted: 1/10/08

**C. INFORMAL LEVEL** (Date Received: ____)

Staff Response: ____ Granted. Removed from CCMS on 1.22.08 per IDTT.

Staff Signature: ____     Date Returned to Inmate: JAN 2 5 2008

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: ____     Date Submitted: ____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: ____

#8. I

12/30/07; #7 12/22/07 & Now #8 "ALL" of you should be able to comprehend this; "I James Odle DO "NOT" Have ANy Suicide thoughts – I HAve "NONE" AT All!!" Stop Mental health trying this Mental controller/domineer adding threats!

My prior 602's #1 #2 & #3 proves; Several M.H. here Repeated – "Several TIMES" – "I Have "NO" Mental Problems": "I'm NOT Depressed – Don't Hear Voices – DON'T HAve ANy thoughts Hurting Myself or Anybody Else." Over & over told because I have "NONE" of these I "CANNOT" Have A Mental Problem.

"On 12/28/07 You've Really Opened A Different Door – M.H. Sherry with her Senselessness Side Kick's New Bag of Tricks Mentally Manipulation Suicide threats Verbal then she Placed IT on My #5 602" – "These Indifferent M.H. Had Already set Up SO MANy Problems: Forcing Prozac On Me – Mental Harassment The Tormenting, – Unneeded Taunting to Provoke – CONSTANT Lying – Now It's Getting Far More Worst Mental Health's Mindlessness/Senselessness Domineer to Rule over/oppress with A Bag of Tricks Manipulating Into Even Suicide threats!"

When I saw M.H. here; I Needed A Medication to help me sleep is all it was About. Dr. Poneth's a good doctor he ask about adding Prozac. I let it happen – That's my problem now. The Medication to help me sleep no longer was prescribed – this M.H. still was forcing Prozac on me. From 1st M.H. 602 4/15/07 to #8 Now it does Appear M.H. is wanting to Still force Prozac on me.

I don't have "NO Other problems" here in S.Q. & there's Nothing from outside Any problems AT All either. This M.H.'s Mind controlling To be Superior Are My "ONLY" problems I do have.

—OVER—

#8.I

"These ON Purpose Taunting Provoking Inmates Is what M.H. Are Doing/Being A commanding Position Over Inmates & They Enjoy Knowing/Doing IT Too" — "Deliberately Provoke Inmates To Become B-Grade Because the Inmate Won't Let M.H. Do what or How they WANT thing's To Be — M.H. Can't Get what they WANT How they WANT IT" — "Now Even operating More Trying To Be Mind controller Domineer Manipulating Suicide Threats — Just More Added Bunch OF Different Mental Games!!"

I Know — I'm Not the Only Inmate M.H. operating their Mental mind controller bag of Trick's. "This HAS To Be -"ALL"- Mental Health For Now ON — "LEAVE ME ALONE!"- CAN YOU Under STAND THAT!"

James Olle
C-71400 3-EB-97

JAN 2 5 2008



STATE OF CALIFORNIA                                                                                    DEPARTMENT OF CORRECTIONS

## INMATE/PAROLEE
## APPEAL FORM
CDC 602 (12/87)

| | Location: Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| | 1. _____ | 1. _____ | _____ |
| | 2. _____ | 2. _____ | _____ |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| James Odle | C-71400 | East Block Condemned | 3-EB-97 |

A. Describe Problem: **"TO D. ENOS:"** I'm Tired Of your Mental controlling games. Your the M.t. case Manager with Odles case. Your in charge Of every M.t.t. seeing — everything said & done To me - Your who sends them/Any M.t.t. Your responsible for Anything/everything that's happening there you being in charge of my case. 1/10/08 those Verbal threats About suicide To me. I didn't Answer; I gave My #8 602. You know you don't have Any legal or Mental reason using that as an excuse threatening me suicide bare butt placed in 4 points. This constant taunting Non stop you are having done because your mind controlling games haven't done Any
                                                                                    — "Sheet Attached" —

If you need more space, attach one additional sheet.

B. Action Requested: _____ "Stop Harassing Me!!" _____

Inmate/Parolee Signature: James Odle C-71400 3-EB-97     Date Submitted: 1/14/08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

_____

Staff Signature: _____     Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____     Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

good Trying To force PROZAC ON ME Still. You feel you CAN do ANYThiNg even threaTeN inmATes for No honest/real reASON. Just common Sense your coming way off the wrong wall completely Trying To use your so called power — you feel you have — over INMATes To do whatever you wANT however you wANT everything?

"I Am "NOT" going To Answer/or sign ANy of your M.H. questions or forms because of this senseless And mindless controlling games your ACTING IN CONTROL OF."

"I reFuse Forever" TAkiNg ANy kiNd OF forced MedicATioN — "STOP forcing PROZAC oN Me."

"IF you wANT me bARe buTT iN 4 points — go ahead because I'm "NoT" going To play ANy of your miNd CONTROLLiNg gAmes."

"There's No reason for ANy OF These To be happeNiNg so "I refuse" "ThAts All very eAsy To uNderstAnd wiThouT ANy gAmes AT All; JusT me Odle placing iT ON record direcTly To you D. ENOS. You place Me iN 4 poinTs — "ANy-where I'm forced Being" — whatever happens To/wiTh/About me All does reAlly become your FAulT/your responsibility being my case MANAGER — "The SHOT CAller" — doN'T mATTer whAT or why iT belongs To you."

I believe This door wAs possibly kicked open Already Now due To Those prior ThreATs so fAr — if I end up cAN'T do A lAw suiT myself my daughter will if she wANTs To. I'm NOT ThreATeNiNg Noto Nobody sAyiNg a petty lAw suiT. IT's JusT A FACT To The STATE lAws. You yourself ENOS Need To check beTTer before you ThreATeNiNg iNmATes AbouT their life — "suicide ThreATs hAs To do wiTh ThAT persons life iTself" — you ThreAT wiTh/About his own life usiNg your judgmeNT As you have. "Before you ENOS — "or you have other's" — ThreATeN iNmATes iN meNTAl gAmes — Think before usiNg your mouTh wiTh miNd CONTROLLer gAmes." I kNow you musT like CONSTANT TAuNTiNg hArAssiNg Trying mind gAmes over Odle. You hAveN'T

—over—

2.

been able to get me a B-grade — So Now your threatening 4 points in suicide threats. Useless uncalled for senselessness trying your mental controller games. I'm forced dealing with THAT.

the closest person that has anything to do with your M.H. that I'll be happy to talk to anytime; Baily he's one of your E.O.P. M.H. escort officers I've known a long time — No head trips. I've been here so damned long — even with the charges that have me here at dead man's town — the row — there's so many officers that's been my Tier cop's alot are even some of the upper Staff anymore; C.C.I Counselor Grant I've known her quite a while prior Counselor; C.C.II. Carrillo I've known far back to 1984 — I could go on — I don't need to — Just ask any of those that have known me just a while & you won't come across much of anything bad that's Odle — esp'lly your way off the wrong wall using suicidal threats here — you dug that out of your bag of tricks All of a sudden. I try to not be a problem with or about anybody unless I'm forced to, Your trying useless mental trips — don't even understand what you are doing!

If my M.H. 602's all of a sudden start to appear missing/lost where there going — or end up being rejected accused of a word maybe — there's No other way to explain your mind games — If either of those end up happening it's because Odle's Not cooperating with you Ends your mental games & you aren't happy — I also just "might" be right what I'm saying too. You might be afraid this man can prove your way off that wrong wall & how your doing is truly way wrong!! Afraid maybe what's getting said — placed on record — to be read — Your wrong!! A good reason maybe lost/missing or rejected I know that!

— "Back off & Leave Me Alone!!" —

James Odle

C-71400 3-EB-97

"Sheet Attached"
#1C

STATE OF CALIFORNIA                                                                                          DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

| | Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|---|
| | 1. | _____ | 1. _____ | _____ |
| | 2. | _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| James Odle | C-71400 | East Block Condemned | 3-EB-97 |

A. Describe Problem: TO Mental Health: Sheet Attached legal #letter with 602. All copy's going to 3 California Courts & Prison Law Office". Denied 602's in Sac. 12/5/07 Along with Any/All 602's Need to add; I Need to legally NOTify S.Q. State Prison/the Mental Health so they Know what I Am legally doing. "These 4 enclosed address' Already have their copy's due to Mental health D. ENOS Trying To force her suicidal Thoughts into Odle's Mind with her wild Type Mental controlling/constantly mentally being played with games deliberately provoking Me."

If you need more space, attach one additional sheet.

                                                                    —"Sheet Attached"—

B. Action Requested: This 602 Needs logged dated & sent through each level here; Have with Me ALL back from Sacramento To be entered within the U.S. District Court Once I Am able To do so.

Inmate/Parolee Signature: James Odle C-71400 3-EB-97          Date Submitted: 2/4/08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

_____

Staff Signature: _____          Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____          Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed          CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

#26 Copy TO; Judge Cram        602#10

Judge Cram,                                                    1/21/08

    This #26 legal letter is attached to My #10 S.Q. 602 form added with ALL these added Mental Health 602 forms getting filed within your court. Because of my case/what's happening these enclosed are ALL very much needed within your court along with these other 2 courts. The Prison Law Office does need their own copy also.

    I've already been legally forced to file my Marsden Motion within each of these courts stated below so enclosed can also legally be filed within each of these courts. In the due legal time it takes the S.Q. 602 forms & Sacramento — I do fully plan taking ALL these S.Q. M.H. 602's into the U.S. District Court fighting against San Quentin & this M.H. about Solving these very serious M.H. problems I'm having here.

— Copy's Sent TO; —

Judge Joyce Cram                    Judge Saundra Armstrong
Contra Costa Superior Court          U.S. No. District Court of Ca.
A.F. Bray Building                   1301 Clay Street, Suite 400 South
1020 Ward Street                     Oakland, Ca. 94612
Martinez, Ca. 94553


Judge Alex Kozinski                  Donald Specter
U.S. Court of Appeals Ninth Circuit  Prison Law Office
95 Seventh Street                    General Delivery
San Francisco, Ca. 94119            San Quentin, Ca. 94964


— My Own Copy —         James Able
                                     C-71400  3-EB-97

—over—

Appeals Coordinator,                                                    2/4/08
        I've had problems with the mental health Informal Level
Answering back prior & am having that problem again. they don't
like my 602's I know that. I don't feel I'll need to place on those;
Emergency/Mental Health, I'm just asking if you'll Please send
both these 602's to the mental health 1st Level so both 602's get
to go there rout where there suppose to be going? Both #9 #10 sent
to Appeals coordinator.                Thank You,
                                        James Olle
                                        James Olle
                                        C-71400 3-EB-97



James Adler
C-71400 3-EB-97
Bar QUENTIN STATE PRISON
Or SAN QUENTIN, CA 94974

"LegAl Mail"

"Marsden
Motion"

U.S. NorthERN DISTRICT Court OF CA
Judge SAundra ArmstrONg
1301 CLAy Street, SuiTE 400 SouTh
OAklAnd, CAliforNia #94612

3c USA

USA