#30 - Armstrong -
"Marsden Motion"
1.

FILED
FEB 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

2/19/08

Judge Cram,

What forced me to withdrawal from your court is now all in the past. One of so many commanding/power controlling arm was completely detached. Judge Kozinski's letter enclosed with M.H. 602's. This' still that same last final legal stand. Hasn't changed at all.   C-88-4280-MMC

I know it's beyond reach of you or my attorneys understanding but those doors closed were closed by myself/not by my mind at all. They are very closed tight still unless things improve quite a bit. I've been told I can't do this & can't do that — I fully do try to follow out what I'm forced to do whatever outcome might even be. Is this try worth anything trying again or just a worthless trying to work with these legal problems in your court & with attorneys or should I just remain where I am that withdrawal completely?! That's what I'm touching back checking about.

I've already stated prior what I wanted in Grele's letter. I've been told writing stuff isn't a part to a inmates legal rights. So that I won't ask for. But All the rest do need to happen - the copy's & court transcripts all I want is just one month at a time that's not to hard & All copy's to my #letters in your court. The rest Grele has to remember.

I've been up most all nights anymore here cause I do need that quiet peacefulness it is at nighttime here in this area I'm at. Can relax & unwind so much better that peace & quietness. That complete peacefulness with nothing/nobody to bother me at all I'm always in wait for.

I don't doubt Grele has all this Marsden sealed in your court another reason he don't want me getting copy's. The other courts have all needed filed so sooner or later it won't remain hidden as it is now. By myself I am capable of doing quite a bit cause I refuse to fold in &

—over—

am standing against anything/everything as forced being upon me. Maybe someday some people will listen when its of importance & does matter. Anyway Odle now has touched back with your court seeing what if anything worth happening there. Odles riding on myown storm just another dead man walkin' here within the S.Q. dead man's town. those words do fully fit together so well to explain the complete honest truth what is!! If Alexander remembers; the last Dr. I saw here an older male Dr. Alexander was at the visits also — He wanted to see me still after the tests but something he wasn't able to continue. I'd be happy to see him here but nobody else at all is welcome. He was a Dr. had to do with mental the testing then? That Dr. has so many answers to so many questions deep within my mind. After the testings he'd already told me I'm different that he couldn't see or feel any lies or games in anything done or ask about that might be some why he'd wanted to continue seeing me after all done. People like him I'd be happy given the chance knowing & let him or her know me. What I stated up above; Odle riding on myown storm etc... If I ever have the time there's already a lot to that fitting together for me to write about & that up there it's name to it.

    Copy's to;
Judge Kozinski,
Judge Armstrong,
Judge Cram,
— myown copy —

                                        James Odle
                                        C-71400 3-EB-97

### Al Strong
### "Marsden Motion"
1.

Judge Kozinski,                                         2/19/08

Thank you very much allowing my withdrawl from the lower court then to your court I guess I used as a shelter allowing me to mellow out & having to deal with S.Q. M.H. I do believe you could have easily just closed the court door on me. Thank you very much for allowing me the time & shelter.

The M.H. problems I do believe here are all over with completely. 1st level to my #5 602 on 2/7/08 is #11 enclosed. He was finally someone that went to check out better why or how come & guess he wanted to understand. On 2/15/08 he came back to my cell like he's fully ready for the flack from that same hostile inmate. The prior taking me off to 4 points & also just taking me "mentally" off to Vacaville prison both very possible. Sure didn't want either. He just must have known something wasn't quite right why he came back to find out. I was loud because of the prior encounter. He let me explain the problems/explain myself to him. I made sure into details about the difference it is between when I'm made mad from being taunted provoking me. Huge difference. That conversation was good I found out later. I'm a good listener & a couple words my mind had to hang on to to think over for reason then. "Volume" of my 602 - there was a bit more to it. "Tone" - it didn't fit hostile or anything so had to hang onto it. I fit the pieces together easily what he's meaning & just getting to know that person a lot better too. Everything he said made sense & he seemed to understand me far better I think. 6 hours after that conversation alot of that built up tension inside finally let lose some. That was my #5 M.H. 602 he saw me about 1st level 2/7/08. Got more then a couple more already sent. He said all my 602's are going to him now. I'm now removed from the whole M.H. system I believe. Later if it seems

— over —

Solved I'll send him a kite to thank him. He knows what he's doing its not just a pay check. Those other M.H. I've come across/to them an inmate is no more then an animal in a cage at the zoo. If I see him again I'll get his name & he'll see easy there's no problem & be happy to talk to him. Maybe my mental past to the present might be of interest & help him learn more better too. That conversation helped me understand somethings better I know.

Copy's to;                          Thank You,
Judge Kozinski,                     James Alle
Judge Armstrong,                    C-71400 3EB-97
Judge Cram,
- My own copy -

"Last"  "Marsden Motion"

1.

Judge Cram,                                                                 2/5/08

I'm not hostile now. I have solved that off the wall power playing. I have one more # letter to your court. Judge Kozinski's copy & this; I have no idea if all those # letters ever were filed. So just in case not or you've forgotten: Anytime for any reason I am pulled to Co. Co. County or ANY mental place Chapter 22 with CDCR 7421 will be carried out. I stated closed doors was TOTALLY meant closed however physically possible it had to be done/end up forced becoming. A inmate can't do anything is in your mind you feel you've got the power to do anything/everything over any inmate. Those mental controlling type games are ALL completely over with by any court/attorneys & any/all more mental trying if you'd ever try again! Tell those silly head shrinks again to make Odle cooperate you'll find out their mental games with this Odle has fully collapsed on 'em. I stood my legal ground I do have & attacked back at M.H.'s last trys. M.H. haven't even come close to me or my cell even since 1/15/08. They truly have backed off/removed Odle completely off their M.H. case even/no more CCCMS even. #10 with #9 & O2 was picked up 2/3/08. #9 M.H. refused to answer it appears so I just forced it to travel along with #10 together.

Anybody want to pull me to anywhere; I except the outcome very happy. I doubt you & attorneys can fully understand what was meant; My last final legal stand you yourself Judge Cram helped happen. Not any family friend or enemy even have any type control/over/power playing over anything Odle ever does for now on anywhere any reason due to the way this has become — Nobody but me!! No more stupid mental controlling type games by anybody with me — Period! Odles so called legal rights this started with/still ends that something/legal issue. Odle completely finished ever being mentally

—over—

played with by you Judge Cram & All these others wanting to even try.
   Judge Kozinski's #letter might help you understand: "LAST FINAL Legal STAND!" I doubt it tho it'll probably travel over your hard stubborn legal heads. I myself do very fully understand every single piece to it. That's all that really matters — Nothing else even close to matters!

James Olle
C-71400  3-13-97

Copy's To;
"LAST" #letter to; Judge Cram,
Judge Kozinski,
Judge Armstrong,
 —My own copy—

STATE OF CALIFORNIA                                                                                    DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.              Category
1. _____              1. _____      _____
2. _____              2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| James Odle | C-71400 | East Block Condemned | 3-EB-97 |

A. Describe Problem: M.H. was at my cell about my 602. He ask what do I want; I told him to be left alone & then explained the problems. He acted like he didn't know anything. He ask again; what am I wanting. I was forced louder to make sure he'd hear/understand better & talked details about Enos removed me from CCCMS & stated laws I've known/just didn't want letting anybody know. Never have thoughts using Chapter 22 or CDCR 7421. Next question, AGAIN; what DO I WANT. I knew then he's mentally playing with me/seeing what Odle's going to say/do. Deliberately being

If you need more space, attach one additional sheet.       -"Sheet Attached"-

B. Action Requested: —"STOP HARASSING"— —"LEAVE ME ALONE!!"—

Inmate/Parolee Signature: James Odle                Date Submitted: 2/12/08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____
_____
_____
_____

Signature: _____                   Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed        CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

First Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: ______ Due Date: ______

Interviewed by: ______

______

Staff Signature: ______ Title: ______ Date Completed: ______

Division Head Approved: Returned

Signature: ______ Title: ______ Date to Inmate: ______

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

______

Signature: ______ Date Submitted: ______

Second Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: ______ Due Date: ______

☐ See Attached Letter

Signature: ______ Date Completed: ______

Warden/Superintendent Signature: ______ Date Returned to Inmate: ______

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

______

Signature: ______ Date Submitted: ______

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______

☐ See Attached Letter

Date: ______

CDC 602 (12/87)

mentally played with! I got louder making sure to be heard/being forced using words I don't unless forced so that person can maybe better understand what he/she is causing. I can hold words to myself when I'm mad but that taunting/mentally played with constantly dealing with M.H. now. What does a person expect a peaceful conversation end up becoming hostile encounters when on purpose making this inmate go off? Useless unneeded mental games?? M.H. without the lying taunting mentally being played with games it can work far better. Simple friendly conversation/solving problems so much easier. The only way I want to talk to M.H. is in response to 602's. I was removed from CCCMS 1/22/08. This M.H. he stated I would be seen on the 1st & 15th — I figured he's meaning every month reg. — I didn't let him finish. I got louder making sure he heard me good & explained the state laws cause I knew he's going to throw that silly suicidal threat at me again was why I went in details to get him to leave! I have no suicidal thoughts at all/no thoughts using that Chapter 22 or CDCR 7421 even. I want to solve those M.H. problems. I was forced being hostile & louder. If M.H. know what common sense is/why those constant unneeded encounters? I have been trying to not let others know about Chapter 22 & CDCR 7421. I try to keep things to myself mostly. Due to that last encounter now/being mentally toyed with anybody anywhere even near to this area I'm at heard — there was no yard that day — so everybody heard about those laws probably go check with law library. I don't like getting any attention. I just like people in general not knowing anything about myself or what's happening. I'm friendly with officers inmates & medical always as long as people allow me to/ not being mentally played with!

"I've been on S.Q. row since 1983 — 3 or maybe 4 602's over 25

— over —

years" — Now starting 4/07 this is Odle's #11 M.H. 602" — "there MUST BE Something Drastically Wrong — Right?" My #10 602 2/4/08 attached was #26 #letter to lower court judge. At the bottom copy's also to the 9th Circuit District & P.L.O. Are receiving ALL the M.H. 602's copy's from Now on. My case right now's in lower court & both those other courts I have legally filed ALL this happening. ALL those 602's once I'm able to will go to Sac. then again to District Court myself too. I know all this is going to continue until court itself place orders if possible stopping this!

Those M.H. games are very disturbing/obnoxious/smart-aleck/smartie/sarcastic played with mental games — have to stop's why my 602's & Now the courts & P.L.O. getting their own ALL copy's to this too. Those useless unneeded mentally hostile encounters M.H. need to think why it's happening? No longer a CCCMS; Not taking or needing any M.H. medication; I have "NO" reasons seeing M.H. other then my 602's. Use intelligence better/quit provoking/quit belittling inmates/quit mentally being played with games. I am a easy going person am polite even — unless provoked. Let's keep things peaceful easy/Not the forced hostile encounters!!

"Just simple common sense/I'm asking for that!" "Is that real hard or very confusing to understand?!" "What does the M.H. expect?!"

— copy's to; —
Ninth Circuit; Judge Kozinski,
No. District; Judge Armstrong,
S.Q. Prison Law Office,
— My own copy —

James Odle
C-71400  3-EB-97



James Odle
C-71400 3-EB-97
San Quentin State Prison
San Quentin, CA. 94974

Legal Mail

"Marsden Motion"

U.S. Northern District Court of CA.
Judge Saundra Armstrong
1301 Clay Street, Suite 400 South
Oakland, California # 94612

Legal mail