COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SANFORD SVETCOV (36561)
SUSAN K. ALEXANDER (124276)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
Facsimile: 415/288-4534
– and –
GAW VAN MALE SMITH
MYERS & MIROGLIO PLC
JAMES R. FORBES (114863)
1261 Travis Boulevard, Suite 350
Fairfield, CA 94533
Telephone: 707/425-1250
Facsimile: 707/425-1255

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARD ODLE,<br><br>   Petitioner,<br><br>vs.<br><br>JEANNE WOODFORD, Acting Warden of San Quentin State Prison,<br><br>   Respondent. | No. C-88-4280-SBA<br><br>PETITIONER'S APRIL 2008 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 |

Pursuant to this Court's October 26, 2001 Order, Petitioner files this report to inform the Court of the status of the state competency proceedings.

At a status conference in February 2008, the State advised Petitioner and the Court that it intended to have its expert, Mr. Martell, question Petitioner regarding the circumstances of the crime in 1980 – 28 years ago – despite the fact the examination authorized by the Court of Appeal's remand for further proceedings was limited to two issues: (1) whether Odle's trial counsel, William Gagen, has sufficient recollection of non-privileged matters so as to provide affirmative evidence at a retrospective competency hearing on the question of whether Odle understood the nature of the trial proceedings in 1983 – 25 years ago – and was able to assist counsel in the conduct of a defense in a rational manner; and (2) whether Odle is able to participate in a meaningful psychiatric evaluation and whether such a current evaluation would assist a fact finder at a retrospective competency hearing in determining Odle's competency to stand trial in 1983.

Petitioner does not believe that the proposed questioning is within the scope of the inquiry authorized by the Court of Appeal. The trial court established a briefing schedule. The State has asked for an extension of that schedule and has not yet filed its motion.

Petitioner will file his next status report with this Court on July 1, 2008.

DATED: April 1, 2008

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SANFORD SVETCOV
SUSAN K. ALEXANDER

    /s/ Susan K. Alexander
SUSAN K. ALEXANDER

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
Facsimile:  415/288-4534

GAW VAN MALE SMITH
MYERS & MIROGLIO PLC
JAMES R. FORBES
1261 Travis Boulevard, Suite 350
Fairfield, CA  94533
Telephone:  707/425-1250
Facsimile:  707/425-1255

PETITIONER'S APRIL 2008 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 - C-88-4280-SBA      - 1 -

1
2  H:\Odle\StatusReportApril2008.doc
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Counsel for Petitioner

**DECLARATION OF SERVICE BY MAIL**

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and am employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 100 Pine Street, 26th Floor, San Francisco, California 94111.

2. That on April 1, 2008, declarant served the PETITIONER'S APRIL 2008 STATUS REPORT PER COURT ORDER OF OCTOBER 26, 2001 by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed as follows:

Mr. James R. Odle
P. O. Box C-71400
San Quentin, CA   94974

Dane R. Gillette, Esq.
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA   94102-3664

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of April, 2008, at San Francisco, California.

/s/ Tamara J. Love
TAMARA J. LOVE