"legal papers"    COPY #32    C-88-4280 MMC  4/21/08

Judge Cram,                  Marsden motion

Everything I've filed has no meaning/not anything stated been heard by judge or attorneys; Chapter 22 papers w/CDCR 7421 partly filled out already be with me for booking.

FILED
MAY X 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

"I know done by judge I'll end up getting hurt often - etc... Whatever this judge plans doing because Odle isn't cooperating - I don't care why anything becomes any type of harm upon myself or whoever wants to be foolish. Physically & mentally I just don't care about any outcome. I'm just an old man now a days but judge Cram isn't letting me be the easy going peaseful person I like being. You've forced this issue that's very real - I "PROMISE" being LOUD/VERY HOSTILE/VULGAR IN COURT - "ANY/ALL" questions/mental tests/games played with by judge D.A. Attorney - "Keep that 'fool Grele' away from me" - You Judge Cram have been deliberately provoking to set me off prior & have caused this happening - FINAL LAST LEGAL STAND."

"I requested Marsden motion 10/28/07; Later about removing this judge from my case - Neither motions were even tried. Copy's being filed/court transcripts requested - Didn't receive. 100% promise not cooperating any questions/tests/contempts of court/court orders or any fines!"

"My Legal Rights this is about; Chapter 22 None of you can prevent me doing as I am forced. Get it through that hard head Judge Cram Odle refuses & don't care!"

"Judge Cram; Contra Costa County Superior Court Judge."
"Attorney; John Grele, 703 Market St., Suite 550, San Francisco, CA. #94103."
"Attorney; Susan Alexander, Coughlin Stoia Geller Rudman & Robbins LLP, 100 Pine St., Suite 2600, San Francisco, CA. #94111."
"Attorney; James Forbes - The Lead Attorney - Gaw Van Male Smith Myers & Miroglio PLC, 1261 Travis Boulevard, Suite 350, Fairfield, CA. #94533."

— over —

"ALL those depriving Odle of any legal rights forcing me to use my other legal rights I legally can. They've caused this final last legal stand/ my legal battle trying to remove those attorneys."

"I've offered the trips back & forth to; from the court. I've fully stated what's happening in details even - everything failed filed in court."

Copy's to;

Judge Cram; Contra Costa Superior Court,
Judge Chesney; U.S. District Court,
Judge Kozinski; U.S. Ninth Circuit Court,
The Contra Costa Times,
Martinez Detention Facility, "Booking",
- My own copy -

7 copy's are named above; Martinez booking will have those 2 state laws with me as stated. "IF" judge Cram read just part of these I've filed she'd see I'm not hiding anything. Judge Cram you've seen how Odle was forced dealing with the S.Q. mental health - you yourself sicked on me judge - I didn't play any games - I legally fought back - I also do have the balls to back whatever the hell I am being forced/as stated don't matter what happens: "James Odle's Legal Rights In Your Superior Court Judge Cram" - "You've forced me to fight for those however I am forced doing so.!!!"

Court copy's picked up today 4/27/08. C.C. Times copy's because of other times notes "/legal papers might not have gotten there/am sending 3 separate copy's different routs "legally" make sure one gets there. Booking copy being hand delivered when arrive."/other legal papers. What about Odle's Marsden hearing pro-per; motion removing this judge; Receiving the copy's filed & court transcripts as requested all long ago??

James Odle C-71400

Copy #33                                                4/28/08

the CONTRA COSTA TIMES,

 This has another court copy Attached #32. I have prior sent notes w/a court copy once & I just would like to make sure this does get where it's going this time. This is being sent a ~~did~~ different rout- is legal - I'll know it was sent this way. The courts addressed below have already gotten copy's of both these. I'm making this logged in court records because prior times this might have been a legal problem I didn't know about/ the fact some of my legal papers sent just might not have gotten where they were suppose to have. that's how come this was made filed/logged court copy's.

 I'm just wanting to let you know what's legally happening with my case even tho judge Cram along with Attorney Grele has my legal battles "All" legally sealed in that Superior court. Everything needed filed by me is logged in these other 2 courts.

  Copy's To:
the Contra Costa Times,
Superior Court Judge Cram,
U.S. District Court Judge Chesney,
U.S. Ninth Circuit Court Judge Kozinski,
 - My own copy -

James R. Odle
James R. Odle
C-71400  3-EB-97

James Odle
C/94400 3-EB-99
San Quentin State Prison
San Quentin, CA. 94974

Legal Mail

"Marsden Motion"

(48)

Judge Maxine Chesney
U.S. District Court
455 Golden Gate Ave., Room 16-1120
San Francisco, California #94102

SAN QUENTIN STATE PRISON


