1  COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
2  SANFORD SVETCOV (36561)
   SUSAN K. ALEXANDER (124276)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone: 415/288-4545
   Facsimile: 415/288-4534
5  – and –
   GAW VAN MALE SMITH
6  MYERS & MIROGLIO PLC
   JAMES R. FORBES (114863)
7  1261 Travis Boulevard, Suite 350
   Fairfield, CA  94533
8  Telephone:  707/425-1250
   Facsimile: 707/425-1255

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13  JAMES RICHARD ODLE,                    )
                                           )
14          Petitioner,                    )   No. C-88-4280-MMC
                                           )
15  vs.                                    )   PETITIONER'S JULY 2008 STATUS
                                           )   REPORT PER COURT ORDER OF
16  JEANNE WOODFORD, Acting Warden of      )   OCTOBER 26, 2001
    San Quentin State Prison,              )
17                                         )
            Respondent.                    )
18  _____  )

19

20

21

22

23

24

25

26

27

28

1    Pursuant to this Court's October 26, 2001 Order, Petitioner files this report to inform the

2    Court of the status of the state competency proceedings.

3    The State filed a motion to allow its expert, Mr. Martell, to question Petitioner regarding the

4    circumstances of the crime in connection with the examination authorized by the Court of Appeal's

5    remand for further proceedings on two issues: (1) whether Odle's trial counsel, William Gagen, has

6    sufficient recollection of non-privileged matters so as to provide affirmative evidence at a

7    retrospective competency hearing on the question of whether Odle understood the nature of the

8    proceedings and was able to assist counsel in the conduct of a defense in a rational manner; and (2)

9    whether Odle is able to participate in a meaningful psychiatric evaluation and whether such a current

10    evaluation would assist a fact finder at a retrospective competency hearing in determining Odle's

11    competency to stand trial on 1983.

12    Petitioner does not believe that the proposed questioning is within the scope of the inquiry

13    authorized by the Court of Appeal and is preparing opposition briefing.

14    On June 2, 2008, the California Supreme Court decided *Verdin v. Superior Court*, 2008 Cal.

15    LEXIS 6665, *2, holding that a trial court was not authorized to order a criminal defendant to grant

16    access for purposes of a mental examination to an expert retained by the prosecution. The *Verdin*

17    decision was called to the trial court's attention.

18    Although a hearing on the State's motion to allow its expert to question Petitioner regarding

19    the circumstances of the crime had been scheduled for July 11, 2008, in light of the need for further

20    briefing following *Verdin*, it is likely that this hearing will be rescheduled.

21    Petitioner will file his next status report with this Court on October 1, 2008.

22    DATED: July 1, 2008                    COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
23                                           SANFORD SVETCOV
                                             SUSAN K. ALEXANDER
24

25

26                                                  /s/ Susan K. Alexander
                                             SUSAN K. ALEXANDER
27

28

1

2       100 Pine Street, Suite 2600
        San Francisco, CA  94111
3       Telephone:  415/288-4545
        Facsimile:  415/288-4534

4       GAW VAN MALE SMITH
        MYERS & MIROGLIO PLC
5       JAMES R. FORBES
        1261 Travis Boulevard, Suite 350
6       Fairfield, CA  94533
        Telephone:  707/425-1250
7       Facsimile:  707/425-1255

8                                    Counsel for Petitioner
H:\Odle\StatusReportJuly2008.doc
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **DECLARATION OF SERVICE BY MAIL**

2    I, the undersigned, declare:

3    1.    That declarant is and was, at all times herein mentioned, a citizen of the United States

4    and am employed in the City and County of San Francisco, over the age of 18 years, and not a party

5    to or interested in the within action; that declarant's business address is 100 Pine Street, 26th Floor,

6    San Francisco, California 94111.

7    2.    That on July 1, 2008, declarant served the PETITIONER'S JULY 2008 STATUS

8    REPORT PER COURT ORDER OF OCTOBER 26, 2001 by depositing a true copy thereof in a

9    United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully

10    prepaid and addressed to the parties listed as follows:

11    Mr. James R. Odle
       P. O. Box C-71400
12    San Quentin, CA  94974

13    3.    That there is a regular communication by mail between the place of mailing and the

14    places so addressed.

15    I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day

16    of July, 2008, at San Francisco, California.

17

18                                         /s/ Tamara J. Love
                                          TAMARA J. LOVE
19

20

21

22

23

24

25

26

27

28