"Marsden Motion"

C-88-4280 MMC

FILED
JUL 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7/13/08

Judge Chesney,

I received the original copy's of #35 & #36 I mailed out to your court 7/11/08. Thank you very much. Enclosed is a copy "#34" I'd mailed to your court prior 5/11/08; #34 was addressed to you judge. The reason I'm refiling #34; I don't think this court received it prior. I've received the other copy's you have mailed to me - #34 you weren't able to let me know you've received - it must not have gotten to you.

I already do have a few different questions in my mind about some other papers I've already mailed out w/ legal copy's attached it appears those probably haven't gotten there. One letter was picked up the same day those 3 court copy's were mailed out of here — it had some legal papers within/attached to that regular letter. I know that Superior Court judge Cram has at least once called S.Q. prison trying to force this odle to cooperate with what judge Cram's wanting done & it didn't work at all then. I've been living here on death row for 25 years so I happen to personally know quite a few different people working all over within here for several different reasons too. Judge Cram's call to S.Q. mental health backfired on her really. So I don't doubt at all judge Cram's using her so called feel of power/ that phone to help mess up/create problems upon odle/even ask tampering with/about my certain addressed out-going mail/so not reaching where addressed it's going. Judge Cram would have alot of her power/control over

— over —

Anything & everything I possibly could do if I was housed in that jail.

Due to judge Cram I've been forced using Chapter 22 w/attached CDCR 7421 soon as that forced Arrival there — Fully forced ending these legal problems because of the attorneys & judge Cram's legal ignorance — My Legal Rights is what it's ALL about — Not listening — Not believing — Forced using attached State legal laws nobody can stop — that's the ONLY Legal Rights Judge Cram & My So Called Attorneys Aren't Going to Take Away from this Odle — Finish fighting their Stupid Legal Ignorant Battle/War they've forced to Happen!!

Thank You,
James Odle
C-71400 3-EB-68

Copy's to;
Judge Chesney; U.S. District Court,
Judge Kozinski; U.S. Ninth Circuit Court,
Judge Cram; Superior Court,
The Contra Costa Times,
My Own Copy

Judge Chesney,                                                            5/11/08

I WANT TO THANK you judge Chesney for sending me copy's to the last I've filed in District Court letting me know they were received. It's very helpful. I don't want to bother this court — my legal problems are Superior Court — but I do have legal questions I need to ask this court;

"Is there any possible way this client can ask District Court orders on Superior Court sending me the copy's "including my own" filed in that court along with copy's to "All" the court transcripts I should have already legally received? Due process of law; T.R.O. Temporary Restraining Orders — Represents the Superior court judge keeping that attorney from filing or doing Anything else in that court because Odle's demanding pro-per with/about everything happening in that court?"

                                                        Thank You,
                                                        James Odle
                                                        C-71400 3-EB-97

       copy's to;
Judge Chesney; U.S. District Court,
Judge Kozinski; U.S. Ninth Circuit Court,
Judge Cram; Superior Court,
       My own copy

James Odle
C-71400 3-EB-68
San Quentin State Prison
San Quentin, CA. 94974

"legal mail"

"Marsden Motion"

NORTH BAY CA 949
14 JUL 2008 PM 4 T

Judge Maxine Chesney
U.S. District Court
450 / 405 Golden Gate Ave., Room 16-1120
San Francisco, California # 94102

94102+33810 C017

"LET US DARE TO
THINK, SPEAK A[ND WRITE]"
John Adams, 1765
[Powertothepeople]

USA FIRST-CLASS FOREVER

Legal Mail

7-13-08