1.

"Marsden Motion"

FILED
JUL 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Judge Cram,                                     7/6/08

I legally tried the best I could but I don't care anymore — Am tired of you judge Cram — these Attorneys along with this whole stupid silly condemned legal law system itself too!

05-2711 MMC

Everything I've filed & stated once I arrive booking & your court are fully in effect soon as arrival. I'm hoping the Contra Costa Times has some interest being there in your court so legally & on record those true legal idiots can't be keeping this all hidden in that court. To myself; My whole case will be fully over with once I do arrive now. Judge Cram's calling "ALL" the shots & has legally forced everything happening: "I Am competent everybody knew that right now: IN 1983 My Trial then I knew I was competent: I knew & fully understood everything my attorney Gagen was doing then: I'm guilty of that accused officer Murder then: I'm "NEVER" wanting back to a trial — that possible trial is now over with due to idiot Judge Cram in her own carnival setup she has set now."

"I'm "NOT EVER" going to do anything I'm ask or however ordered by "ANY" judge — don't matter what how or why! I'm WARNING you Judge Cram to keep away from me "ANY" of these idiot Attorneys "AT ALL" Times for NOW ON & "ANY TYPE OF" mental medical or mechanical even testings or games kept away from this odle too — I don't want "you" forcing me to hurt anybody for "ANY" reason — I

—over—

"WONT" unless being forced doing so by you judge Cram — Keep this where this Odle's the "ONLY" person getting hurt — "that's the way it's suppose to be!" DON'T mess up your Courts Funny Carnival you've truly made possible too."

In court anything & everything I ever state or end up saying like Fuck you bitch judge Cram — or about those cocksuckers Attorneys — Your all smelly ass etc... & any legal statement "ALL" being forced due to this judge & those silly attorneys all not giving a fuck what how or about Odle's legal rights.

"I WANT IT KNOWN THAT "NONE" OF this I'm saying & doing is about suicide or games at all — Unless those legal thing's change that I've fully filed about prior — Some needs to be changed — this Odle's whole case has come to it's finish — is over with however I'm forced doing so within your court once I do arrive there now. I want executed as the society wanted May 3rd 1980 — IF it can ever even get to that. This carnival of yours can't last — I do very seriously doubt it! Due to your own personal legal ignorance it's ending in that jail because I'll be forced using those legal state laws that legally came along with me & my arrival that falls in effect then"

You judge along with those so called attorneys just can't seem to understand or you even care one bit — don't give a fuck about what Odle's saying or doing — that's how come it's going to legally have this ending & never

going back to any type of possible trial if it was ever possible. NOT anything said or being forced done is as a suicidal attempt or threat. The "ONLY" legal rights Odle does have in your court is what you've forced me to legally use: Chapter 22 along w/CDCR 7421 attached.

I hope the Contra Costa Times might have interest involved within your court judge Cram witnessing your own personal court carnival with Odle present/your entertainment of course—forced violence I'm very sure is going to be needed too once I arrive ending this smelly stupid legal crap happening!

I hope some other courts judges somewhere get to read about this stupid legal law "WAY" not battle anymore—I fought against & maybe even try to correct/change how the California condemned inmates here seem to not have any true legal fuckin' rights!! **HOW** this Odle did legally leave all this legal mess behind—Leaving legally too!!

"My whole case I do fully plan on destroying when I arrive in your court too because you judge Cram are the main one that's legally forced this to happen how it appears how you truly wanted it to become! That true legal ignorance is what how & why too!!"

I don't now & won't have any anger towards any of the county cops there in court or that jail—Don't matter what happens. I know the Superior Court judge has the power/can easy call upon officers "to correct" a inmate not following what that
—over—

Case 3:05-cv-02711-MMC Document 45 Filed 07/10/2008 Page 4 of 9
Case 3:88-cv-04280-MMC Document 477 Filed 07/10/2008 Page 4 of 9

4

judge wants - also disrespectful words are not liked in court. A judge can sick her "dogs/those officers" on a inmate in court - also in that jail. Over so many long prior years I've been in & out of so many different county courts & different jails. In a Oakland Superior Court I saw myself; I watched that judge sick her dogs on an inmate - he was quickly removed from her court because of what he said. I heard easy the words by the cops & then heard the action jumpin' off in the hallway off from that court. That inmate was hurt in it. If anything ever does happen/once it does - it don't matter what how where or even why - it's just a simple part of life. I'll hold no anger or grudge towards any officers doing as they were told. This judge has "one" prior - sick'in' those S.Q. mental health on odle because I wouldn't cooperate - placing mental threats about odle at 4-points bare butt without any privileges. Threats mean nothing/waste of time. It'll be no surprise if/when something kicks off hard by judge Cram or anybody else because of that judge. It don't matter - inside built up so long this inner anger that constant mental stress by these childish games being played with by my so called attorneys judge Cram along with the condemned legal law system - my legal rights not there - really has gotten deeply wrong inside & that inner confusing anger/inner-pain too. Those legal ignorant idiots thinking their playing with a stupid little kid - this mentally being played with games has to stop/ any words used any

type of hurt in any shape form or how many/often I'll deal with that however forced to — BITCH judge Cram you can threaten Oble all ya care to — can keep kickin' it off too!!!

I do fully know & understand every single thing I'm saying & am doing too. There isn't any mental reasons or problems at all involved in any of this. I'm not anywhere even near crazy either. I am very sane as to every little bitty piece happening/everything Oble's saying doing & as to piece by piece happening. Chapter 22 & CDCR 7421 I know I'll have to show/prove I do fully understand & know as to what's truly happening with/about those 2 state laws I'm fully using. That'll be very easy proving in your jail after a few day's it's in effect. If these legal letters for some reason can't be filed — the use of quite a bit of my cuss words I have to use to maybe fully get heard/understood — or any reasons — that's okay with me — it's all already been stated & in motion already too soon as arrival!

    copy's to;
Judge Cram; Contra Costa Superior Court,
Judge Chesney; U.S. District Court,
Judge Kozinski; U.S. Ninth Circuit Court,
 the Contra Costa Times
Martinez Detention Facility; "Booking",
 my own copy

Copy # 36
"Marsden Motion"

Martinez Detention Facility,                                    7/6/08

This is just a copy of several legal papers enclosed; Chapter 22 w/ CDCR 7421 & other legal copy's same as this #36 already been filed within the courts/placed named on back;

I need to notify this facility that "ANY/ALL – ANYthing AT ALL" – judge Cram/any court placing orders upon James Richard Odle will be refused. Not any type of mental not medical or any type of manual mechanice machinery if court wants done. Any questioning that "might" be wanted from the courts or attorneys – I fully refuse answering. My answers to almost any of those will be; I placed Chapter 22 w/ CDCR 7421 in effect. Any regular/reasonable type of questions I'll answer easy.

I have no plans being any harm to anybody at all – not in that jail or the court. "I have already several times warned judge Cram the only way I'll be harmful to any of those attorneys representing my case in court is if judge Cram's just stupid enough by placing those legal idiots anywhere near me!" I've stated I refuse any type of court orders/that's also any type testing's done. After Chapter 22's been in effect a few days I'll then allow enough so medical & medical there can see I do fully know & understand what the hell I am doing – that I am competent.

I have enclosed copys I feel might be needed
                                                                    – over –

for this facility to know & understand what's happening is why these came with me for this facility.

James Celle
C-71400 3-EB-68

Copy's To;
Judge Cram; Contra Costa Superior Court,
Judge Chesney; U.S. District Court,
Judge Kozinski; U.S. Ninth Circuit Court,
   the Contra Costa Times
Martinez Detention Facility; "Booking",
   My own copy

James Colle
CT400 3-EB-68
San Quentin State Prison
San Quentin, CA. 94974

Legal Mail

"Marsden Motion"

1st
450

Judge Maxine Chesney
U.S. District Court
450 Golden Gate Ave., Room 16-1120
San Francisco, California #94102

Legal Mail