TO: District Court,
Judge Chesney.

"MARSDEN MOTION"

James Odle
C-71400 3-EB-68

Contra Costa Times, 7/20/08

Enclosed are some court copy's I've already filed in the courts that I wanted the Times receiving prior. I've come across several different outgoing mail problems lately — several mail not reaching where there addressed to. Getting some of those out to the Times is how come all these enclosed at one time when I am able to.

I'm hoping once I'm out to court/in that County jail that I can get those there then. If I come across a better way I can be sure prior they'll be sent before then.

James Odle
C-71400 3-EB-68

88-4280 MMC

Copy's to:
the Contra Costa Times,
Judge Chesney; U.S. District Court,
Judge Kozinski; U.S. Ninth Circuit Court,
My own copy

RECEIVED
AUG 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Judge Chesney;

The unneeded added writing on the courts outgoing mail for now has been put because these court letters/mail are going out through somebody else here so they'll be able to get to these courts. Just for now only. This kite's only attached for Ninth Circuit & District Courts so you'll know what's happening for now.

Thank you,
James Odle C-71400

602 #2 Appeals Coordinator, "MARSDEN MOTION"
Court Copy #39

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category

1. _____    1. _____
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: James Odle
NUMBER: C-71400
ASSIGNMENT: Condemned
UNIT/ROOM NUMBER: 3-EB-68

A. Describe Problem: This 602 is being written because of possible problems with my legal & regular outgoing mail starting Jan. 6, 2008. Also 3 of my M.H. 602's picked up 5/4/08 to Sacramento by C/O J. Perez. I haven't heard back & they are a bit past due back. Those M.H. 602's had to do with/about S.Q. M.H. problems that started 2007. That became hostile 12/28/07. Even more hostile encounters from then on. I won in those M.H. 602's here & was removed from this M.H. system completely. "Sheet Attached"

If you need more space, attach one additional sheet.

B. Action Requested: I need copy's of all my outgoing legal mail starting Jan. 6, 2008. I need to know if all were logged. It seems some legal & regular outgoing mail isn't getting where there going. I would like to find out what the problem is.

Inmate/Parolee Signature: James Odle C-71400    Date Submitted: 8/10/08

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim
CDC Appeal Number: _____

602 #12; court copy
1.

those M.H. 602's were sent to SAC. seeing to it that it never happened again.

During my battle with those M.H. here then I was personally told by "a person working here" that the Contra Costa County had called this M.H. here to force Odle to cooperate with that court. I do believe Superior Court judge Cram NOT the D.A. was the caller trying to force Odle cooperating with what that judge was wanting.

In that Superior Court I'd already filed Marsden motion 10/28/07. A while after then's when Odle's not cooperating with that court & attorneys started getting far more serious. Then on 2/3/08 I was then being forced to file all the copys I could with/about that motion & what's happening within the No. District & Ninth Circuit Courts w/all those to #11 M.H. 602 copys attached too. This #12 602 has to do with/about those M.H. 602's - that motion & without any attorney to help me on anything at all.

After that call to S.Q. M.H. to force Odle had backfired badly on that judge & S.Q. M.H. removing me completely from the M.H. system. It's very possible S.Q. has deliberately started harassing w/Odle because that had backfired in their face. Maybe that judge Cram herself has by phone again helped cause my outgoing mail problems still trying to push pressure — making things become more problems/harder to make Odle comply.

This 602 is going the regular course within this S.Q. Appeals Coordinator — the attached to this court copy "#39A."; isn't attached to this 602 because it can't be.
—over—

the "A" is attached to these 3 courts copy's stated below. I feel I need to fully explain these legal problems as legally attached to the courts — it all has to do with this 602 — My Marsden Motion — Serious legal problems directly with that Superior Court judge Cram — To try remove that judge from Odle's case. the courts attached is needed to be filed with #12 602 / #39 court copy within these courts.

 thank you,
 James Odle
 C-71400  3-EB-68

Copy's to;
S.Q. Appeals Coordinator,
Judge Kozinski; Ninth Circuit Court,
Judge Chesney; District Court,
Judge Cram; Superior Court,
My own copy

— Nothing this Odle writes by 602 / letters etc... <u>Never</u> is confidential — is to be read & understood — that's how come written. James Odle C-71400 —

"MOTION"

A.)
1.

This is other serious legal matters/issues happening to me here on the row now & "ONLY" started "AFTER" I arrived back from the superior court w/ judge Cram. This legal issue never has ever happened any time prior. Very possible those legal issues/problems started maybe to the same reasons;

I'm trying to explain to these courts these serious unneeded legal issues that all started here a while after arrival back from that court. This does also have to do with an inmate controlling with given power by CDC on the yard w/ his own group to help him remove other inmates from the yard for whatever reasons/lies yard cop's help doing so. He w/his other's tried removing odle "AFTER" back from lower court already. It didn't work. That's been tried again telling his kid in the yard to create problems upon several including odle - If I need to ATTACH B. w/ several other legal copy's showing the who's & what's I can so easily. Don't matter where I am /or am placed to enhance what this is fully about. Three (3) other inmates were already removed by him w/his other yard cop's from the yard. The 1st isn't here anymore. The other (2) inmates removed wrongly are here still. That re-try removing odle started AFTER those M.H. problems called here upon me by it appears judge Cram had backfired in her & M.H.'s face - were those inmates CDC's yard cop's power told to by upper staff all due to that same judge & what had backfired - plus to force odle to cooperate in lower court as she already done? A lot
—over—

points to those thing's so far.

That inmate group for CDC/gang of yard cop's on the yard - playing w/power given by CDC - was those legal issues/problems placed upon Odle due to that judge Cram from prior to Odle. Again because that backfired/my legal & regular outgoing mail/force to make Odle do as wanted to cooperate - trying to push/apply pressure upon Odle to do what's wanted?

I already have stated in letter filed to judge Chesney & judge Kozinski cocrts showing proof to possible legal letter to judge Chesney #34 that may not have gotten to her or the other cocrts - also filed copy's to C.C. Times that appears not getting there - legal copy's stated in those sent in regular outgoing mail not reaching the address those fully stated already within those cocrts.

A Judge - or in America legal law system none of that could or would ever happen; FACT - Anybody anywhere can get carried away w/about their power given to them they feel/want that power doing so. Same as those CDC yard cop's games - use of power given to them maybe operating other's from upper staff for that judge Cram's call - Maybe often calls - as it appears very possible!

I'm not at all trying to create any kind of problems here - the lower cocrt or any cocrts - I'm trying legally to fight my legal problems as legally as possible here & in the cocrts/my so called legal rights

"MARSDEN" MOTION

A.) #3.
3.

is what this is all about!! I do fully know & understand I might have created some far more serious problems upon myself here my #12 602 w/this A; attached within the courts already sent prior 602 in route here. I am legally forced to fight for my legal rights & am legally trying to solve/correct those legal problems the best I can. If I've created more problems upon myself here—end up in A/C—wherever—I was legally forced doing as I legally have by myself—no help from nobody nowhere—don't want or need any help if those happen... It's on me—Odle—nobody else at all!

Thank You,
James Odle
C-71400 3-EB-68

"Attached A"

Copy's to;
Judge Chesney; District Court,
Judge Kozinski, Ninth Circuit Court,
Judge Cram; Superior Court,
My own copy

✗ envelope addressed to;
Judge Maxine Chesney
U.S. District Court

Griffin Donald-C-23900-Y-EB-72
SAN Quentin State Prison
SAN Quentin, CA 94974

"Marsden motion"

Legal

Judge Maxine Chesney
U.S. District Court
450 Golden Gate Ave., Room 16-1120
San Francisco, California # 94102

Legal mail

legal Mail

legal Mail