IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARD ODLE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JEANNE WOODFORD, Acting Warden of San Quentin State Prison,<br><br>　　　　　Respondent. | Case No. 88-cv-04280-MMC<br><br>**ORDER DISMISSING PETITION** |

　　The Court, having been advised by Petitioner's counsel that Petitioner has passed away, the above-titled action is hereby DISMISSED.

**IT IS SO ORDERED.**

Dated: January 4, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge